**ACTION INVESTIGATIONS BY MULLER, INC.**
P.O. Box 2028
West Palm Beach, Fl 33402
(561) 793-8379 or (561) 346-9213

File No: 15-1298
Process Server: JIM MULLER #234
Date: 11/30/15

Case No: 15-CV-24380-CMA
Court: U.S. DIST CRT./SO. DIST. FL/MIAMI
Date: 11/25/15

YESMIN GALARZA

Type of Process: SUMMONS AND COMPLAINT IN A CIVIL ACTION

v.

CARNIVAL CORPORATION, D/B/A
"CARNIVAL CRUISE LINES"

TO: **CARNIVAL CORPORATION, BY SERVING ITS REGISTERED AGENT: NRAI SERVICES, INC.** AT 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324.

RECEIVED THIS SUMMONS AND COMPLAINT ON 11/30/15 AT 1:30 PM AND ON **11/30/15** AT **3:25 PM,** I SERVED IT ON THE WITHIN NAMED **CARNIVAL CORPORATION** IN **BROWARD** COUNTY, FLORIDA.

12-22-15

### RETURN OF SERVICE

**CORPORATE:** Served by delivering a true copy of the Summons and Complaint with the server's identification number, initials, date and hour of service endorsed thereon by me on the copy served to: **DONNA MOCH** who is employed by and is the Authorized Agent/Employee authorized to accept service for **NRAI SERVICES, INC.,** as **REGISTERED AGENT** for **CARNIVAL CORPORATION, D/B/A CARNIVAL CRUISE LINES,** and informed said person of the contents therein, in compliance with FS 48.081.

Comments: **THE SUMMONS AND COMPLAINT WAS ACCEPTED BY MS. MOCH WHO IS A W/F, 5'-04" HT, 130 LBS, BLONDE HAIR, BRN EYES AND NO GLASSES.**

I am a Certified Process Server in good standing in the Judicial Circuit in which the process was served. Under penalties of perjury, I declare I have read the foregoing document and the facts stated in it are true. No Notary required pursuant to F.S. 92.525(2). I am over the age of eighteen and of sound mind and I am not a party to nor interested in the above suit.

MICHAEL D. ERIKSEN, ESQ.
ERIKSEN LAW FIRM
2161 PALM BEACH LAKES BLVD.
SUITE 400
WEST PALM BEACH, FL 33409
(561) 684-7612

BY: _____

White - ORIGINAL        Yellow - ATTORNEY'S COPY        Pink - OFFICE COPY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| YESMIN GALARZA <br><br> *Plaintiff(s)* <br> v. <br> CARNIVAL CORPORATION, a Panama corporation d/b/a "CARNIVAL CRUISE LINES" <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 15-cv-24380-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CARNIVAL CORPORATION
c/o its registered agent:
NRAI Services, Inc.
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     MICHAEL D. ERIKSEN, ESQUIRE
Eriksen Law Firm
2161 Palm Beach Lakes Blvd., #410
West Palm Beach, FL 33409
(561) 684-7612
mde@travelaw.com; linda@travelaw.com; ksimper@travelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  _____11/25/2015_____

Steven M. Larimore
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts