# COMPREHENSIVE REHABILITATION EVALUATION

Containing

**Comprehensive Medical Evaluation**
**Medical Functional Capacity Assessment**
**Medical Functional Capacity Opinion**
**Functional Assessment**
**Continuation of Care**
**Summary Report**
**Photographs**
**Documentation**
**Medical Records Review**

On

# Yesmin Galarza

Prepared by:
Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, International Academy of Independent Medical Evaluators
© 2002 by Craig H. Lichtblau, M.D.



EXHIBIT 4

Yesmin Galarza											Page 3

The patient stated she is currently working full-time for Pepsi-Cola and has to walk for a good portion of the day, going up and down stairs. She stated, even though this causes an increased amount of pain, she has to work in order to make a living. She stated her husband had a myocardial infarction.

The patient stated she is depressed about her current situation.

It was my medical opinion at that time the patient was suffering from:

1. Right knee myofascial pain, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.
2. History of blunting of the posterior horn of the medial meniscus, compatible with a radial tear, and small joint effusion of her right knee, demonstrated on MRI of her right knee completed on 10/29/14, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.
3. Status post right knee arthroscopy with partial lateral meniscectomy and excision of plica, performed by Dr. David Lamoreaux on 12/11/14, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.
4. History of abnormal morphology and signal in the lateral meniscus, consistent with history of prior partial meniscectomy, with displaced meniscal fragment at the undersurface of the lateral meniscal body in her right knee, demonstrated on MRI of her right knee completed on 04/24/15 status post right knee arthroscopy on 12/11/14, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.
5. Status post right knee arthroscopy with partial lateral meniscectomy, synovectomy, and chondroplasty, performed by Dr. Brad Homan on 05/20/15 status post right knee arthroscopic surgery on 12/11/14, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.
6. Acute functional decline secondary to chronic pain and depression, secondary to numbers 1 through 5, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.

On March 10, 2016 the patient participated in a Medical Functional Capacity Assessment utilizing the BTE Technologies Evaluation System. The patient demonstrated the ability to lift 20 pounds from the floor to waist, 20 pounds from waist to shoulder, and 20 pounds from floor to shoulder on an occasional basis. She also demonstrated the ability to lift and carry up to 20 pounds 30 feet. There was a close correlation between the patient's subjective complaints of pain, extremity flexibility, general weakness, general decreased endurance, and extremity weakness and her functional ability.

It is my belief that Yesmin Galarza has the functional capacity to work **8** hours per day on an uninterrupted basis at this time. She should be in a job setting which allows her to take breaks to change positions from sit-to-stand/stand-to-sit frequently at will for positional comfort.