UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 1:15 cv-24380-ALTONAGA

YESMIN GALARZA,

    Plaintiff,

vs.

CARNIVAL CORPORATION, a Panama
corporation d/b/a "CARNIVAL CRUISE LINES,"

    Defendant.

_____/

CRAIG H. LICHTBLAU, M.D., P.A.
550 Northlake Boulevard
North Palm Beach, Florida 33408
Thursday, 4:51 p.m.
June 21, 2016

DEPOSITION OF CRAIG H. LICHTBLAU, M.D.

    Taken before Paula Pace, RPR, Notary Public
in and for the State of Florida at Large, pursuant
to Notice of Taking Deposition filed in the above
case.

---

## Page 2

APPEARANCES:

ON BEHALF OF THE PLAINTIFF:
ERIKSEN LAW FIRM
2161 Palm Beach Lakes Boulevard
Suite 410
West Palm Beach, Florida 33409
BY: Michael D. Eriksen, Esquire

ON BEHALF OF THE DEFENDANT:
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, Florida 33156
BY: Juan Carlos, Esquire

- - - - - -

INDEX

- - - - - -

**Craig H. Lichtblau, M.D.**

              PAGE

By Mr. Perez          004
                107
By Mr. Eriksen       075
                114

EXHIBITS

(Appearing on Page 3)

---

## Page 3

EXHIBITS

                     PAGE

DEFENDANT'S

No. 1 - Bill                05
No. 2 - Elkins list       05
No. 3 - File            05
(Retained by Dr. Lichtblau)
No. 4 - Final report      06
(Retained by Dr. Lichtblau)
No. 5 - Fee schedule      13

PLAINTIFF'S

No. 1 - peer-reviewed, published
article                 78
No. 2 - Article         83
No. 3 - Article         84
No. 4 - Article         86
No. 5 - Dr. Homan's report
(Retained in File)       94
No. 6 - Article         95
No. 7 - Article         96
No. 8 - Article         97
No. 9 - Article         98
No. 10 - Article       98
No. 11 - Article       98

---

## Page 4

Thereupon,

        CRAIG H. LICHTBLAU, M.D.,

was called as a witness and, having been first duly

sworn, was examined and testified as follows:

        DIRECT EXAMINATION

BY MR. PEREZ:

    Q.   Good afternoon, Doctor. My name is

Juan Perez. I'm the attorney for Carnival

Corporation.

    A.   **Juan, this is for you. This is the**

**bill and this is my updated CV, you have the Elkins**

**list, this is my chart and this is my report. If**

**you want to look at anything, this is all the stuff**

**I have.**

    Q.   Sure. Let's go ahead and mark some of

this. So this is your fee schedule?

    A.   **That's the actual bill for this**

**report.**

    Q.   The bill for this report.

    A.   **Uh-huh.**

    Q.   Could you specify what you mean by

that?

    A.   **Well, I generated a bill to generate**

**this report. I was paid X number of dollars to do**

**this work.**

5

1    Q.   This is the bill that you were kind
2    enough to send over to Mr. Eriksen's office?
3         A.   Yes.
4         Q.   We'll mark this as Exhibit 1.
5              (Thereupon, Defendant's Exhibit No. 1
6         was marked for identification.)
7    BY MR. PEREZ:
8         Q.   Would I be correct in saying that you
9    gave me your prior testimony list, your Elkins
10   list?
11        A.   Yes.
12        Q.   We'll mark that as Exhibit 2.
13             (Thereupon, Defendant's Exhibit No. 2
14        was marked for identification.)
15   BY MR. PEREZ:
16        Q.   You have with you a manila folder
17   which you're saying is your file for this case; is
18   that right?
19        A.   Yes.
20        Q.   We'll mark that as No. 3.
21             (Thereupon, Defendant's Exhibit No. 3
22        was marked for identification.)
23   BY MR. PEREZ:
24        Q.   And you have with you your final
25   report, which I also have a copy of.  Can you tell

6

1    me if this is the same exact document?
2         A.   Yes, it is.
3         Q.   Okay.  After you sent your final
4    report over to Mr. Eriksen's office to furnish it
5    to us, have there been any changes made to this
6    report?
7         A.   No.
8         Q.   Okay.  We'll go ahead and mark that as
9    Exhibit 4.
10             (Thereupon, Defendant's Exhibit No. 4
11        was marked for identification.)
12   BY MR. PEREZ:
13        Q.   Is that all you have with you?
14        A.   That's it.
15        Q.   All right.  Doctor, can you please
16   give us your full name for the record.
17        A.   Craig Howard Lichtblau.
18        Q.   Okay.  Can you please explain what it
19   is that you do for a living?
20        A.   I'm a medical doctor that specializes
21   in physical medicine and rehabilitation.  I will
22   tell you what a physiatrist does and then I'll tell
23   what I do, because it's different.
24             A physiatrist takes care of patients
25   that suffer from traumatic brain injury, spinal

7

1    cord injury, stroke, amputation, burns, multiple
2    orthopedic trauma, patients that suffer from any
3    type of musculoskeletal pain; knee pain, hip pain,
4    neck pain, back pain, progressive neurologic
5    diseases such as MS or ALS.  The role and goal of a
6    physiatrist is to reintegrate people back into
7    society at the highest functioning level.  That's a
8    general broad pain description.
9              Physiatrists work in the inpatient
10   setting such as an inpatient rehab center, the
11   outpatient setting such as the office, a
12   transitional living setting.  And physiatrists can
13   do adult, geriatric, pediatric, adolescent,
14   everything.
15             Physical medicine rehabilitation is
16   technically a nonsurgical speciality.  However, the
17   year that I applied to physical medicine
18   rehabilitation, which was 1985, the program changed
19   nationally from three years to four years and we
20   had surgical training.
21             Now, in my particular case I had a
22   special interest in congenital deformity
23   correction, extremity reconstruction, and truly the
24   prevention of deformity of children's extremities,
25   that's been my outside interest.  So what I do is I

8

1    do inpatient rehabilitation.  I'm the medical
2    director to a pediatric inpatient rehab unit at a
3    level one trauma hospital in the north part of Palm
4    Beach County known as St. Mary's Medical Center.
5    Also St. Mary's Medical Center knife and gun club,
6    which is on the Jackson Memorial Hospital grounds.
7              I was the medical director for the
8    adult side for 16 years.  I had over 6,000
9    admissions to the hospital, over 3,000 intensive
10   care unit consultations.
11             I am currently and have been the
12   medical director to a 236-bed transitional rehab
13   facility, specializing in the long-term care and
14   treatment of traumatic brain injury and spinal cord
15   injury, known as the Florida Institute of
16   Neurologic Rehabilitation.  I've been doing that
17   since November of 2002.
18             I am currently a consultant to
19   Children's Medical Services for five counties.  I
20   have over 800 neurologically devastated children
21   that I take care for the State of Florida, it's a
22   state Medicaid program.  I've done over 6,000
23   consultations for the state.  I have been doing
24   that since July of 1989.
25             My private practice opened on

9

1  September 22, 1989 for up to over 35,000
2  outpatients in the outpatient setting.
3        Surgical privileges, I have surgical
4  privileges at Jupiter Outpatient, I've scrubbed in
5  on over 100 spinal surgeries with Dr. Campbell.
6  I'm also in fellowship training with the number one
7  extremity reconstruction surgeon in the world,
8  Dr. Dror Paley.  I've scrubbed in on
9  rotationplasties and other specific surgical
10  procedures that are important for what I need to do
11  and what I need to know.  Tomorrow I have a surgery
12  scheduled with Dr. Feldman.
13        So in review, what does Craig
14  Lichtblau do.  I practice inpatient rehabilitation,
15  transitional rehabilitation, outpatient
16  rehabilitation, geriatric, adult, adolescent,
17  pediatric rehabilitation, nonsurgical and surgical.
18  So I really cover every gamut in rehabilitation
19  medicine.
20        Q.   Understood.  So you would characterize
21  it really as rehabilitation medicine?
22        A.   Correct.
23        Q.   Okay.  Right now we're in your office?
24        A.   Yes.
25        Q.   What is your professional address?

10

1        A.   550 North Lake Boulevard, North Palm
2  Beach, Florida.
3        Q.   Where did you go to medical school?
4        A.   Harvard of the Caribbean, American
5  University of the Caribbean on Montserrat.
6        Q.   Where is that at?
7        A.   The British West Indies.
8        Q.   What year did you graduate?
9        A.   1985.
10        Q.   And you've been practicing since 1989?
11        A.   Yes, the residency training was at
12  Washington University Medical Center.  That's four
13  years.  So I graduated, went right into residency
14  training, I went four years straight through.  I
15  graduated my program in June of 1989 and I opened
16  my practice September 22, 1989.  It took me, you
17  know, a month or two to get an office and
18  telephones and all that stuff.
19        Q.   Was that here in Florida?
20        A.   Yes.
21        Q.   So you've been licensed in Florida
22  since 1989?
23        A.   Yes.
24        Q.   Okay.  Aside from the medical records
25  that you have attached as part of your

11

1  comprehensive rehabilitation evaluation, have you
2  reviewed any other medical records for this case?
3        A.   I don't think so.
4        Q.   Okay.  Do you remember when you were
5  hired by Mr. Eriksen in this case?
6        A.   Yes, if I look at my file.
7        Q.   You're looking at what exhibit?
8        A.   Exhibit No. 3, in the inside cover we
9  have -- I don't take these calls, we have
10  administrative staff that takes them, Blanca took
11  it.
12        On 2-22-16, somebody from
13  Mr. Eriksen's office called my office to set up an
14  evaluation.  We actually saw the patient on
15  3-10-16.
16        Q.   Okay.  Now, your Elkins list, your
17  prior testimony list is a rather thick list.  I'm
18  not going to go through everything in here.  What
19  I'm really interested in is how often you've been
20  retained by Mr. Eriksen, if you know?
21        A.   Rather than give you misleading
22  testimony, I have to list his name every time I do
23  a depo or a trial and so it's in there.  If I throw
24  out a number and it's wrong, I don't want to give
25  misleading testimony.  But that's the last five

12

1  years, and he's a sole practitioner, so every time
2  you see Mike Eriksen's name in a depo, I think I've
3  only been in trial with him twice, but I've done
4  more depos than trials.  So if you just go to the
5  deposition part, I cannot do a deposition or a
6  trial without a report.  If I do a report, I'm
7  getting deposed, so if you look at the depositions
8  and just listed his name every time you saw it, it
9  would be accurate.
10        Q.   Suffice it to say you've been working
11  with him for awhile?
12        A.   I've been in practice almost 27 years,
13  and he's been here for 20 some years, so our paths
14  have crossed.  I wouldn't call him a frequent
15  flyer.  I wish he would send me more work because
16  he has good cases.  Mike, did you get that?
17        MR. ERIKSEN:  Yes, I'm taking notes
18  now.
19  BY MR. PEREZ:
20        Q.   So have you known him for 27 years?
21        A.   I don't know.  I mean, I was born and
22  raised here.  I was born in the hospital where I'm
23  the medical director.  I'm a local kid.  My father
24  was a good orthopedic surgeon from Vero Beach to
25  Fort Lauderdale, moved here in 1953.  My family has

13

1   been here since 1953, so when I came to town, a lot
2   of people knew my father, and I don't know when I
3   first did a case for Mike Eriksen, but 27 years
4   into it, I know who he is.
5       Q.  Okay.  Do you have a fee schedule?
6       A.  Yes, and it's -- I can get you one
7   right now.  Let me get it for you.
8       Q.  We'll mark that as Exhibit 5.
9           (Thereupon, Defendant's Exhibit No. 5
10      was marked for identification.)
11  BY MR. PEREZ:
12      Q.  All right, Doctor.  Exhibit 5, which
13  is your fee schedule, is this what you charge
14  everyone?
15      A.  Any forensic work, that's my forensic
16  work fee schedule.
17      Q.  So, for example, for a comprehensive
18  medical examination, an IME, it's $600 an hour?
19      A.  Yes.
20      Q.  Is that what you did in this case?
21      A.  I think so.
22      Q.  Okay.
23      A.  You have the bill right in front of
24  you.
25      Q.  Yes, I'm going to go through it in a

14

1   second.  I just want to check.
2           For all the fees that you have listed
3   here, does Mr. Eriksen have the same fees or does
4   he get a discount?
5       A.  Actually I think we just increased the
6   medical functional capacity assessment to $600
7   instead of 500, so I think he was billed 500
8   instead of 600.
9       Q.  When did you make that change?
10      A.  This month.
11      Q.  Does he get any sort of discount just
12  because he's Mr. Eriksen?
13      A.  No.  Actually I charge him 10 percent
14  more because he's Mr. Eriksen.
15          MR. ERIKSEN:  Thanks for bringing it
16      up.
17  BY MR. PEREZ:
18      Q.  Okay.  Is that for real or is that a
19  joke?
20      A.  That's a joke.
21      Q.  I want to make sure the record is
22  clear.
23      A.  He'd start crying --
24          MR. ERIKSEN:  And not pay it.
25  BY MR. PEREZ:

15

1       Q.  Now I'm going over what's Defense
2   Exhibit 1, this is the invoice that you had said
3   earlier you sent over to his office; is that right?
4       A.  Yes.
5       Q.  So it looks like the total amount here
6   would be, is it $4,915?
7       A.  Yes.  And it was a $5,000 retainer, so
8   he was paid back 85 bucks or whatever it was.
9       Q.  Aside from what you have in your fee
10  sheet here, your fee schedule, you also charge a
11  $5,000 retainer?
12      A.  Correct.
13      Q.  Okay.  So you reviewed, according to
14  this, patient records for two hours at $500 an
15  hour; is that right?
16      A.  Yes.
17      Q.  For a total of 1,000?
18      A.  Yes.
19      Q.  And then a comprehensive medical
20  evaluation, a medical work restriction evaluation,
21  a summary report, that's what's included in your
22  report, which is -- I'm sorry, what exhibit number
23  is that?
24      A.  This exhibit is Exhibit 4.
25      Q.  Okay.  And for that, it looks like you

16

1   charged $600 for the comprehensive medical
2   evaluation; is that right?
3       A.  Yes.
4       Q.  $500 for the medical work restriction
5   evaluation?
6       A.  Yes.
7       Q.  $400 for the summary report?
8       A.  Yes.
9       Q.  Everything else that you did in this
10  case, is it related specifically to the actual work
11  you did for the report or --
12      A.  Yes.
13      Q.  -- is it all administrative?
14      A.  No, I think there's only a $200
15  administrative fee for everything.  The rest of
16  it -- it's all related to this report.  That bill
17  is for this forensic report, nothing else.
18      Q.  Okay, understood.
19          What percentage of your work would you
20  say is dedicated to strictly patient-doctor versus
21  expert work that you've been retained for in
22  litigation?
23      A.  Let me show you my Elkins list and
24  break it down for you, because my answers have
25  changed.  In 2010, I did 50 trials and 178

17

1   depositions.  In 2015, I did 17 trials and 103
2   depositions.  My forensic work has dropped about
3   50 percent.  The explanation for that is in 2014
4   when I opened the inpatient pediatric rehab unit I
5   had 50 admissions.  In 2015, I had 101 admissions
6   and I was buried in the hospital, so I just did
7   less forensic work.
8           So the correct answer, it used to be
9   20 percent of my time is forensic and 80 percent of
10  my time is medical.  And now I'm just operating
11  under an abundance of caution, I would say that
12  85 percent of my time is medical and 15 percent of
13  my time is forensic.  Now, out of the 15 percent of
14  my professional time that's forensic work, half of
15  that I'm not an expert witness, it's on my own
16  patient, I'm the doctor of record.  Half of that,
17  I'm an expert witness.
18          So 7.5 percent of my professional time
19  is spent being an expert witness like I am in this
20  case with no doctor-patient relationship.  I am on
21  the plaintiff side greater than 90 percent of the
22  time.  I'm on the defense side less than 10 percent
23  of time.  I do defense work, but the majority of
24  the defense work I do is fraud, somebody's lying,
25  stealing or cheating and I'm hired to explain why

18

1   they're lying, stealing or cheating.
2           Although, I have gotten a couple of
3   real defense cases lately from Adams, Coogler,
4   Watson.  Not necessarily a fraud case, it's a real
5   case, but I'm on the defense side.
6           My income, I used to say that 25 or
7   30 percent of my gross income comes from all
8   forensic work.  That's changed.  I would say now,
9   you know, it's probably 12.5 to 15 percent because
10  I'm just doing less of it.  So that would be the
11  breakdown.  Plaintiff, defense, income, percentage
12  of income, percentage of time, that is the whole
13  forensic experience.
14          This is a very busy physical medicine
15  rehabilitation practice.  It's probably the most
16  diversified physical medicine rehabilitation
17  practice in the world because 99.99 percent of
18  orthopedic surgeons around the world have never
19  seen a rotationplasty, let alone scrubbed on one.
20  I've scrubbed on seven.
21          This is where you spin the leg 180
22  degrees and put it on backwards to prevent hind
23  quarter amputation with congenital femoral
24  deficiency, which is one birth out of a million.
25  When I was in residency training -- well, actually

19

1   I never saw a case of CFD.  Last week I saw six
2   cases in the morning, precluding six million
3   births.  Because Dr. Paley reads, writes and
4   lectures in six different languages, we get
5   referrals from 50 states and over 90 countries.
6   The Paley Institute at St. Mary's Hospital where I
7   work and I'm part of that program, I'm one of his
8   fellows, is the number one extremity reconstruction
9   clinic in the world.
10          Number two is in Siberia, Russia,
11  based on volume.  So when I say this is a very
12  diversified practice in physical medicine
13  rehabilitation, it really is.  I'm not lying under
14  oath.
15      Q.   Okay.  In relation to this case, how
16  many times did you actually have Ms. Galarza visit
17  you?
18      A.   Only once.  I only saw her one time
19  and I think it was for one hour.  I think we only
20  billed for one hour.  Where is the bill -- yeah, I
21  only billed one hour for the history and physical.
22  I think we did a work restriction, didn't we?
23  Yeah.
24          So my total time with this patient, my
25  guess under oath would be 45 minutes to an hour and

20

1   a half where I was face to face with her.  But you
2   have to realize when you see Jack Nicklaus hit a
3   golf ball, he makes it look easy.  You don't see
4   the hundred thousand hours of practice before he
5   stood up and hit that golf ball.
6           This is a very straightforward case,
7   to me, because all this is is two arthroscopies in
8   the knee, secondary to a traumatic induction to a
9   tear, radial tear of a lateral meniscus which was
10  fixed and that's the sequela of that.
11          So, I mean, this is not complicated.
12  This is not a brain damage case.
13      Q.   Sure.  Do you have any follow-up
14  appointments with Ms. Galarza?
15      A.   No.  I have no doctor-patient
16  relationship.  I was asked by plaintiff's counsel,
17  Mr. Eriksen, to use my knowledge, training,
18  clinical practice and experience to provide an
19  impairment, which is nothing more than a number
20  assigned to the loss of the body system;
21  disability; how that affects this lady's ability to
22  reintegrate back into society; and the cost for
23  future medical care, using a medical model.
24          Also, I was asked to define her life
25  expectancy, which comes right out of the life

21

1  expectancy table.  She has no reason to have a
2  reduction in life expectancy, she's got a normal
3  life expectancy.  So really what I was asked to do,
4  the continuation of care is for this legal
5  proceeding, how much is it going to cost to take
6  care of the lady in the future.  But I'm a medical
7  doctor, the spirit and intent of the continuation
8  of care plan, which is what do we have in 2016 to
9  compress morbidity.  What that means is what do we
10  have in 2016 to decrease this patient's pain and
11  suffering, especially as she ages.
12         One has to realize, as you age and you
13  suffer the secondary effects of aging, combined
14  with impairment, disability actually increases.
15  And the foundation for that opinion is this.  As we
16  get older, we don't feel our pain less.  As we get
17  older, we become more intolerant to pain, so that's
18  the whole spirit and the intent of this
19  continuation of care plan.
20         Q.   Okay.  By no doctor-patient
21  relationship, you just mean you weren't her
22  treating doctor, you were just retained as an
23  expert, correct?
24         A.   Yes, correct.  And as a clarification,
25  there was an orthopedic surgeon in Tampa that was

22

1  doing an IME on a very pretty girl, took her in a
2  back room and had sex with her.  And when he got
3  pulled up in front of the Florida Board of
4  Medicine, his defense to that case was he didn't
5  have a doctor-patient relationship.  He no longer
6  has a license.
7         There is a doctor-patient
8  relationship, but it's not a treating physician.
9  I'm not a treating physician.
10        Q.   Okay.  I've heard you talk about
11  surgery.  Could you just clarify how it is you're
12  involved in this; are you a surgeon?
13        A.   No, I'm a surgical assistant.  What I
14  do, I'm not giving misleading testimony, I'm not a
15  surgeon.  I have a lot of surgical experience, so
16  I'm a surgical assistant.  I do fat grafts, I put
17  the marking in, I close, I suture the deep fascial
18  tissue, the superficial tissue, the skin.  And then
19  in the big reconstructions that I do that could be
20  anywhere from 6 to 14 hours, as you can see on the
21  wall there, I do what I'm told, which is hold
22  instruments, coagulate bleeders, position the leg,
23  and hold instructions at the same time, so I'm
24  definitely a surgical assistant.  But I'm not
25  giving misleading testimony that I am the chief

23

1  surgeon or lead surgeon.  I'm not.
2         Q.   I didn't ask you for that purpose.
3  I'm not saying you would be misleading.
4         A.   Yeah, but I know my way around the
5  operating room, which you can see, this is a total
6  knee case, that's me there actually in residency
7  training doing the total knee.  And residency
8  training, that's why it went from three years to
9  four years, because we did six months of orthopedic
10  surgery.  I've done a total knee, a total hip,
11  fractures, I know all about it.
12         And the first decade of the inpatient
13  rehab unit where I was the medical director for
14  16 years, actually about the first 14 years,
15  55 percent of our admissions were orthopedics,
16  total knees and total hips.  I've taken care of
17  over 2,000 total joint replacements, status post
18  surgery.  I know my way around the operating room
19  and I know my way around total joint replacements,
20  I know what it is, how it is, how it's done, I'm in
21  the operating room.
22         So this, again, this is a very
23  straightforward case.  There is nothing murky about
24  this case.  This case is crystal clear.
25         Q.   Okay.  Before seeing Ms. Galarza, you

24

1  said March 10th, I believe; is that right?
2         A.   Yes.
3         Q.   Did you review any other medical
4  records?
5         A.   I don't want to give misleading
6  testimony, I don't know if I saw the records before
7  she came in or after she left.  The bottom line is
8  I could not have generated this report without
9  doing the medical records review.
10        Q.   So it's safe to say you did review the
11  records?
12        A.   Yeah, I reviewed the records.  I just
13  don't know when I did it.
14        Q.   Okay.
15        A.   Did you know this week we have a
16  special on carpal tunnel?
17        Q.   Did you review anything else before
18  visiting with her on March 10th?
19        A.   No.
20        Q.   Have you reviewed her deposition
21  testimony?
22        A.   No.
23        Q.   Have you reviewed any of her discovery
24  responses?
25        A.   No.

25

```
 1       Q.   Any other records other than what was
 2  furnished to you by Mr. Eriksen's office?
 3       A.   No.
 4       Q.   Am I correct in saying that the
 5  medical records were furnished to you by
 6  Mr. Eriksen's office?
 7       A.   Yes.
 8       Q.   Did you obtain any other medical
 9  records from any other doctors or any other
10  treating physicians?
11       A.   No.  The only thing I did was I called
12  a physician on the phone for pricing.
13       Q.   Who was that?
14       A.   A Dr. Hoffman?  What is his name.
15  Brad Homan, I have documented a phone conference on
16  April 14, 2016.  I was looking for the global fee
17  associated with the total joint replacement.  And
18  if you go to the best case scenario in the first
19  page it says, "It must be understood the need and
20  frequency for future medical treatment and care is
21  based on knowledge, training and clinical practice
22  experience.  The costs are confirmed from the
23  patient's treating physicians."
24            In other words, this continuation of
25  care is my opinion.  It just so happens the
```

26

```
 1  treating orthopedic surgeon that took care of her
 2  has got the same opinion as I do.  But I do contact
 3  him for accuracy, because the way I put this
 4  together is peer reviewed, published and accepted.
 5  It was peer reviewed, published and accepted in the
 6  American Academy of Physical Medicine and
 7  Rehabilitation in February of 2014 and again in
 8  February of 2015.
 9            What you're supposed to do is get the
10  costs in the geographic location in which the
11  patient lives, or try to get the surgical fee from
12  the surgeon who is actually going to do or did do
13  the surgery, for accuracy premium.
14            So the methodology that I put
15  together, the way I put this report together is
16  peer reviewed, published and accepted.
17       Q.   You're referring to, I guess, the way
18  you construct your report --
19       A.   Yes.
20       Q.   -- not specifically this report.
21       A.   Every report.  In fact, in the back
22  page of the report, I think I refer to the
23  literature that I utilize.  If you go to the second
24  to the last, where it says -- go to page 2, I talk
25  about the peer-reviewed, published literature that
```

27

```
 1  I'm utilizing for my opinion.  Not only in the
 2  construction of the continuation of care, but my
 3  causation opinion.
 4            This patient had never had a problem
 5  with the knee.  She falls, she has a problem with
 6  her knee, and there is a peer-reviewed, published,
 7  accepted causation opinion paper produced by the
 8  American Academy of Physical Medicine and
 9  Rehabilitation back in October of 2009.  There's
10  two prongs to causation, biological plausibility,
11  temporality, and ruling out other extraneous
12  causes.
13            And she meets that criteria.  Why does
14  she meet this criteria?  Because prior to subject
15  incident she didn't have sustained frequency,
16  duration or intensity of pain.  She gets in the
17  subject incident, she requires an arthroscopic knee
18  surgery, she continues to have pain, she needs
19  another arthroscopic knee surgery.  And realize, an
20  MRI is about 95, 97 percent accurate.  The gold
21  standard for a knee is to go in and look with a
22  scope and the surgeon eyeballs it and you can see
23  it.
24            So the treating surgeon removed more
25  meniscal tear, so that leads to greater bone on
```

28

```
 1  bone.  And you have to realize in the United States
 2  last year there were over 700,000 total knee
 3  replacements.  So the question is, is this patient
 4  going to fall into that subset category of
 5  developing traumatic arthritis requiring a total
 6  joint replacement.
 7            And the answer to the question, she is
 8  55 years of age.  If you go to the vital statistics
 9  of the United States, and I'm not making this stuff
10  up, I have to use the vital statistics of the
11  United States.  In this particular case it was the
12  2016 tables, she's got another 30.8 years to live.
13  So if you look at the peer-reviewed, published
14  journal articles that were documented in this
15  report, they talk about meniscal tears,
16  arthroscopic surgery, knees that are scoped and all
17  that.  My opinions would be different if this
18  patient was 78 years old in a wheelchair, living in
19  a nursing home.
20            She's young, 55 years of age at the
21  time that I saw her.  She's got two knee scopes.
22  She's got chronic unrelenting pain.  She's got
23  frequency, duration and intensity of pain.  And
24  according to the vital statistics, she'll live
25  another 30.8 years.  Probability, for the legal
```

29

1   setting, from my understanding has got to be
2   greater than 51 percent probability.
3           I don't have a crystal ball.  I'll be
4   the first one to admit I'm not part of the God
5   squad, I can't sit here and say 99 percent sure.
6           But I certainly can say, based on her
7   history, her physical examination, two arthroscopic
8   surgeries, she's 55 years old, her treating surgeon
9   and the published, accepted literature, it's
10  certainly greater than 51 percent probability that
11  she's going to need a total knee replacement.
12      Q.   Okay.
13      A.   That's this whole case in a nutshell.
14  Now we can go.
15      Q.   You mentioned x-rays and MRI; is that
16  right?
17      A.   Yes.
18      Q.   And that the gold standard would be
19  the photos --
20      A.   Well, the gold standard is the
21  intraoperative arthroscopy.  The guy goes in and
22  looks, because you can have a bucket handle tear,
23  you can have a tear in the meniscus and not really,
24  it doesn't show up on the MRI, or it also has to do
25  with who's reading it.  The radiologist, does he do

30

1   knees every day, does he do hips every day, or is
2   he a neuroradiologist and looks at brains and
3   occasionally looks at a knee and misses it.
4           The gold standard, as far as I'm
5   concerned, and everybody would agree with me, is
6   when the surgeon goes in with the scope and
7   actually looks at it and then they can push a
8   button and take a picture of it, and that's an
9   intraoperative picture that's far more accurate
10  than an MRI.
11      Q.   Have you had an opportunity to review
12  to Dr. Lamoreaux's reports?
13      A.   No.
14      Q.   You have not?
15      A.   I don't know if I saw his reports or
16  not, but what I did do is I spoke to the treating
17  surgeon who actually went in and looked.
18      Q.   Dr. Homan was the second treating
19  surgeon.
20      A.   Yeah, Lamoreaux, I got him mixed up
21  with somebody else, a lawyer in town named
22  Larmoyeux.
23           All right, Lamoreaux, yeah, I think
24  that he didn't have arthritis at that point, he
25  didn't see any degenerative changes in there at

31

1   that time.  But realize, he did the first surgery
2   and didn't follow her beyond that.
3           The next guy sees her, does the
4   surgery, now he's removed more meniscus, now you
5   have more probability of bone on bone.  Once you
6   have bone on bone, then you've got chronic
7   unrelenting pain.  So my opinion is based on this,
8   it's based on the facts of the case.  Here's my
9   formula, fact plus fact plus fact equals opinion.
10  But if you go to page 2 of the first report on the
11  bottom it says, "Presently, the patient states she
12  continues to experience right knee pain, describes
13  it as a constant 3 out of 10 on the 1 to 10 scale
14  for pain.  She states that at times her knee pain
15  can go as high as 8 out of 10.  She states her
16  right knee will give out on her at times and also
17  locks up at times.  She states she continues to
18  have popping and clicking in her right knee with
19  range of motion.  She states increased activity
20  exacerbates her pain.  She states standing and
21  walking can also exacerbate her pain.
22           "She states she's taking Vimovo, which
23  helps temporarily reduce some of her right knee
24  pain."
25           So now what she's describing is

32

1   chronic pain with intermittent exacerbations of
2   chronic pain, fact number 1.
3           Fact number 2, she's had two
4   arthroscopic surgeries.  Fact number 3, she's
5   55 years of age.  Fact number 4, as she suffers the
6   secondary effects of aging, combined with her
7   current condition of her meniscus, it will increase
8   over time, because as she gets older she won't feel
9   her pain less, she'll become more intolerant to the
10  pain.
11           Fact number 5, she's not in a
12  wheelchair, she's not in a sedentary lifestyle.
13  She's walking, she's participating in life, so
14  she's using her knee.  So those five facts lead me
15  to believe it is more probable than not that she
16  will need a total knee replacement.
17           If you look at all those facts, it
18  leads to greater than 51 percent probability.  I'm
19  not here under oath saying that it's 99 percent.
20  It's greater than 51 percent.  My understanding is
21  that the defense IME orthopedic surgeon said she
22  wouldn't need a total knee replacement.  I don't
23  understand what the foundation of his opinion is,
24  if the facts as I've laid out, fact number 1,
25  number 2, number 3, number 4 and number 5 are

33

1  correct, those facts are correct because that's the
2  facts of the case.  How he comes in and says she
3  doesn't need a total knee replacement, I don't
4  really understand it, because being over 700,000
5  total knee replacements a year in the United
6  States, this patient is going to fall into that
7  subset category more likely than not, which is
8  greater than 51 percent probability.
9       Q.   Is it your understanding that when she
10 had the first arthroscopic surgery, she did not
11 have any degenerative tearing at that point?
12      A.   She might have had degenerative
13 tearing, she's 55 years of age, everybody has
14 degenerative tearing, but this was a traumatically
15 induced tear with a radial tear of the lateral side
16 of the knee, and she had some chondromalacia of the
17 patella, she had some degenerative changes
18 underneath the patella, but that's not what this
19 case is about.  This case is not about degenerative
20 changes in her patella.  The case is about a radial
21 tear of the lateral meniscus, which is more rare.
22 Usually it's a medial meniscus tear, not a lateral
23 meniscus tear.
24           Anyway, she's got a lateral meniscus
25 tear which is traumatically induced, which is

34

1  visualized by the scope.  That has nothing to do
2  with degenerative changes.  I will concede she has
3  preexisting degenerative changes.  I'm 60 years
4  old, I guarantee you I have degenerative changes in
5  my knee.  I don't have any pains in my knees, I've
6  never had a knee problem in my life, knock on wood.
7  But if we were to get an MRI, or if somebody was to
8  scope my knee, there would be degenerative changes
9  there based on my age.
10      Q.   You would agree with me that
11 chondromalacia would also be something that could
12 lead to arthritis?
13      A.   You asked the question --
14 chondromalacia is arthritis.
15      Q.   You believe it's the same thing?
16      A.   Yes, chondromalacia is basically
17 degenerative changes of the cartilaginous cap
18 underneath the patella.  That's degenerative
19 changes.
20      Q.   Okay.
21      A.   That's what chondromalacia of the
22 patella is, it's degenerative changes.  I've
23 already conceded that.  That has nothing to do with
24 the injuries in this accident though.  This
25 accident did not cause chondromalacia of the

35

1  patella in a 55-year-old.  Chondromalacia of the
2  patella was there before the accident.  The
3  accident has nothing to do with that.
4            I mean, you might, you could say it
5  made an asymptomatic condition symptomatic.
6  Because my understanding is she never really went
7  to a doctor, she never had knee pain.  But I
8  wouldn't say that the accident caused
9  chondromalacia of the patella.  You could say the
10 accident caused an asymptomatic condition of
11 chondromalacia of the patella to become
12 symptomatic.
13           But again, it's a moot point because
14 that has really nothing to do with the injuries in
15 this case.  This case is radial tear of the lateral
16 menisci requiring an arthroscopic surgery, poor
17 result, having another arthroscopic surgery.  She's
18 had the meniscus removed times two and she's 55
19 years of age and she still describes chronic pain
20 in the knee.
21           So what do you do to treat the chronic
22 pain.  You can give her some injections, that's
23 temporary.  You can give her some oral medicines,
24 that's temporary.  You have to be careful with the
25 oral medicines you give her because you can knock

36

1  her kidneys out, knock her liver out.
2            The standard of care in this country
3  would be total knee replacement.  Now, you want to
4  hold off as long as possible because you don't want
5  to have to do a revision.  If you hold off a long
6  time, you might get away with one.  If you don't
7  hold off and if the pain gets worse and she has to
8  have the revision sooner than later, total knee is
9  good, what, 12 years, 20 years, she's looking at a
10 revision.  So if you can hold off, you get by with
11 one, you're better off.
12           If you can't hold off and you have to
13 do it sooner than later, she's looking at one total
14 joint replacement and more likely than not a
15 revision.
16      Q.   So it's your opinion that the current
17 state that she's in with her arthritic pain is
18 definitely linked to October 18, 2014 when she
19 fell?
20      A.   Well, you asked the question in a
21 convoluted way, because you're putting in arthritic
22 pain.  What I'm willing to say under oath, because
23 I don't give misleading testimony, she had
24 cartilage removed from her bone twice, okay.  That
25 leads to degenerative changes, traumatic changes,

37

1  traumatically induced arthritis, bone on bone, and
2  an unhappy patient because they have pain, okay.
3         I want to be very careful what I say.
4  It's not the chondromalacia of the patella that's
5  the need for her -- as the cause and need for her
6  total joint replacement.  It's irrelevant.
7         What's the need for this patient's
8  total joint replacement is the two arthroscopic
9  surgeries, which is secondary to the subject
10 accident.  If she hadn't had the subject accident,
11 she wouldn't need arthroscopic surgery, period.
12        I mean, I'm all about the facts of the
13 case.  If you have records that this lady saw an
14 orthopedic surgeon multiple times, you have MRIs of
15 her knees, she had Synvisc injections in her knees,
16 she had therapy in her knees prior to subject
17 accident, you can take my testimony and throw it in
18 a garbage can, my testimony is completely wrong.
19        My understanding of the facts of the
20 case is she didn't have problems with her knees
21 prior to subject incident.  She gets into subject
22 incident, she has two arthroscopic knee surgeries,
23 she's got frequency, duration and intensity of
24 sustained pain in her right knee, which is a
25 significant problem, and it's more probable than

38

1  not, which is in my opinion a greater than
2  51 percent probability that she will have at least
3  one total knee replacement.
4     Q.  Are you aware of what degree
5  chondromalacia she had at the time that she was
6  treated with Dr. Lamoreaux?
7     A.  No, I mean, I'm sure it's in the
8  record.  It's irrelevant to me because the
9  chondromalacia of the patella has nothing to do
10 with this.
11    Q.  Is chondromalacia or any degenerative
12 tearing of the meniscus something that happens
13 overnight, or is it something that's a process
14 that's ongoing?
15    MR. ERIKSEN:  Object to form.
16    THE WITNESS:  You're asking very well
17    crafted defense attorney questions.  You've
18    asked two different questions within a
19    subset of that question.  Degenerative
20    changes --
21 BY MR. PEREZ:
22    Q.  Let me break it up.
23    A.  Break it up.  That's a very compound
24 question.
25    Q.  Is the chondromalacia, or is

39

1  chondromalacia in general, period, something that
2  happens overnight, or is it something that is a
3  process that is ongoing for a series of months,
4  years?
5     A.  Chondromalacia of the patella is part
6  of the aging process that takes years.  And that
7  has nothing to do with subject accident.  This
8  accident has nothing to do with chondromalacia of
9  the patella.  That is degenerative changes under
10 the kneecap, okay.  This is not her problem.  Her
11 problem is a meniscal tear, that's her problem.
12    Q.  Was she also diagnosed with
13 osteoarthritis?
14    A.  Yes.
15    Q.  At the time she was first seen by
16 Dr. Lamoreaux?
17    A.  Yes.  Everybody has osteoarthritis.
18 You have osteoarthritis -- how old are you?
19    Q.  I'm 42.
20    A.  You have osteoarthritis.  Everybody
21 over the age of 19 starts developing changes.
22 Osteoarthritis just means bone arthritis.  I'm 60
23 years old, I have osteoarthritis by definition, but
24 I don't have any pain.  I don't have any reason --
25 it's not causing me any problem, okay.  There's no

40

1  pain, no nothing.
2         But if you said, Dr. Lichtblau, do you
3  have osteoarthritis?  I'd have to answer, sure, I
4  do, I have it in my hips, my knees, my facet
5  joints.  Osteoarthritis is irrelevant in this case.
6  It's preexisting.  I've already conceded that.
7  It's preexisting.
8     Q.  So you think her pain is related only
9  to the fact that she's had two arthroscopic
10 surgeries on her meniscus?
11    A.  Yes, because prior to subject
12 incident, it speaks for itself, she didn't have any
13 knee problem.  Unless I'm wrong -- if I'm wrong,
14 I'm closing the deposition, I'm telling Mr. Eriksen
15 I'm out of this case.  I'm not going to get
16 involved in anything that's fraud.  Mr. Eriksen is
17 a very credible attorney, he doesn't take fraud
18 cases.  If I'm wrong, I'm out.  My testimony is
19 over, okay.  I'm not going forward in this case.
20        My understanding is this patient did
21 not have sustained frequency, duration and
22 intensity of knee pain prior to subject incident.
23 She never had an MRI.  She never had injections
24 into the knee joint, okay, because of meniscal
25 problems.  Her menisci are clean.

41

1    Did she have osteoarthritis in her
2  knee? Absolutely she did, she's 55 years old.  Did
3  she have a chondromalacia of the patella?
4  Absolutely she did, she's 55 years old.  But it
5  wasn't a problem.  It is irrelevant.  It's moot.
6    She gets in the subject accident,
7  based on the three prongs of causation, biological
8  plausibility, temporality, ruling out any
9  extraneous causes, of course they did because they
10  went in there and scoped her.  The main cause of
11  the patient's impairment, disability and cost for
12  future medical care is subject incident.  It is
13  certainly not chondromalacia of the patella which
14  she had all along and was asymptomatic.
15    Q.   Okay.  Her medical history, did you
16  just get that from her orally?
17    A.   Yes, but some of it was confirmed in
18  the medical records, because patients don't know
19  the diagnostic impressions.  We get that in the
20  records.  But when it says, "presently the patient
21  states," that comes directly from the patient.
22    Q.   Did she specify to you the details of
23  her accident, how it happened?
24    A.   Not really.  And I'm not an accident
25  reconstructionist, and I trained in St. Louis,

42

1  Missouri.  Missouri is known as the trophy state.
2  I didn't witness the accident.  I don't know what
3  happened.  I don't have any opinions regarding the
4  accident.  There may be a videotape about the
5  accident.
6    All I know is she was going down the
7  stairs when she slipped and fell, twisting her
8  right knee.  She states her husband was able to
9  catch her from falling to the ground.  That's all I
10  know.  But realize, you don't have to hit the
11  ground to hit your knee, to tear.  And in fact, a
12  lot of times a football player, they're clipped to
13  the side, there's like a pivot in the knee joint
14  and that's how they have a tear.  But I have no
15  opinion regarding the accident.
16    Q.   Okay.  In terms of what you know about
17  the accident, she just told you she slipped on some
18  stairs?
19    A.   Right.
20    Q.   Did she even tell you that?
21    A.   Yeah, that's all she told me.  And I
22  don't develop that, I don't really ask too many
23  questions about that, because I'm not an accident
24  reconstructionist and I never testify outside my
25  area of expertise.

43

1    Q.   Don't you think that knowing how it
2  was she slipped, maybe the angle or whether or not
3  it was a twist, something like that would be
4  important to your evaluation?
5    A.   No, because she did say she twisted
6  her right knee.  So, to me, twisted means a pivot
7  motion and that's how you tear a menisci.  What is
8  important is, what's really important in the whole
9  history of present illness is what I already put in
10  the record about the frequency, duration and
11  intensity of pain, because that would beg the
12  question of, Doctor, what's the difference between
13  acute pain and chronic pain.
14    Realize, acute pain is I fall down and
15  I break my right wrist and I feel that pain in my
16  right parietal lobe.
17    Now, that is considered a symptom.
18  Doctor, it hurts.  That's all it is.  If that pain
19  lasts greater than 12 to 16 weeks, that becomes
20  chronic pain.  And chronic pain is not a symptom.
21  Chronic pain is a disease.
22    Why is that?  Because it affects the
23  frontal lobe.  Your frontal lobe is your emotional
24  command center.  That's why patients who suffer
25  from chronic pain get depressed.  The reason why

44

1  that is so important is because she technically
2  really is a chronic pain patient because she's got
3  chronic unrelenting pain.  And so if you go to page
4  number 6 in my report, the diagnosis number 6 is
5  acute function decline, meaning she's not the same
6  person that she was, secondary to chronic pain.
7  That's where it's coming from.  This is a chronic
8  pain patient.
9    And depression, now, I'm not a
10  psychiatrist.  I'm not giving her a diagnosis of
11  depression like her cat got run over by a car so
12  she's depressed that her cat died.  I'm giving her
13  a diagnosis of depression as the third component of
14  chronic pain.  That's what this is.  And that's why
15  the total joint replacement is so important,
16  because with total joint replacement, if you have a
17  good joint replacement surgeon who does a good job,
18  what happens is it's impossible to have pain.  The
19  pain is gone, the joint is gone.
20    A total joint replacement, if
21  successful, has zero pain.  Why?  There is no
22  joint.  Look at Jack Nicklaus.  Jack Nicklaus has
23  his hip replaced.  He's playing golf in the
24  seniors.  There are 700,000 total joint
25  replacements here in the United States.  Why is

45

1  that?  Because people don't want to live with
2  chronic pain, all right.
3        So let me give you my little speech
4  why this is so important.  You could say, well,
5  Doctor, she's got some arthritis, why not just give
6  her some Advil or give her some Percocet when she's
7  having a problem.  Let me explain it to you.  If
8  you are under the age of 60, your kidneys are
9  filtering 125 cc's of blood.  It's a great filter
10  system.
11        Over the age of 60, that drops by 30
12  percent.  So people that are eating Advil,
13  Ultracet, these medications over the counter, they
14  knock their kidneys out, you're looking at dialysis
15  three and a half hours a week, three times a week,
16  and that's good for 5, 10 years, and then you need
17  a transplant.  You get a transplant, then you have
18  to go on immunosuppressant drugs, they knock out
19  your femoral head, humeral heads, femoral heads,
20  and you need a total joint replacement.  It's a
21  disaster.
22        What I have in here is Ultram, which
23  it is a narcotic, it works at the new receptor
24  side, so the addiction potential is very low.  So
25  then I tell patients, what is the difference

46

1  between heroin and morphine, and the difference is
2  nothing.  All heroin is is dirty morphine, it's
3  Diamorphine.  So what we don't want to do is create
4  a junkie.  There are 360 million people in the
5  United States, 6.7 billion people in the world.  We
6  are only 4.4 percent of the world's population.  We
7  consume in this country greater than 82 percent of
8  the world's opioid narcotic pain medicines.  The
9  United States of America is way overmedicated.
10        And of course in South Florida, we're
11  known as the pill mill capital of the world.  So
12  really, what's best for this patient is to hold off
13  as long as possible, maybe two or three steroid
14  injections are needed, calm her knee down, and then
15  when she gets to the point where she's absolutely
16  miserable, knee replacement.  Knee replacement, no
17  more pain and back into society.  That would be the
18  standard of care in this country.
19        Q.   A couple things, you mentioned that
20  she's depressed, but you also mentioned yourself
21  that you're not a psychologist or a psychiatrist.
22        A.   Right.  And if you go to the AMA
23  impairment rating, what I do is I specifically
24  state -- or did I not do one?  I thought I did one.
25  Oh, you know what, I didn't put an AMA impairment

47

1  rating.  I guess Mr. Eriksen didn't ask for it.
2        I always say that depression is, it's
3  a component to chronic pain.  I'm not giving her a
4  diagnosis of depression.  I don't think she's sad
5  that her dog died or something.  What I'm saying is
6  she's got all three components of chronic pain.
7  The justification in the short course is an
8  outpatient physical medicine program, injections,
9  oral medications and total joint replacement, she
10  is a chronic pain patient.  You want to get her out
11  of chronic pain so she can be an active functioning
12  member of society, pain free.
13        The Constitution of the United States
14  I believe says that we're not supposed to have
15  cruel and unusual punishment.  When you live in
16  chronic pain for a long time, it changes your
17  personality.
18        Q.   Sure.
19        A.   And you don't want to end up like a
20  guy like me, really.
21        Q.   You also mentioned that she wouldn't
22  need a replacement until the point that she's
23  miserable; is that right?
24        A.   Yes.
25        Q.   Is she at the point where she's

48

1  miserable right now?
2        A.   You know what, probably.  I don't
3  think she's a happy camper, based on frequency,
4  duration and intensity, but she's 55, so what I
5  would try to do is get her to hold off until age
6  60, at least to age 60, and then if she was lucky
7  she might get by with one replacement.
8        Q.   Did you also document in your report
9  that she's at a 3 out of 10 on the pain scale of 1
10  to 10?
11        A.   Yes.  But realize where that is, that
12  is --
13        Q.   I'm on page 2 of your report.
14        A.   Yes.
15        Q.   Can you say the exhibit number, so
16  we're clear.
17        A.   Yes, Exhibit No. 4.  But here is
18  what's important, because you can't leave out the
19  next part.  I agree and I concede she has described
20  it as a constant 3 out of 10 on the 1 to 10 scale
21  for pain.  But here's the bad part.  She states at
22  times her knee pain can go as high as 8 out of 10.
23  She states her knee will give out on her, locks up
24  on her at times.  She continues to have popping and
25  clicking with range of motion and increased

49

1    activity exacerbates her pain.
2                That is key.  Once you started losing
3    function, then you're unhappy.  If she increases
4    her activity level, then she has increased pain.
5    She is a candidate for a total knee replacement.
6    She is a candidate right now.  However, and I'm not
7    treating her, I would just say, try to hold off
8    until age 60 and then maybe get by with one of
9    them.
10       Q.   You also mentioned during the
11   deposition that she does not lead a sedentary
12   lifestyle; is that right?
13       A.   Yeah, she doesn't, I mean, it's not
14   like she's a couch potato.  She's active, she's
15   walking, she's living.
16       Q.   How do you know that?
17       A.   Based on her.
18       Q.   She told you that?
19       A.   She stated she's currently working
20   full-time for Pepsi-Cola, has to walk a good
21   portion of the day, going up and down stairs.  She
22   has to make a living.  This is not, you know, a
23   typical work comp patient claiming they can't work,
24   you know, alleged slip and fall at Wal-Mart that
25   nobody witnessed, they can't work anymore and

50

1    they're sitting at home watching Jerry Springer,
2    eating Percocet.
3                That's not what this is.  This patient
4    is a participating member of society.  She's in
5    pain, she needs a total joint replacement.  If she
6    had a total joint replacement, she could work with
7    Pepsi and she wouldn't be having 8 out of 10 pain.
8                I mean, here's the bottom line.  If
9    this was a slip and fall on the Carnival Cruise
10   Lines, nobody witnessed it, she didn't have two
11   arthroscopic surgeries, she got an MRI and it was
12   clean and there was no, you know, meniscal tear and
13   no surgeon went in and looked at it, no surgeon did
14   a meniscectomy, I would say this lady's a liar.
15               The way I say somebody is a liar, I
16   say it very gracefully, I say the patient's
17   subjective complaints of pain far outweigh their
18   findings on clinical exam.  It's a polite way of
19   calling somebody a liar.
20               This patient is not.  This patient is
21   working for Pepsi-Cola.  She's got 3, constant 3
22   out of 10 knee pain.  When she increases activity
23   level it goes to an 8.  So I have no reason to
24   disbelieve the patient, especially with the fact
25   that she was scoped twice, and Dr. -- I can never

51

1    remember his name.
2                Dr. Brad Homan scoped her, I spoke to
3    him and he agrees with me.  I mean, we're on the
4    same page, she needs a joint.  She needs it now,
5    but I would say hold off five years.  Because then
6    she's 60, if she gets lucky at 75 years of age, 70
7    years of age, she will be more sedentary at that
8    time, probably be retired and won't need a second
9    joint.  If she does not have a good result and
10   she's very active, it's a 50/50 she would need a
11   revision.
12       Q.   Did you speak to Dr. Homan before or
13   after your visit with her on March 10th?
14       A.   I did it after I saw her.
15       Q.   Okay.
16       A.   Because I wouldn't be able to speak to
17   him with any intelligence if I didn't examine her
18   first.
19       Q.   Are you aware if Ms. Galarza has
20   switched to another position where she no longer
21   needs to go up and down stairs?
22       A.   I don't know.  But again, that would
23   be irrelevant to me.  Just the mere fact she's
24   negotiating, she's walking, she's not sedentary,
25   she's not sitting home on a phoney work comp claim

52

1    saying "I can't work" and watching the Jerry
2    Springer show.  She's a participant in life, I
3    mean, this is a model patient really.
4        Q.   All right.  You would agree we're not
5    talking about an athlete?
6        A.   No, we're not talking about an
7    athlete.  We're talking about a 55-year-old woman
8    who's had two scopes in her knee.  And we know the
9    statistics, there's over 700,000 total joint
10   replacements, total knee replacements in the United
11   States a year.  She falls into that category, based
12   on knowledge, training, clinical practice,
13   experience and literature.  I mean, I have
14   peer-reviewed, published literature here for you
15   talking about what happens with a meniscectomy.
16   The good part about a meniscectomy, you remove the
17   offending loose bodies and the loose cartilage.
18               The bad part about a meniscectomy is
19   you're taking away the cartilage, the cartilaginous
20   cap on top of the knee, so you're going to have
21   bone on bone faster than the general population.
22   So, you know, it's a problem.
23               And the other thing is, I haven't
24   really brought this up in the deposition, there are
25   over 320,000 hip fractures in the United States a

53

1  year.  And part of that is, that's the general
2  population that falls.  When somebody says their
3  knee locks up on them, their knee clicks, their
4  knee gives out, they're a fall risk.
5         So I can provide you with 27 journal
6  articles right now about the fall risks of patients
7  in the general population.  She's not the general
8  population anymore.  She is knee scoped times two,
9  with clicking, locking and popping of her knee and
10 her knee giving out on her, so she hits that
11 subcategory, subset population of increased risk
12 for falling, increased risk for fractured hip.
13     **Q.**   Okay.  Is popping and clicking also a
14 symptom that can be related to chondromalacia?
15     **A.**   It can be, but it would be less than
16 **50 percent probability when you're talking about**
17 **somebody who has been scoped twice and somebody**
18 **who's had meniscal tear and somebody who's been**
19 **scoped in that area.  Can you get a snap crackle**
20 **and pop with chondromalacia of the patella?**
21 **Absolutely.  But is that the major contributing**
22 **cause of this patient's snap crackle and pop?  No.**
23        **Her snap crackle and pop is coming**
24 **from removal of the meniscal material in the knee**
25 **joint.**

54

1      **Q.**   Okay.  How many times have you spoken
2  to Mr. Eriksen about this case?
3      **A.**   I just spoke to him once, before you
4  **walked in, we had a pre-depo conference set for 15**
5  **minutes.  He got 15 seconds, I was running behind**
6  **as usual.**
7      **Q.**   Was that today?
8      **A.**   That was today, right before the
9  **deposition.**
10     **Q.**   Prior to that, I guess his office just
11 furnished you records, you didn't get to talk about
12 the case at all?
13     **A.**   I don't think I ever talked to him
14 **about the case.  I don't remember, I mean, I'm not**
15 **trying to give misleading testimony.  I think I**
16 **printed this out as fast as I could and got it to**
17 **him, that was me that signed off on it, because to**
18 **me, this case is very straightforward.  This is not**
19 **a brain damaged baby case.**
20     **Q.**   Okay.  I want to go through your
21 report.
22        (Thereupon, a short recess was taken.)
23 BY MR. PEREZ:
24     **Q.**   So I have the comprehensive
25 rehabilitation evaluation, it contains it looks

55

1  like eight or nine parts, nine parts; is that
2  right?
3      **A.**   Yeah.
4      **Q.**   Okay.  The first couple of pages just
5  seem like a history of present illness.  Again, we
6  discussed, this was all oral, given to you orally;
7  is that right?
8      **A.**   Yes.
9      **Q.**   Okay.  I have here that the
10 medications that she was taking at the time you saw
11 her was Vimovo; is that right?
12     **A.**   Yes.
13     **Q.**   What is Vimovo?
14     **A.**   I believe it's a nonsteroidal
15 **antiinflammatory.  I don't use it.  I think that's**
16 **what it is.**
17     **Q.**   Is that all she was taking?
18     **A.**   Correct.
19     **Q.**   So was she taking that for pain?
20     **A.**   Yes.
21     **Q.**   All right.
22     **A.**   I can Google it real quick.  I thought
23 **it was a nonsteroidal, I could be wrong.  Let me**
24 **just see, I've never used it so I don't know.**
25     **Q.**   Okay.

56

1      **A.**   I'm wrong.  Proton pump inhibitor,
2  **nonsteroidal antiinflammatory and Proton pump**
3  **inhibitor.  So it prevents a lot of acid in your**
4  **stomach, so when you take the nonsteroidal**
5  **antiinflammatory, less probability of burning a**
6  **hole in your stomach.  Not a bad idea.  So it's a**
7  **nonsteroidal antiinflammatory combined with a**
8  **Proton pump inhibitor.  It's Naproxen with a Proton**
9  **pump inhibitor, that's all it is.  Not a narcotic.**
10     **Q.**   So at the time you saw her,
11 March 10th, she wasn't taking any other medication?
12     **A.**   No.
13     **Q.**   The last time she had seen a doctor
14 before March 10th was August 2015?
15     **A.**   Yes.
16     **Q.**   Is that when Dr. Homan basically
17 released her from care?
18     **A.**   I think so.
19     **Q.**   Okay.  So even though she claims she
20 was experiencing 3 out of 10 constant pain and
21 sometimes 8 out of 10 pain, she wasn't taking
22 anything else other than this Vimovo; is that
23 right?
24     **A.**   That's correct.  That's why I would
25 **say that she's a model patient.  She's not South**

57

1   Florida going to the pill mills and getting
2   Percocet and OxyContin.  She's a tough lady.  This
3   lady is a tough lady.
4        Q.   Okay.  Aside from complaining about
5   pain in her right knee, I'm not going to go through
6   every thing that you checked her for, she
7   didn't make any other complaints?
8        A.   No.  This case is about lateral
9   meniscus tear, secondary to a traumatic accident,
10  arthroscopic surgery times two, ongoing unrelenting
11  pain.  This case has nothing to do -- the injuries
12  in the accident have nothing to do with anything
13  else.  Very straightforward.
14       Q.   Let's turn to the medical functional
15  capacity assessment.  Can you tell me what you do
16  in that section of this report.
17       A.   Yes, we use the BTE method because the
18  United States government uses it and we have a VA
19  hospital right down the road here, and I want VA
20  work.  This is peer-reviewed, published and
21  accepted, based on normative data that's created by
22  BTE.  It's not created by me.  And we use this,
23  it's an extension of the physical medicine
24  rehabilitation physical examination.
25            I believe this is a chronic pain

58

1   patient, and the best way to treat chronic pain is
2   a structured environment.  And the best structured
3   environment is gainful employment.  So I want to
4   send this patient to work within safe parameters
5   and that's what we do.  We define the safe
6   parameters, using the peer-reviewed, published,
7   accepted BTE method.
8            And on page 2 of the summary, I sent
9   her back to work eight hours a day.  I said she
10  would be in a job setting which allows her to take
11  breaks, changing positions from sit to stand, stand
12  to sit, for positional comfort.  She may sit, stand
13  and walk as tolerated.  She may perform bending,
14  occasional kneeling, climbing to protected heights,
15  repetitive reaching overhead, repetitive movement
16  of her elbows, pushing and pulling.
17           She should avoid repetitive bending,
18  twisting, prolonged kneeling, squatting, crawling,
19  climbing to unprotected heights, running and
20  jumping.
21           I said she should be able to lift from
22  the floor to shoulders, positioned at the light
23  level, which is defined by the Dictionary of
24  Occupational Titles as lifting 20 pounds on
25  occasion and up to 10 pounds frequently.  And I

59

1   said she'd have good days, bad days and missed days
2   at work.
3            My opinion will change when she has
4   the total knee replacement.  She should not have
5   good days, bad days, missed days at work.  She
6   shouldn't have any missed days of work.
7            Now, those are my opinions based on
8   the BTE, which is 38 tasks, which includes, but is
9   not limited to bending, lifting, pulling, pushing,
10  twisting and carrying.  And this methodology is not
11  created by me.  This is created by an organization
12  that creates and maintains that normative data.
13       Q.   At the current moment, you did clear
14  her to work eight hours a day; is that right?
15       A.   Yes.
16       Q.   With or without the knee surgery.
17       A.   That is correct.
18       Q.   The total knee replacement, right?
19       A.   Yes, but the only difference is, if
20  she has the knee replacement, I don't think she
21  will have missed days at work.  I mean,
22  technically, she can have wage loss, you know, if
23  she's not able to work, she has a wage loss.  With
24  a total knee replacement, there is no wage loss.
25       Q.   Do you know if she's been missing work

60

1   because of pain in her knee?
2        A.   No, I don't.  But what I do know is if
3   this continues and she doesn't have the knee
4   replacement, it's greater than 51 percent
5   probability that she's going to have a problem with
6   gainful employment.
7        Q.   Part of your findings, you say
8   Ms. Galarza was able to sit for 20 or 30 minutes?
9        A.   Yes.
10       Q.   And stand for 10 to 15 minutes?
11       A.   Yes.
12       Q.   How is that tested?
13       A.   Through a medical functional capacity
14  assessment, because there's parts where you sit,
15  parts where you stand.  And that's why I said in
16  there she has to go from sit to stand, stand to sit
17  frequently, at will, for positional comfort.
18       Q.   So does this mean that she
19  demonstrated the ability to do these things without
20  pain?
21       A.   No.  She had pain, but we feel that
22  this is what she could do.
23       Q.   Okay.
24       A.   What's important about this is,
25  Dr. Lichtblau is not taking her out of the job

61

1 market, job force.  In other words, there is no
2 wage loss here.
3          Q.   Okay.
4          A.   I think she can work.
5          Q.   Okay.  She also demonstrated the
6 ability to bend seven times in 30 seconds; is that
7 right?
8          A.   Yes.
9          Q.   And repetitively kneel five times in
10 30 seconds?
11         A.   Yes.
12         Q.   And kneeling, are you talking about
13 lunging or --
14         A.   Kneeling.
15         Q.   Okay.
16         A.   Not lunging.
17         Q.   Not lunging.  Okay.
18         A.   She could lung.  If you put a gun to
19 her head, she can run, she can jump, but it's going
20 to hurt her knee.
21         Q.   She also demonstrated the ability to
22 lift 20 pounds from the floor to waist; is that
23 right?
24         A.   Yes.
25         Q.   And 20 pounds from waist to shoulder?

62

1          A.   Yes.
2          Q.   And 20 pounds from floor to shoulder?
3          A.   Yes.
4          Q.   And she can lift and carry up to
5 20 pounds; is that right?
6          A.   Yes.
7          Q.   You also have here a 10-meter walk
8 test.  Can you explain to me what that is.
9          A.   It's a standard test.  It's what she's
10 able to do, and I haven't restricted any walking.
11         Q.   Okay.  In your opinion she's able to
12 walk?
13         A.   Yes.  I've already read all the
14 restrictions in the report into the record.
15 Basically I'm sending her back to work, so.
16         Q.   Okay.
17         A.   We've already discussed the functional
18 assessment, so that brings us to continuation of
19 care.  And in this case, really what we should do
20 is go to the most probable case scenario, because
21 that's what I would testify to in a court of law.
22         Q.   Sure.  Just give me one second.  Did
23 we skip over the medical functional capacity
24 opinion?
25         A.   No, I read that into the record.

63

1 That's what I read into the record.
2          Q.   Okay.  So we're going to go to the
3 worst case scenario, the best case scenario?
4          A.   No, we're going to go to the most
5 probable case scenario.
6          Q.   Can you describe what the difference
7 is between the three?
8          A.   Well, the best case scenario, she
9 doesn't get any surgery, and that's not reasonable.
10 The worst case scenario, she should have, there's a
11 mistake in it, she should have a right total knee
12 replacement and one revision; one revision.  That
13 would be 65,000 to 85,000.  And she is at increased
14 risk for that, that's what I'll tell you about
15 that.  She's at increased risk for having a
16 revision surgery if she has it early.
17         Q.   I'm sorry, what is it you're revising?
18         A.   The worst case scenario, there's a
19 mistake in it.  She has a right total knee
20 replacement, one time, and then in the worst case
21 scenario, you have one revision, because of her
22 age.  That would be 65,000 to 85,000.
23              So she's at increased risk for a
24 revision.  However, the most probable case
25 scenario, in my opinion and Brad Homan's opinion,

64

1 which meets legal threshold of greater than
2 51 percent probability, is she gets one total joint
3 replacement.  So she would get steroid injections
4 in her right knee three times, she gets some Advil,
5 some Ultracet or Ultram, short courses in
6 outpatient physical medicine program, 24 visits a
7 year, in an effort to try to get her to age 60.
8          Q.   I would like to go through these one
9 by one, if you don't mind.
10         A.   Okay.
11         Q.   So the first page talks about
12 orthopedic surgeon for life.  What do you mean by
13 that?
14         A.   One time a year, and that would be 200
15 to 500 dollars.  That comes directly from
16 Dr. Homan.
17         Q.   Is that just an appointment with an
18 orthopedic surgeon?
19         A.   Yes, and it includes the cost of the
20 x-rays, she's going to need AP and lateral of her
21 knee, so it includes that.
22         Q.   That's according to what Dr. Homan
23 told you?
24         A.   Yes.
25         Q.   Did you do any independent research

65

1   for the prices?

2       A.   No, I called him and that's within

3   what we do for constructive continuation of care.

4   Now, that's also my opinion.  I mean, she's going

5   to have a total joint, she needs to be followed by

6   an orthopedic surgeon.

7           The physiatrist is not going to be me,

8   it could be an anesthesiologist, a physiatrist, a

9   chronic pain specialist.  She's a chronic pain

10  patient.

11      Q.   Did Dr. Homan say she needed a

12  physiatrist?

13      A.   No.

14      Q.   That's just your opinion?

15      A.   My opinion based on the fact she's a

16  chronic pain patient and she will need short

17  courses of an outpatient physical medicine program,

18  injections, and all medications to manage her pain.

19  Now, obviously when she needs a total joint

20  replacement, she's going right back to the

21  orthopedic surgeon.  That's why the orthopedic

22  surgeon is in the loop.

23      Q.   And the prices that you have here,

24  175 --

25      A.   To $200 of outpatient follow-up visit.

66

1       Q.   Is that based on your prices?

2       A.   That goes to the documentation of

3   prices.  No, that is -- no, that is, we had used

4   the 863 area code because she doesn't live here.

5   Brad Homan is 407.  Her date of birth is 7-8-63.

6   We used Dr. Topacio, $175 initial evaluation and

7   $100 for follow-up, because that's where she lives.

8   So he would be managing the short courses of an

9   outpatient physical medicine program, injections

10  and oral medications.

11          Now, 24 visits a year was for the

12  physical therapy on her knee as an effort to

13  prolong the time between now and the time for the

14  total joint replacement.  Same thing with steroid

15  injections to the right knee, two to four hundred

16  dollars each.  I consider these injections to try

17  to delay any surgery.

18          And then when she's met her max, can't

19  take it anymore, it's time for surgery, total knee

20  replacement is 58,000.  That comes directly from

21  Dr. Homan.  And then standard protocol, postop

22  rehabilitation as an outpatient, not as an

23  inpatient.

24      Q.   I'm sorry to interrupt you.  The

25  65,000 to 85,000, that's per Dr. Homan?

67

1       A.   Yes, 60 to 80.

2       Q.   Sorry, 60 to 80 is per Dr. Homan?

3       A.   Yes.  After a global fee, that

4   includes the hardware, the surgeon, the hospital,

5   the anesthesiologist, the recovery room, the tray,

6   the setup, it's a global fee, everything.  And it

7   also includes 90 days of postoperative care.

8       Q.   Are we assuming she gets the surgery

9   now or five years from now?

10      A.   I would hope that she gets it five

11  years from now, but the reality is she needs it

12  now.  She's miserable.

13      Q.   Okay.

14      A.   And then after she has that, standard

15  protocol is postoperative rehabilitation, so she

16  has active and passive and appropriate range of

17  motion of her knee.  And that would be an initial

18  evaluation by a registered physical therapist by

19  state law.  That's got nothing to do with me.

20      Q.   Where do we get the prices for that?

21      A.   Going back to documentation of prices

22  we got from Center For Rehabilitation Medicine, PT,

23  PT treatments, 863 area code, up where she lives,

24  $119 for the physical therapist, and the

25  postoperative protocol is $80 to $160 per visit,

68

1   five days a week for 16 to 20 weeks.  And then, you

2   know, her knee is good --

3       Q.   Did you contact these places yourself

4   or did you have somebody else contact them?

5       A.   No, I had Debbie in my office contact

6   and I review everything.  If something falls out,

7   if something is not right, then I counter call.

8   This is actually very cheap.

9           Prescription medications I think we

10  got from www.drugstore.com.  Generally that's ten

11  weeks a year.  She doesn't get it year round.

12          And Ultram is 30 tabs a month.

13      Q.   Okay.  So correct me if I'm wrong, but

14  did you say if she gets the total knee replacement,

15  that should take care of pain?

16      A.   Yes, if she gets the total knee

17  replacement, I would hope to drop out the

18  prescription medications.  I mean, a really good

19  total joint replacement with really good result,

20  you don't have any pain.  You go back to playing

21  sports and you don't have a problem.

22      Q.   So assuming that's correct, that would

23  change some of these --

24      A.   Yes, if that's correct, I would drop

25  out the prescription medications.

69

1    Q.    And the pain control, for the physical
2  therapy evaluation?
3        A.   I would leave that in because she
4  might have altered body mechanics and she might
5  have pain in the other side because this side is
6  done and now she's got a left leg discrepancy, I
7  wouldn't take that out.  But I would take the
8  prescription medication, nonprescription medication
9  out.
10      Q.    Okay.  All of the prices in this most
11 probable case scenario, you got them from Dr. Homan
12 and they should be in your list?
13      A.   If you go to documentation of prices,
14 this is standard in a report, you'd have to know
15 where you get the prices from.  We don't pull these
16 out of thin air.  This is where we research from,
17 the area code which the patient lives.  And we
18 bargain shop, you know, we try to get the lowest
19 possible price.
20      Q.    So you bargain shop?
21      A.   Oh, yes.  This Center For
22 Rehabilitation Medicine, the PT evaluation is $119.
23 There's places that have that for 300.
24           The outpatient visit $80 to $160.  If
25 you go to a hospital, that can be three times that.

70

1  So we try to lower these prices to the best of our
2  ability.  I'm a tire kicker.
3        Q.    Okay.  So the last part of your report
4  would be your summary; is that right?
5        A.   Yes, the summary summarizes everything
6  we've already talked about.  The only thing it adds
7  that we didn't talk about, but we really did talk
8  about, is life expectancy.  And she is able to
9  ambulate, she's fed by mouth, she's not fed by a G
10 tube.  I mean, she's, you know, she's normal, so
11 she has normal life expectancy of another 30.8
12 years.
13           But again, my opinions may be
14 completely different if she's 78 years old, in a
15 wheelchair, in a nursing home.  This patient is
16 gainfully employed, she's participating in life,
17 she's got a bad knee and she's in chronic pain,
18 she's a chronic pain patient.  That's the
19 justification for the total knee replacement.
20      Q.    I see you have some photographs
21 here --
22      A.   Yes.
23      Q.    One of them, it's Ms. Galarza, would
24 you agree with that?
25      A.   Yes, we can use that to identify her.

71

1  I work so hard, if I didn't have a picture of the
2  patient, I wouldn't know who it is.
3           The other photograph number 2 shows
4  the ports, the portals for where he did the scope.
5        Q.    Okay.
6        A.   Photograph number 3 shows that the
7  bones are close together, which means that there
8  has been a menisci removed.
9        Q.    Are these x-rays that you yourself
10 took?
11      A.   No.
12      Q.    Provided to you?
13      A.   Provided to me.
14      Q.    Are these the only imaging films that
15 you reviewed?
16      A.   Yes, I've reviewed a bunch of them,
17 but I'm not just going to take pictures to take
18 pictures and put them in here.  I think I had a
19 couple discs.  I only use stuff that was
20 demonstrative, but realize that what's important
21 here is the x-ray only shows bone.  It does not
22 show the soft tissue menisci.  What you can see is
23 these bones are close together.
24      Q.    Okay.  In your review of the records,
25 did you see any other doctor indicate that she

72

1  needed a total knee replacement?
2        A.   No.
3        Q.    Okay.
4           MR. ERIKSEN:  Let me object to the
5           form on that.
6  BY MR. PEREZ:
7        Q.    Which records did you review, is
8  it just --
9        A.   All listed in my report, but what I
10 did was I called the treating surgeon who operated
11 on her last, and he agrees with me, our opinions
12 are the same.  She needs a total joint replacement,
13 it's more likely than not.
14      Q.    When was the conversation?
15      A.   As I read in the record earlier, that
16 took place on April 14, 2016.  And on April 26,
17 2016, I received a narrative report from Brad Homan
18 who talks about this lady, it's more probable than
19 not that she's going to need a total joint
20 replacement.  So, I mean, I think the person that's
21 in the best position to talk about her total joint
22 replacement is the last guy that scoped her knee
23 and looked inside.  I mean, come on, that's common
24 sense.
25      Q.    Prior to that conversation with him

73

1  and any of your record review, did you come across
2  anything that indicated she would need a total knee
3  replacement?
4       A.   I don't know, I didn't look for that
5  because I have a standard protocol, I know to call
6  the doctor, so it might have been there, I just
7  don't want to give misleading testimony, I don't
8  know.
9       Q.   And your conversation with Dr. Homan,
10  is that documented anywhere else other than just
11  that letter?
12       A.   No.  And you'll notice that the last
13  thing I wrote in the letter, I asked Dr. Homan to
14  please review the dictation and to contact my
15  office immediately if this does not accurately
16  reflect exactly what was discussed and agreed upon.
17  And I faxed it to him, so.
18       Q.   Do you know if he ever read it?
19       A.   I don't know if he read it, but I
20  never received anything back, but usually I don't
21  because I dictate it contemporaneously.  When I'm
22  on the phone, I dictate to the doctor, here is
23  exactly what I dictate and very seldom do I get a
24  correction back.
25       Q.   Okay.

74

1       A.   Sometimes I do if they change their
2  mind or something, but very seldom.
3       Q.   Do you take any other notes or is
4  there any other form of document in there other
5  than that letter?
6       A.   No.  I don't take any notes because I
7  can't read my writing, and writing is very slow.  I
8  use everything with a digital recorder, it's much
9  faster.  I think you have all my opinions.
10       Q.   That's what I was just going to ask
11  you.  Are all of your opinions contained in this
12  report?
13       A.   No, I think that you covered 99
14  percent of the scope of my opinion.  One percent of
15  my opinion I don't know because Mr. Eriksen knows
16  the medicine and I have no idea what Mr. Eriksen is
17  going to ask me.  Now, if Mr. Eriksen was an
18  attorney that didn't know the medicine, I would
19  agree with you.  But there are attorneys out here
20  that have been in practice a long time, they know
21  the literature, they know the medicine.  I would
22  say that you covered the scope of my opinions, but
23  Mr. Eriksen may at the time of trial ask me a
24  pointed academic medical question that you haven't
25  asked.  I think you've covered everything, but

75

1  Mr. Eriksen knows the medicine.
2       Q.   I'm sure.
3       A.   I'll go on that.
4       Q.   I just want to take a look at
5  Exhibit 3, which is your file, let me make sure
6  there is nothing in here --
7       A.   Mr. Eriksen, do you have anything for
8  the poor tired exhausted doctor that has to go to
9  the hospital?
10       MR. PEREZ:  We're done.  I'll make
11       copies, I have nothing further.
12       CROSS-EXAMINATION
13  BY MR. ERIKSEN:
14       Q.   All right.  You've indicated you're a
15  physiatrist and you explained what a physiatrist
16  does.  As a physiatrist, have you had any
17  background, training and experience in handling
18  individuals who have suffered meniscus injuries
19  over the long term?
20       A.   Yes, thousands.  And the truth of the
21  matter is I make surgical referrals, between 1 and
22  10 a week, and that can be for a total knee, total
23  hip, neck surgery, back surgery.
24       I may not determine whether it's going
25  to be an anterior approach, a posterior approach

76

1  for a total hip.  I may not determine whether it's
2  going to be a lumbar microdiscectomy or a fusion.
3  I may not determine whether it's going to be an
4  artificial disc replacement.
5       But what I do have to know, otherwise
6  it will be greatly falling below the standard of
7  care, is who is surgical and who is nonsurgical.
8  If I keep a surgical patient in a nonsurgical
9  setting, the outcome may not be optimal because
10  there will be a delay in treatment.  I will fall
11  below the standard of care in my community if I do
12  not know when and who is an appropriate candidate
13  to refer to surgery.
14       Q.   Okay.  And what kind of background,
15  training and experience do you have in determining
16  whether a given patient is or is not a candidate
17  for a total knee replacement?
18       A.   Four years of residency training at
19  Washington University Medical Center in St. Louis,
20  Missouri.  This is standard necessary stuff in
21  medicine.  And like I say, I have to know when
22  somebody is an appropriate candidate, otherwise
23  they will fall outside the therapeutic window of
24  opportunity.  If I don't, I will fall below the
25  standard of care in my community.  I have no desire

77

1 to be waving at a jury.
2      Q.   As a physiatrist, have you ever been
3 the medical director for a rehabilitation unit in a
4 level one trauma center?
5      A.   Yes, I currently am.  I was a medical
6 director for the inpatient rehabilitation unit for
7 16 years, I had over 6,000 admissions.  That would
8 be the adult side.  And actually, a couple years of
9 that also included a pediatric rehab unit.
10          And then I stopped that in 2006,
11 continued my hospital privileges, and then in
12 May 28, 2014, I was the medical director and am
13 currently the medical director to an 8-bed
14 inpatient pediatric rehab unit at the trauma
15 hospital.  And I am the assistant medical director
16 to the 32 beds on the adult side.
17          So my hospital privileges never
18 stopped.  The velocity of my practice has never
19 stopped.  And my hospital responsibilities have
20 never stopped for the last almost 27 years.
21      Q.   Where is that level one trauma center
22 located?
23      A.   West Palm Beach, Florida, 45th Street,
24 St. Mary's Medical Center.
25      Q.   And is part of the approach that you

78

1 follow or methodology you follow in cases of this
2 nature, to take a given subject incident and make a
3 determination as to which, if any, permanent
4 conditions arose from that?
5      A.   Yes, and that's done with
6 peer-reviewed, published methodology.  It was
7 published in October of 2009 at the American
8 Academy of Physical Medicine and Rehabilitation.
9          As I stated in the deposition earlier,
10 there are three prongs to causation, biologic
11 plausibility, temporality and ruling out other
12 extraneous causes.  And that was done in this case
13 with the gold standard because this patient was
14 scoped times two.
15      Q.   When you say "scoped times two," does
16 that mean she had two arthroscopic surgeries with
17 two different doctors who went inside her knee?
18      A.   Yes.
19          (Thereupon, Plaintiff's Exhibit No. 1
20          was marked for identification.)
21 BY MR. ERIKSEN:
22      Q.   I'm going to hand you what I've marked
23 as Plaintiff's Exhibit 1.  Can you identify that
24 document?
25      A.   Yes.  This is a peer-reviewed,

79

1 published article that I rely on, talking about the
2 methodology describing causation.  The three prongs
3 of causation are described.
4      Q.   That article's title nominally refers
5 to spinal conditions and to automobile accidents,
6 there's a methodology --
7      A.   Yes, the methodology is the same.
8 They just applied it to this particular set of
9 circumstances.
10      Q.   And did that journal article come from
11 the --
12      A.   American Academy of Physical Medicine
13 and Rehabilitation, published in October of 2009.
14 Specifically, this is part of the Department of
15 Public Health and Preventive Medicine, Oregon
16 Health & Science, University School of Medicine,
17 Portland, Oregon.  So this is not some fly-by-night
18 deal.
19      Q.   So is that American Academy of
20 Physical Medicine and Rehabilitation the academy
21 that board certifies you?
22      A.   Yes.
23      Q.   I want to just add the application of
24 that methodology to the present case.  Can you in
25 just a few words summarize how you applied the

80

1 biological plausibility/temporal connection/rule
2 out alternative causes to causation in this case?
3      A.   Yes, it's very easy.  Prior to subject
4 incident, it's my understanding she never had
5 frequency, duration, intensity of knee pain.  She
6 has subject accident, she has the immediate onset
7 of knee pain, knee pain gets worse, she is scoped
8 times one, she continues to have pain, she is
9 scoped a second time.  And the treating orthopedic
10 surgeon in each scope looks inside her knee and
11 finds meniscal tears, so that is the gold standard,
12 much better than an MRI.
13          So she meets temporality because she
14 didn't have the problem until after subject
15 accident.  And we know that it's not some weird
16 thing like some positive chondroma or sarcoma or
17 something like that, because they saw, they
18 visualized the tear with the scope.
19          So she meets all three prongs of
20 causation, which has been peer reviewed and
21 published and accepted throughout the nation.
22      Q.   Is it biologically plausible that a
23 twisting of the knee can cause a radial tear of the
24 lateral meniscus?
25      A.   That's exactly how it happens.

81

1      **Q.**   I'm going to hand you another journal.
2   By the way, have you got a bibliography of the
3   journals that you generally rely on?
4      **A.   Yes, exactly, and I put the**
5   **bibliography in this report because my opinions are**
6   **based not only on knowledge, training and clinical**
7   **practice and experience, but peer-reviewed,**
8   **published and accepted journal articles around the**
9   **country.**
10      **Q.**   Okay.  I'm not sure if we've done so,
11   did we mark your --
12      **A.   Yes, it's Exhibit No. 4 on the defense**
13   **side.**
14      **Q.**   Okay, I'm not going to mark it again.
15   Your report is Defendant's Exhibit No. 4.
16            So is Defendant's Exhibit No. 4 your
17   Rule 26 report in this case, or your final report
18   in this case?
19      **A.   It's not Rule 26.  This is my medical**
20   **document of my medical opinions.  My Rule 26 is a**
21   **different document, that is Exhibit No. 2.**
22      **Q.**   What's that?
23      **A.   This is --**
24      **Q.**   No, no --
25      **A.   You asked me if this is my -- you**

82

1   **messed the question up.**
2      **Q.**   Honestly, I didn't.  For us lawyers, a
3   Rule 26 report is your final report with your
4   opinions.
5      **A.   Oh, I thought Rule 26 was the Elkins**
6   **list.**
7      **Q.**   No, we'll leave the medicine to you
8   and leave the law to us.
9      **A.   Okay, they tell me the Elkins is the**
10   **26.**
11      **Q.**   No, it's a requirement of Rule 26, but
12   the Rule 26 report is actually the opinion report.
13      **A.   Then that's correct.**
14      **Q.**   Okay.
15      **A.   I'm wrong, you're right.**
16      **Q.**   I'm glad we got that straight.  So
17   Defendant's Exhibit 4 is your, quote, Rule 26
18   report?
19      **A.   Yes.**
20      **Q.**   And that's the one that has the
21   bibliography of journal articles in the rear?
22      **A.   Correct, because that's standard in my**
23   **methodology, which has been peer reviewed,**
24   **published and accepted.**
25            (Thereupon, Plaintiff's Exhibit No. 2

83

1   was marked for identification.)
2   BY MR. ERIKSEN:
3      **Q.**   I'm going to hand you Plaintiff's
4   Exhibit 2.  Can you tell me whether or not that's
5   one of the articles that points out whether or not
6   a radial tear of the meniscus is traumatically
7   induced?
8      **A.   Yes.  "Magnetic Resonance Imaging of**
9   **Knee Trauma:  Biomedical Approach," from the**
10   **Department of Radiology, Massachusetts General**
11   **Hospital, Boston, Massachusetts.  Yes, this**
12   **describes it.**
13      **Q.**   Okay.  I'm going to talk about
14   the care plan and methodology.  Is one of the
15   things you did here is once you figured out what
16   conditions you felt were related to the incident,
17   you then set about to organize and recommend a
18   minimum future care plan?
19      **A.   Correct.  This is a minimum future**
20   **care plan, and the truth of the matter is that this**
21   **is extremely conservative because of her age of 55**
22   **years of age.  She really is sitting on the**
23   **borderline for a second total joint replacement.**
24   **I'm not saying that it's greater than 51 percent**
25   **probability.  She's at increased risk for requiring**

84

1   a revision.
2      **Q.**   I think I heard you say previously
3   that the methodology a physiatrist uses in life
4   care planning is set out in the peer group journal
5   article from your American Academy of Physical
6   Medicine and Rehabilitation?
7      **A.   Yes.  Actually there's two of them,**
8   **one in February of 2015 -- excuse me, '14, which**
9   **you have in your hand.  And another one in February**
10   **of 2015.**
11            (Thereupon, Plaintiff's Exhibit No. 3
12            was marked for identification.)
13   BY MR. ERIKSEN:
14      **Q.**   I'm going to hand you what I'll mark
15   as Exhibit 3.  You have better vision than I do --
16      **A.   And the important thing to realize**
17   **about this journal article is the author of this**
18   **article works in my office, and I think I had a**
19   **very big influence on this article.  Andrea Zotovas**
20   **works here.**
21      **Q.**   Is that journal peer reviewed?
22      **A.   Yes.  Peer reviewed, published and**
23   **accepted.**
24      **Q.**   What does peer reviewed mean?
25      **A.   That means that it's reviewed by other**

85

1   physicians in the same specialty.

2       Q.   I think you mentioned that there's
3   another later article on the same topic in the same
4   journal, is that a 2015 article?

5       A.   Yes.

6       Q.   Do you have a copy of that?

7       A.   Yes, I do.  I think it will cost you
8   though.

9       Q.   Okay.  How much?

10      A.   A dollar a page.

11      Q.   I don't want to put you on the spot.

12      A.   I'm only kidding.  For you, Mr.
13  Eriksen, I'm going to give it to you for free.

14      Q.   Is that something you can lay your
15  hands on in a hurry?

16      A.   Let me see if I've got it.  If I have
17  it, I will give it to you, let the record reflect,
18  free.

19          Mr. Eriksen, you're in luck, I have it
20  for you.  I won't charge you a dollar a page.
21  Actually both articles are stapled together, the
22  one you have.

23      Q.   Let me mark that as Exhibit 4.  I'm
24  going to mark this 2014 article as Exhibit 4.

25          (Thereupon, Plaintiff's Exhibit No. 4

86

1           was marked for identification.)

2   BY MR. ERIKSEN:

3       Q.   Can you just verify what Exhibit 4 is?

4       A.   That's the second article that talks
5   about the methodology of constructing a
6   continuation of care plan.  It's been peer
7   reviewed, published and accepted in the American
8   Academy of Physical Medicine and Rehabilitation,
9   February of 2015.  And they actually even talk
10  about the original article in February of 2014.

11      Q.   Okay.  So you were asked a couple
12  questions about the concept of her being depressed,
13  and I understood your answers, but can you tell me
14  whether or not as a physiatrist you ever get
15  involved in the diagnosis and treatment of
16  depression in patients?

17      A.   Yes, I do, on a daily basis, because
18  now we can't get psychiatrists to come to the
19  hospital because the reimbursement is so low.  And
20  I take care of traumatic brain injury, spinal cord
21  injury, stroke, amputation, burns, and these people
22  suffer from posttraumatic stress disorder and
23  suffer from depression.  I usually start them on
24  Zoloft, 100 milligrams twice a day.

25          If they have interrupted speech cycle,

87

1   I might use Elavil or Amitriptyline, which is a
2   tricyclic antidepressant.  So I'm not going to sit
3   here under oath and tell people I'm a psychiatrist.
4   I have to have a working knowledge of depression,
5   anxiety, posttraumatic stress, because that kisses
6   my specialty.  When you handle major catastrophic
7   injury, those patients are depressed.

8           If you take care of patients that
9   suffer from chronic pain, those patients are
10  depressed.  Do I treat it?  You bet I do.

11      Q.   Okay.  And the reason I was asking is
12  because a lot of people think you have to be a
13  psychiatrist to diagnose and treat depression.  Do
14  general practitioners and primary care doctors
15  diagnose and treat depression?

16      A.   Yeah, on a daily basis.  In other
17  words, they're primary care, so they're the first
18  line, if they try a medication and it doesn't work,
19  they may try a different medication, and if it
20  doesn't work, then they might send them to a
21  psychiatrist.

22          Now, my specialty of medicine borders
23  many different specialties.  I am not an orthopedic
24  surgeon.  I am not a neurosurgeon.  I am not a
25  radiologist.  I am not an intensivist, internal

88

1   medicine intensivist.  I am not a neurologist.  I
2   am not a rheumatologist.  I'm none of those things.
3   But the reason why residency training and physical
4   medicine rotation went to four years is in order to
5   take care of the patient population that a
6   physiatrist takes care of, you have to have an
7   acceptable working knowledge in each of those areas
8   or you cannot practice your craft.

9           An orthopedic surgeon is not a
10  radiologist.  A neurosurgeon is not a radiologist.
11  If an orthopedic surgeon and a neurosurgeon cannot
12  read films, they can't practice their craft.

13          In order to be board certified in my
14  specialty, you're going to have to have an
15  acceptable working knowledge of each one of those
16  specialties, because if you don't have an
17  acceptable working knowledge, you're not going to
18  pass your oral boards.  And they don't want people
19  out there in the hospital setting taking care of
20  major catastrophic patients if they don't know
21  anything.

22          So I'm not here giving misleading
23  testimony, but what I am saying is I have to have
24  an acceptable working knowledge of each one of
25  those areas, or there's no way I'm going to handle

89

1  the 6,000 admissions that I've already had.
2      Q.   Is what you just described what a
3  physiatrist does basically?
4          A.   On a daily basis.  Well, what I do.
5  Not all physiatrists are nuts like me that are
6  going to work 110 hours a week and do inpatient
7  transitional living and outpatient.  Some
8  physiatrists limit their practice just to
9  outpatient or just to inpatient or just to peds.
10         I do it all, and if you're going to do
11  inpatient rehabilitation in a level one trauma
12  center taking care of brain injury, spinal cord
13  injury, stroke, amputation, burns, multiple
14  orthopedic trauma, you really have to know a lot
15  about a lot, because these patients are at risk for
16  deep vein thrombosis, pulmonary embolus, pneumonia,
17  sepsis, seizures, cellulitis, osteomyelitis,
18  depression.  You've got to be able to have early
19  recognition of these problems and you have to treat
20  these problems because if you don't, you're going
21  to have patients that die on you.
22      Q.   Okay.  When you have a typical patient
23  who you think is suffering from ordinary
24  depression, as a physiatrist do you more often than
25  not make the diagnosis yourself and prescribe the

90

1  Prozac or whatever the medication is, as opposed to
2  calling in a psychiatrist?
3          A.   Yes, because the truth of the matter
4  is, now with Obamacare and now with the situation
5  the way it is, I have a lot of patients who are
6  unemployed, a lot of patients don't have any money,
7  they have very limited resources or have very bad
8  insurance or a psychiatrist is not covered, and I
9  end up doing it myself because they don't have
10  access to the appropriate care.
11         So in the perfect world, if I could
12  just check the box and send the psychiatrist, would
13  I be happy, yeah, I'd rather do that.  But this is
14  not the perfect world and I end up taking care of
15  these patients a lot of times and I have to do what
16  I think is right and I'm usually pretty right.
17      Q.   Is what you just described also common
18  behavior by other types of nonpsychiatric
19  physicians such as internists, general
20  practitioners and other doctors?
21          A.   And family practice doctors, yes,
22  that's correct.
23      Q.   We were talking about this, so
24  basically, as I understand it, you've identified at
25  least a couple of conditions you talked about

91

1  already that relate to this incident.  One being
2  the meniscal injury and the sequela, the other
3  being depression.
4          Are there any other conditions that we
5  haven't talked about that directly relate to this
6  incident?
7          A.   Yeah, and I'm not giving her
8  depression as a psychiatrist and saying she's
9  depressed.  What I'm saying, she's got all three
10  components of chronic pain, and the third component
11  of chronic pain is depression.
12         The first component to chronic pain is
13  the physical, which is the ouch.  Multiple ouches
14  are suffered, and the third component, depression,
15  okay, that's all I'm saying.
16         This case is not about depression.  I
17  don't have any psychiatric treatment, I don't have
18  any antidepressant medications.  All I'm saying is
19  if she gets the total knee replacement, she won't
20  have any pain and I think she'll be much better
21  off.  In my opinion it is more probable than not,
22  the total knee replacement in this case with this
23  set of circumstances is a medical necessity.
24      Q.   Okay, and I'll get to that in a
25  minute.  But in arriving and constructing the

92

1  minimal care plan, did you follow exactly the
2  methodology for doing so that is set forth in the
3  two journal articles we marked Exhibits 3 and 4?
4          A.   Yes.
5      Q.   Is that the approach you follow in all
6  cases?
7          A.   Yes.
8      Q.   Whether it's your own patient or
9  forensic patients?
10         A.   Yes, it's the exact same methodology.
11      Q.   All right.  Let's talk about the
12  probability of a knee replacement.  I think you
13  indicated that you had a conversation on that topic
14  with Dr. Homan, who is Ms. Galarza's current
15  treating orthopedic surgeon in Orlando?
16         A.   He was the last one to scope and look
17  inside her knee.
18      Q.   I think you were asked whether or not
19  that conversation was the sole information that you
20  got or had from him about his beliefs on the
21  probability of a future knee replacement, correct?
22         A.   Well, April 26th I also received a
23  letter that I think was written to you describing
24  her knee.
25      Q.   Okay.  Let's do this, let's see if we

93

1 can't find that. Is that attached to your report?

2     **A. Yes, it's right behind --**

3     Q. So you're referring to Defendant's

4 Exhibit 4, which is your Rule 26 report.

5     **A. Yes. It's a letter from Dr. Homan to**

6 **Michael Eriksen. It's dated April 26, 2016, and it**

7 **is right behind my documented phone conference.**

8     Q. Okay. I think hopefully your office

9 is the one who did this, but there appears to be

10 some page numbers -- actually there aren't any page

11 numbers. Let's see if we can't find that

12 specifically.

13     **A. Mr. Eriksen, you're in the wrong spot,**

14 **you're fumbling around.**

15     Q. That's all right. I do that once in

16 awhile.

17     **A. Voila.**

18     Q. What you just pointed me to I will now

19 mark as Exhibit 5, or I will let you -- do you have

20 that open in your report?

21     **A. Yes.**

22     Q. Why don't you find it in the one

23 marked Exhibit 4, Defense Exhibit 4.

24     **A. I have it right here.**

25     Q. I think I'm up to Exhibit 5.

94

1     **A. Yes.**

2     (Thereupon, Plaintiff's Exhibit No. 5

3     was marked for identification.)

4 BY MR. ERIKSEN:

5     Q. That's Dr. Homan's report to me,

6 correct?

7     **A. Yes.**

8     Q. And in that does he express the

9 opinion that there's a probable knee replacement in

10 Ms. Galarza's future?

11     **A. Yes.**

12     Q. Okay. I also believe he may have

13 discussed that in the last office note from his

14 treatment of her.

15     **A. Yeah, he might have, but I think the**

16 **way the defense attorney asked it, I said I don't**

17 **remember, I said I looked through that, because I**

18 **know I was going to call Dr. Homan. That might**

19 **very well be in his note.**

20     Q. Okay.

21     **A. Anything else?**

22     Q. Yes, a couple more things.

23     I think I made a note in your earlier

24 testimony, while you were talking about an x-ray

25 that was of Ms. Galarza's right knee that's in your

95

1 report, I think you said that x-ray shows the bones

2 close together?

3     **A. Closer together than I'd expect, lack**

4 **of menisci.**

5     Q. Was that also something we refer to as

6 joint space narrowing?

7     **A. Correct.**

8     Q. Okay. Has it been studied that when

9 an individual suffers a meniscal injury and has a

10 meniscectomy and then has joint space narrowing,

11 that that is a precursor of further joint space

12 narrowing that can lead to end stage arthritis?

13     **A. Traumatically induced arthritis and**

14 **the treatment for that level of traumatically**

15 **induced arthritis is total joint replacement.**

16     (Thereupon, Plaintiff's Exhibit No. 6

17     was marked for identification.)

18 BY MR. ERIKSEN:

19     Q. And I'm going to hand you what I've

20 marked as Exhibit 6. Is that a journal article

21 that appears in your bibliography that supports the

22 concept that once a patient has joint space

23 narrowing of that nature, that it's a precursor for

24 more joint space narrowing in the future?

25     **A. Yes. "The Long-Term Outcome of**

96

1 **Osteoarthritis, Rate and Predictors of Joint Space**

2 **Narrowing in Symptomatic Patients With Knee**

3 **Osteoarthritis." And this comes from Journal of**

4 **Rheumatology, copyright 2002.**

5     Q. Is that likewise a peer-reviewed

6 journal?

7     **A. Yes.**

8     (Thereupon, Plaintiff's Exhibit No. 7

9     was marked for identification.)

10 BY MR. ERIKSEN:

11     Q. Okay. I'm going to hand you another

12 article that I think is attached to your report,

13 I'll make it a separate exhibit, we're up to

14 Exhibit 7 now.

15     **A. Yes.**

16     Q. Can you tell me what Exhibit 7 is?

17     **A. This is another journal article, peer**

18 **reviewed, published, accepted, "The Consequences of**

19 **Meniscectomy." This is a reviewed article, this**

20 **happens to be a very good article. And this was in**

21 **the British Bone and Joint Journal, 2008.**

22     Q. Okay. Does that article generally

23 support the concept that removal of meniscal tissue

24 adversely affects the shock absorbing capabilities

25 in the knee?

97

1    **A.** Yes.

2    **Q.** And as a consequence, leads to
3    development of, or aggravation of traumatic
4    arthritis?

5    **A.** Yes.

6    (Thereupon, Plaintiff's Exhibit No. 8
7    was marked for identification.)

8    BY MR. ERIKSEN:

9    **Q.** I'll hand you another article we'll
10   mark as Exhibit 8. Is that another peer-reviewed
11   journal article that makes the same point?

12   **A. Yes. This is "Effects of Radial Tears**
13   **and Partial Meniscectomy of Lateral Meniscus on the**
14   **Knee Joint Mechanics During the Stance Phase of the**
15   **Gait Cycle. A-3 Finite Element Study."**
16   **And this is produced by the Journal of**
17   **Orthopedic Research, August 2013. This is also a**
18   **good article.**

19   **Q.** Okay. I think you told us that when
20   Ms. Galarza has a total knee replacement on the
21   right side, that she will be at an increased risk
22   of something called a revision?

23   **A.** Yes.

24   **Q.** Is that the case any time somebody has
25   a total knee replacement?

98

1    **A. No, it depends on their age. If**
2    **somebody has a knee replacement and they're**
3    **75 years of age, they're probably not going to have**
4    **a revision. If somebody has a total knee**
5    **replacement at age 55, 56, 57, 58, 60, 62, 65, they**
6    **are at increased risk for needing a revision**
7    **because these things can get infected, they can**
8    **become unstable, in other words, they're not**
9    **affixed to the bone appropriately or they can wear**
10   **out.**

11   **Now, there are new component parts**
12   **less apt to wear out, but they can definitely**
13   **become loose and they definitely can become**
14   **infected. So what I would say is, it's more**
15   **probable than not, greater than 51 percent**
16   **probability she will definitely need a total joint**
17   **replacement, but it's certainly 50/50 she will need**
18   **a revision, depending upon her age.**

19   (Thereupon, Plaintiff's Exhibits 9-11
20   were marked for identification.)

21   BY MR. ERIKSEN:

22   **Q.** I'm going to hand you the last two
23   articles I want to talk about, actually the last
24   three, I'm going to mark as 9, 10 and 11. You
25   mentioned in response to counsel's questions

99

1    earlier that there are approximately 700,000 knee
2    replacements in the --

3    **A. Just in the United States.**

4    **Q.** Annually.

5    **A.** Yes.

6    **Q.** I'm going to hand you another article
7    that I marked as Exhibit 9. Does that generally
8    support that concept that you had mentioned?

9    **A. Yes. "The Dramatic Increase in Total**
10   **Knee Replacement Utilization Rates in the United**
11   **States Cannot Be Fully Explained By Growth in**
12   **Population Size and the Obesity Epidemic."**
13   **This is Journal of Bone & Joint, 2012.**
14   **I think they said by year 2030 there will be over**
15   **3.4 million total joint replacements in the United**
16   **States a year.**

17   **Q.** Let me hand you what was marked
18   Exhibit 10. Can you just identify that article and
19   the journal it's from.

20   **A. Again, this is the Journal of Bone &**
21   **Joint, "Current Failure Mechanisms After Knee**
22   **Arthroplasty Have Changed: Polyethylene Wear is**
23   **Less Common in Revision Surgery."**
24   **This is the JBJS, the Journal of Bone**
25   **& Joint Surgery.**

100

1    **Q.** Does that offer any evidence of
2    whether or not, in spite of improved materials,
3    there are still medical reasons, frequent medical
4    reasons for revisions?

5    **A. Yes, it is consistent with what I**
6    **said, aseptic loosening, instability, malalignment,**
7    **periprosthetic infection. And those continue to be**
8    **the primary failure mechanisms leading to a**
9    **revision surgery. Now, probably not in a**
10   **75-year-old or an 80-year-old. But in a**
11   **55-year-old, a 60-year-old, a 65-year-old, you**
12   **know, it's with increased risk that she would need**
13   **a revision because anything can happen, it can**
14   **become loose, it can become infected.**

15   **Q.** Is a revision of the total knee
16   replacement essentially just repeating the
17   operation?

18   **A. No, it's not. The way you've asked**
19   **the question, that would be inconsistent with**
20   **reality. First of all, you have to bang out the**
21   **old components. You always have a chance of**
22   **splitting the bone. You have a chance of it**
23   **getting infected. You have a chance of deep vein**
24   **thrombosis, pulmonary embolus, pneumonia, sepsis,**
25   **urinary tract infection, cellulitis, osteomyelitis.**

101

1    It's a risky procedure.

2         This is not -- a revision is not

3    simple.  The initial total joint replacement would

4    be a lot of easier than doing a revision.  A

5    revision is fraught with danger and complication.

6         Q.   Okay.  I think and you were asked

7    toward the end of questioning as to whether or not

8    all of your opinions are in the report.  Did you

9    indicate earlier that there's a correction that

10   needed to be made in a worst case scenario?

11        A.   Yes.  I somehow, and this is the

12   problem of working 110 hours a week and

13   proofreading at 11:30 at night.

14        The worst case scenario should have

15   one revision, and I usually increase that by at

16   least $5,000, so it would be $65,000 to $85,000.

17        Now, I'm not swearing the medical

18   probability will be greater than 51 percent

19   probability.  I'm just saying she's at increased

20   risk for a revision.

21        What I am swearing to, it's more

22   probable than not that she will need a total joint

23   replacement over the course of her life.

24        Q.   Is she at increased risk for a

25   revision because of the initial injury that she --

102

1         A.   Yes.

2         Q.   I'll show you one last article I

3    marked Exhibit 11.  This is on the topic of whether

4    or not improved materials for total knee

5    replacements have reduced the likelihood of a

6    revision or not.  Has that issue been studied, I'll

7    show you Exhibit 11.  Take a look at that.  I

8    highlighted the bottom line.

9         A.   Yes.  "Is There a Difference in Total

10   Knee Arthroplasty Risk of Revision in Highly

11   Crosslinked Versus Conventional Polyethylene?"

12        And this comes from the Clinical

13   Orthopaedics and Related Research.  And it says,

14   "There is limited clinical evidence that HXLPE is

15   more effective than conventional polyethylene."

16        Q.   Can you look at the conclusion on

17   last page, or second to last page.

18        A.   "In summary, our study did not find

19   differences in risk of revision for HXLPE compared

20   with conventional polyethylene tibial inserts."

21        Now, what I did, as you noticed in my

22   testimony I stayed out of all that controversy,

23   because what I said was she still has the classic

24   risk factors of loosening and infection.  And I

25   don't care what component you use, you still have

103

1    the possibility of loosening and infection.  That

2    is the fear of all physicians when it comes to

3    total joint replacement.

4         Q.   One final last question.  In your

5    functional capacity, can you just, in layman's

6    terms that can be understood by a federal judge and

7    a law clerk, explain what a functional capacity

8    test is?

9         A.   It's basically 38 tasks, which

10   includes bending, lifting, pulling, pushing,

11   twisting and carrying, that's done in an organized

12   fashion, and normative data that's been collected,

13   compiled and completed by a company called BTE.

14   And this is utilized by the federal government, the

15   VA system.  That's why I use it.

16        And what we try to do is an extension

17   of the physical exam by a physiatrist, because the

18   one-word definition of physiatrist or physical

19   medicine rehabilitation is function.  We want to

20   know function.

21        So you really can't determine function

22   by looking at somebody's heart and lungs and

23   tapping their reflexes and checking their motor

24   strength.  That does not give you function.

25        But the medical functional capacity

104

1    assessment helps add to the understanding of what a

2    patient's functional capacity is.  That is why we

3    do it.  We do it for accuracy at a premium.

4         And we also do it outside the forensic

5    arena.  We do medical functional capacity

6    assessment for the State of Florida.  We do it for

7    industry.  The patient's had a surgery and they

8    want to go back to work, the orthopedic surgeon

9    wants to know how much can they lift, how much can

10   they carry, how much can they work, they're sent to

11   me.

12        In the state of Florida, the

13   Department of Vocational Rehabilitation wants to

14   know what are the transferrable job skills, what

15   can this patient do safely, they send them to me.

16   We do a lot of medical functional capacity

17   assessments for state government, federal

18   government, industry, and we also use it as a

19   component in the forensic arena to accuratize our

20   opinions.  My opinions are not based on the fact

21   that I'm Craig Lichtblau and I said so.  My

22   opinions are based on functional testing, normative

23   data that's been created by peer-reviewed,

24   published organizations, BTE method, knowledge,

25   training, clinical practice experience, as well as

105

1  review of the literature.

2      Q.   Okay.  It seems the bottom line of the

3  functional capacity expressed on page 2 of your

4  medical functional capacity is your opinion, which

5  is a piece of Defendant's Exhibit 4; is that true?

6      A.   Yes.

7      Q.   You got her down to something called

8  light.  What are the different possibilities?

9      A.   Well, light is lifting 20 pounds

10  infrequently, 10 pounds or less.  Sedentary is

11  lifting 10 pounds or less, less frequently.

12      Q.   Okay, I get that part.

13      A.   100 pounds infrequently and 50 pounds

14  more frequently.

15      She's at the light level.

16      Q.   How much of her being at the light

17  level relates to the injury she suffered on the

18  cruise ship?

19      A.   100 percent, because she has an

20  impairment and disability as it relates to pain in

21  the knee.  Now, the truth of the matter is, if she

22  has a total knee replacement, a lot of these

23  restrictions could be lifted.

24      Q.   Well, do total knee replacements fail?

25      A.   They can fail, yes.

106

1      Q.   Okay.  And I think you've already

2  explained to us how it can lead to a revision.

3  When that process is underway, a revision becomes

4  more probable than not, is this person in pain

5  while that's going on?

6      A.   Yes.

7      Q.   What causes the pain?

8      A.   Well, you have possible loosening of

9  the components and you have irritation to the bone

10  periosteum.  Now you just asked one of those

11  academic questions that defense counsel didn't ask,

12  and defense counsel will now learn the answer.

13      If you fall down and you break your

14  femur, which is the largest bone in the body, does

15  that cause pain.  It's a trick question.  The

16  correct answer is no, it doesn't, because bones are

17  stupid, they have no nervous intervention

18  whatsoever.

19      The reason why you scream bloody

20  murder, if you get your 100 milligrams of Demerol

21  IM push to the ligamenture, they don't want to hear

22  you screaming in the ER, is because you tear the

23  periosteum when you break a bone.  Once you tear

24  the periosteum, the periosteum is richly innervated

25  with nervous tissue, if you crack the bone or have

107

1  loosening of the components and you irritate the

2  periosteum of the bone in any fashion, you're going

3  to be very miserable.

4      Q.   Help us picture where the periosteum

5  is.

6      A.   The periosteum is on the outside of

7  the bone.  But see, if you crack the bone and the

8  prosthetic device becomes loose and you have a

9  fracture fragment of the bone that's moving, you're

10  going to have irritation of the periosteum, you're

11  going to be screaming bloody murder.

12      MR. ERIKSEN:  Okay.  That's all I

13      have.

14      REDIRECT EXAMINATION

15      MR. PEREZ:  I have a few follow-up

16      questions.

17  BY MR. PEREZ:

18      Q.   Doctor, I just want to confirm,

19  nowhere in your report do you say that Ms. Galarza

20  needs a second knee replacement; is that right?

21      A.   Well, that's not true.  What I said in

22  the report is I corrected the most probable case

23  scenario.  I conceded under oath I made an error, I

24  just didn't catch it.  Because right now, if you

25  look at where I corrected it, the worst case and

108

1  most probable case are exactly the same, which is

2  ridiculous.

3      All I'm saying is she's at increased

4  risk because of her age for a revision total joint.

5  Now, I will concede to you I didn't say it is

6  greater than 51 percent probability.  All I'm going

7  to say is it's increased risk because of her age.

8      I've already stated under oath at

9  least three times that if she was 75 years old, the

10  revision would be out, she doesn't need it.

11      But she's 55, so I'm going to say

12  increased risk, but I will not say it's greater

13  than 51 percent probability that she'll need a

14  revision.

15      Q.   Because we have no way of really

16  knowing whether or not she'll need a revision?

17      A.   The way you've asked that question,

18  that's correct.

19      Q.   We would be speculating if we said she

20  would need --

21      A.   Well, I don't speculate, so I didn't

22  say it that way.  There is no speculation in my

23  deposition today.  I've eliminated any speculation.

24  That's why I've housed my answers the way I have.

25      Q.   Okay.  You said at one point she's

109

1  going to need a total knee replacement at some
2  point in her life?
3       A.   Yes.
4       Q.   So it's not right away, not right now?
5       A.   Well, she's a candidate for it right
6  now, but I would hold off because she's so young.
7  She'll be looking at a revision if she has it right
8  now.  I would try to hold off at least five years.
9  If she can make it to 60, God willing she will only
10 have one.
11      Q.   So we've established that you're not a
12 psychiatrist; is that right?
13      A.   I agree.
14      Q.   You're not a psychologist.
15      A.   I agree.
16      Q.   Do you study the DSM-V or anything
17 like that?
18      A.   No, and I've already conceded under
19 oath, I'm not giving a diagnosis of depression as a
20 psychiatrist.  I'm doing it as the third component
21 of chronic pain as it relates to physical medicine,
22 as I deal with on a daily basis.
23      Q.   And you said that you have in the past
24 prescribed antidepressants to your patients?
25      A.   Yes, because a lot of times I can't

110

1  get a psychiatrist to see them or they don't have
2  coverage or have the ability, and I use training
3  and clinical experience to help them such as Elavil
4  to restore sleep cycle.  I also use Zoloft,
5  100 milligrams BID.  I treat depression just like a
6  family practice doctor, just like an internist.
7          If it gets complicated and they're not
8  getting better, I will really try to get them in to
9  a psychiatrist.  But a lot of times I'm the front
10 line and these people don't have access to medical
11 care.
12      Q.   Okay.  Did you prescribe any
13 antidepressants to Ms. Galarza?
14      A.   First of all, I prescribed nothing.  I
15 didn't discuss my report with her.  Remember, as
16 we've established in the first part of the direct
17 exam, I'm not her treating physician.  I'm her
18 disability evaluating physician only, so it would
19 be completely inappropriate for me to prescribe
20 anything.  Actually, to tell you the truth, it's
21 inappropriate for me to even discuss the case with
22 the patient because I'm not practicing medicine on
23 her, nor am I treating her.
24      Q.   Are you aware of any other
25 antidepressants that she may have been prescribed

111

1  by the other doctors treating her?
2       A.   No, I have no idea.
3       Q.   Have you ever been the subject of a
4  Daubert challenge?
5       A.   Yes, I think I have nine or twelve of
6  them, I've had them a lot.  I've never lost a
7  Daubert challenge.
8       Q.   Do you know the most recent?
9       A.   Well, the most recent was with Judge
10 Meenu Sasser, and she denied the motion, because I
11 had to go to the courtroom, I had to hire my own
12 lawyer and all that stuff, she denied the Daubert
13 challenge, but she didn't write it up because they
14 settled the case.  But I sat there and listened to
15 her, she said "motion denied."
16      Q.   Do you know the name of that case?
17      A.   No, but I can tell you who the lawyer
18 was, the lawyer was Chris Searcy.  And I think
19 Bonnie Sonneborn, a medical malpractice lawyer, was
20 defending it.  It was her, she did the Daubert
21 challenge.  If you really need to know, I'll go
22 look at it.
23      Q.   It's all right.
24          Mr. Eriksen was asking you about the
25 x-rays that are included in your Rule 26 report.

112

1       A.   Yes.
2       Q.   And you spoke about a joint space
3  narrowing.
4       A.   Yes.
5       Q.   Is that also normal for a person of
6  her age?
7       A.   Could be.
8       Q.   Would that also be normal for somebody
9  who's had degenerative tearing of the meniscus
10 prior to her accident?
11      A.   Could be, but I think we've
12 established that I don't think she had -- she
13 probably had degenerative tearing prior to the
14 accident, but I don't think she had a traumatic
15 tear and there's a big difference.
16          And what's important to realize is
17 x-rays only show bones, they don't show soft
18 tissues in between.  So it's really not that great
19 a demonstrative that I have it, but I want to prove
20 that I read it, so I take a picture, I put it in
21 the report.  That's not the basis of my testimony.
22 That x-ray is not the basis of my testimony at all.
23      Q.   Is Ms. Galarza currently doing any
24 physical therapy?
25      A.   I have no idea.

113

1    **Q.**   Do you know if Dr. Homan told her to
2  continue physical therapy?
3    **A.   I have no idea.**
4    **Q.**   And you were just talking about the
5  periosteum, did I pronounce that correctly?
6    **A.   Yes.**
7    **Q.**   What does it have to do with this case
8  right now?
9    **A.   Well, Mr. Eriksen asked me a question.**
10  **It was an academic question, I answered it.  It had**
11  **to do with what was the pain generator if that**
12  **joint comes apart.**
13    **Q.**   You were talking about the femur; is
14  that right?
15    **A.   No, I'm talking about if they have to**
16  **put the stem -- if they have to put the components**
17  **of the total joint in and they loosen, it can**
18  **affect the periosteum up above.  They can have what**
19  **is known as a periosteum reaction and it can be**
20  **very painful.**
21    **Q.**   That's a possible future --
22    **A.   Yes, I agree.**
23    **Q.**   -- issue?
24    **A.   I agree, because the way you asked the**
25  **question, I didn't say it's more probable than not**

114

1  **that she'll need a revision.  I am going to stand**
2  **on my stance that it is more probable than not that**
3  **she will definitely need a total joint replacement.**
4  **Whether she will need a revision, all I can say**
5  **under oath is she's at increased risk.  I can't say**
6  **that's greater than 51 percent probability.**
7      MR. PEREZ:  Okay.  I have nothing
8      further.
9        RECROSS-EXAMINATION
10  BY MR. ERIKSEN:
11    **Q.**   With respect to any degeneration, if
12  any, that she may have had before this incident, is
13  that any different than the degeneration that
14  you've got in your knees right now at age 60 or
15  I've got in my knees right now at age 65?
16    **A.   No.  And they're completely**
17  **irrelevant.  This is throwing something on the wall**
18  **and hoping it sticks because the bottom line is**
19  **she's asymptomatic and you don't treat asymptomatic**
20  **conditions.  You only treat symptomatic conditions.**
21  **So it's a moot point and it's irrelevant.**
22        **What's relevant is she had no**
23  **frequency, no duration, no intensity of pain, no**
24  **treatment, no nothing of her knees prior to subject**
25  **incident.  After subject incident, she had two**

115

1  **arthroscopic surgeries and now she needs a total**
2  **knee replacement.  What I can say is the major**
3  **contributing cause to this patient's meniscal tear,**
4  **arthroscopic surgeries, a need for total joint**
5  **replacement is subject incident.**
6    **Q.**   A minute ago you were talking about
7  there being a degenerative tear in her knee before
8  the incident --
9    **A.   Well --**
10    **Q.**   And let me finish my question.  And
11  that is, I made a distinction between degeneration
12  and a tear, okay.  Are you talking about
13  preexisting, this is normal degeneration --
14    **A.   Right.**
15    **Q.**   -- that you're talking about, as
16  opposed to a torn meniscus?
17    **A.   No.  Defense attorney is very crafty.**
18  **He said degenerative tear.  I don't care if you**
19  **call it doodle doodle.  She has degenerative**
20  **arthritis in her knee, by definition, because of**
21  **her age prior to subject incident.**
22        **After subject incident she had**
23  **traumatically induced tear of the meniscus.  You're**
24  **comparing strawberries and tricycles.  They're two**
25  **completely different things.  One is a completely**

116

1  **normal part of the aging process, which is normal.**
2  **The other one is a traumatically induced injury.**
3    **Q.**   All right.
4    **A.   I think we beat it to death.**
5    **Q.**   One more question.
6    **A.   Go ahead.**
7    **Q.**   I want you to assume in the context of
8  the lead-up to the first surgery that she had, and
9  in the course of having that surgery,
10  rehabilitating from that first surgery, then
11  getting to the second doctor and going through the
12  same process again, the woman was out of work for
13  about a year, okay.
14        My question to you:  Is that a
15  reasonable thing for her to do or have done in
16  light of all the acute medical treatment that she
17  got?
18    **A.   The answer is yes, because she's a**
19  **chronic pain patient and that further solidifies**
20  **the three components of chronic pain that I**
21  **described previously in this deposition.**
22      MR. ERIKSEN:  Okay.
23      (Thereupon, the deposition was
24      concluded at 6:52 p.m.)
25

117

```
 1              C E R T I F I C A T E   O F   O A T H

 2

 3   S T A T E   O F   F L O R I D A

 4   C O U N T Y   O F   P A L M   B E A C H

 5

 6

 7          I, the undersigned authority, certify

 8   that CRAIG H. LICHTBLAU, M.D., personally appeared

 9   before me and was duly sworn.

10          WITNESS my hand and official seal this

11   5th day of June, 2016.

12

13

14

15          _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

16   P A U L A   P A C E

17   Notary Public State of Florida

18   My commission Expires:  8-24-18

19

20

21

22

23

24

25
```

119

```
 1                  J U R A T   P A G E

 2   S T A T E   O F   F L O R I D A    )
                                        ) S S .
 3   C O U N T Y   O F   P A L M   B E A C H )

 4

 5

 6          I, hereby certify that I have read the

 7   foregoing transcript pages 1 to 116 and find the

 8   same to be true and accurate.

 9          Any corrections made by me are set

10   forth on the errata page attached hereto.

11

12

13          _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

14   C R A I G   H.   L I C H T B L A U ,   M . D .

15

16   Sworn to and subscribed before me on this,

17   _ _ _ _ _ _ day of _ _ _ _ _ _ _ _ _ _ , 2016.

18   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

19   Notary Public in and for the
     State of Florida at Large.
20   My Commission expires:

21

22

23

24

25
```

118

```
 1          C E R T I F I C A T E   O F   S H O R T H A N D   R E P O R T E R
 2
     S T A T E   O F   F L O R I D A    )
 3                      ) S S .
     C O U N T Y   O F   P A L M   B E A C H )
 4
            I, PAULA PACE, RPR, do hereby certify
 5   that I was authorized to and did stenographically
     report deposition of CRAIG H. LICHTBLAU, M.D., that
 6   a review of the transcript was requested; and that
     the foregoing transcript, pages 1 through 116 is a
 7   true record of my stenographic notes.

 8          I FURTHER CERTIFY that I am not a
     relative, employee, or attorney, or counsel of any
 9   of the parties, nor am I a relative or employee of
     any of the parties' attorney or counsel connected
10   with the action, nor am I financially interested in
     the action.

11
            DATED, this 5th day of June, 2016.
12

13

14
            _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
15   Paula Pace, RPR

16

17

18
19
20
21
22
23
24
25
```

120

```
 1              J E A N N I E   R E P O R T I N G
                 28 West Flagler Street
 2                   Suite 610
                 Miami, Florida 33130
 3
 4
 5   TO:  Craig H. Lichtblau, M.D.
          c/o Michael D. Eriksen, Esquire
 6          Mde@travelawfirm.com
        ERIKSEN LAW FIRM
 7        2161 Palm Beach Lakes Boulevard
          Suite 410
 8        West Palm Beach, Florida 33409

 9   July 5, 2016

10   IN RE:  Galarza v. Carnival
     CASE NO:  1:15 cv-24380-ALTONAGA
11
     Dear Dr. Lichtblau,
12
     With reference to the examination of YOURSELF,
13   deponent in the above-styled cause, taken on June
     21, 2016 under oath, please be advised that the
14   transcript of the Deposition has been transcribed
     and is awaiting your signature.
15
     Please arrange to conclude this matter at your
16   earliest convenience.  We would suggest that you
     telephone this office and arrange an appointment
17   suitable for all concerned.

18   However, if this has not been taken care of by
     August 5, 2016, we shall conclude the reading and
19   signing of said deposition has been waived, and
     shall then proceed to file the original of the said
20   transcript with the party who took the deposition,
     without further notice to any parties.
21
            Sincerely,
22

23          _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
24          Paula Pace

25   cc:  All Counsel of Record.
```

```
 1              ERRATA SHEET
 2
 3       I, CRAIG H. LICHTBLAU, M.D., do hereby
 4  acknowledge that I have read this transcript and
 5  find it to be accurate except for the corrections
 6  noted below.
 7
 8  PAGE ___ LINE ___ / _____
 9  PAGE ___ LINE ___ / _____
10  PAGE ___ LINE ___ / _____
11  PAGE ___ LINE ___ / _____
12  PAGE ___ LINE ___ / _____
13  PAGE ___ LINE ___ / _____
14  PAGE ___ LINE ___ / _____
15  PAGE ___ LINE ___ / _____
16  PAGE ___ LINE ___ / _____
17  PAGE ___ LINE ___ / _____
18
19
20              _____
21              CRAIG H. LICHTBLAU, M.D.
22
23
24       Signed and dated this ___ day of _____
25  2016.
```

## $

**$100** [1] - 66:7
**$119** [2] - 67:24, 69:22
**$160** [2] - 67:25, 69:24
**$175** [1] - 66:6
**$200** [2] - 16:14, 65:25
**$4,915** [1] - 15:6
**$400** [1] - 16:7
**$5,000** [3] - 15:7, 15:11, 101:16
**$500** [2] - 15:14, 16:4
**$600** [3] - 13:18, 14:6, 16:1
**$65,000** [1] - 101:16
**$80** [2] - 67:25, 69:24
**$85,000** [1] - 101:16

## '

**'14** [1] - 84:8

## 0

**004** [1] - 2:15
**05** [3] - 3:3, 3:4, 3:4
**06** [1] - 3:5
**075** [1] - 2:16

## 1

**1** [15] - 3:3, 3:8, 5:4, 5:5, 15:2, 31:13, 32:2, 32:24, 48:9, 48:20, 75:21, 78:19, 78:23, 118:6, 119:7
**1,000** [1] - 15:17
**10** [23] - 3:13, 14:13, 17:22, 31:13, 31:15, 45:16, 48:9, 48:10, 48:20, 48:22, 50:7, 50:22, 56:20, 56:21, 58:25, 60:10, 75:22, 98:24, 99:18, 105:10, 105:11
**10-meter** [1] - 62:7
**100** [6] - 96:8, 86:24, 105:13, 105:19, 106:20, 110:5
**101** [1] - 17:5
**103** [1] - 17:1
**107** [1] - 2:15
**10th** [5] - 24:1, 24:18, 51:13, 56:11, 56:14
**11** [4] - 3:14, 98:24, 102:3, 102:7
**110** [2] - 89:6, 101:12

**114** [1] - 2:16
**116** [2] - 118:6, 119:7
**11:30** [1] - 101:13
**12** [2] - 36:9, 43:19
**12.5** [1] - 18:9
**125** [1] - 45:9
**13** [1] - 3:6
**14** [4] - 22:20, 23:14, 25:16, 72:16
**15** [6] - 17:12, 17:13, 18:9, 54:4, 54:5, 60:10
**16** [5] - 8:8, 23:14, 43:19, 68:1, 77:7
**17** [1] - 17:1
**1700** [1] - 2:7
**175** [1] - 65:24
**178** [1] - 16:25
**18** [1] - 36:18
**180** [1] - 18:21
**19** [1] - 39:21
**1953** [2] - 12:25, 13:1
**1985** [2] - 7:18, 10:9
**1989** [6] - 8:24, 9:1, 10:10, 10:15, 10:16, 10:22
**1:15** [2] - 1:3, 120:10

## 2

**2** [15] - 3:4, 3:9, 5:12, 5:13, 26:24, 31:10, 32:3, 32:25, 48:13, 58:8, 71:3, 81:21, 82:25, 83:4, 105:3
**2,000** [1] - 23:17
**2-22-16** [1] - 11:12
**20** [11] - 12:13, 17:9, 36:9, 58:24, 60:8, 61:22, 61:25, 62:2, 62:5, 68:1, 105:9
**200** [1] - 64:14
**2002** [2] - 8:17, 96:4
**2006** [1] - 77:10
**2008** [1] - 96:21
**2009** [3] - 27:9, 78:7, 79:13
**2010** [1] - 16:25
**2012** [1] - 99:13
**2013** [1] - 97:17
**2014** [6] - 17:3, 26:7, 36:18, 77:12, 85:24, 86:10
**2015** [8] - 17:1, 17:5, 26:8, 56:14, 84:8, 84:10, 85:4, 86:9
**2016** [15] - 1:14, 21:8, 21:10, 25:16, 28:12, 72:16, 72:17, 93:6,

117:11, 118:11, 119:16, 120:9, 120:13, 120:18, 121:25
**2030** [1] - 99:14
**21** [2] - 1:14, 120:13
**2161** [2] - 2:4, 120:7
**22** [2] - 9:1, 10:16
**236-bed** [1] - 8:12
**24** [2] - 64:6, 66:11
**25** [1] - 18:6
**26** [13] - 72:16, 81:17, 81:19, 81:20, 82:3, 82:5, 82:10, 82:11, 82:12, 82:17, 93:4, 93:6, 111:25
**26th** [1] - 92:22
**27** [5] - 12:12, 12:20, 13:3, 53:5, 77:20
**28** [2] - 77:12, 120:1

## 3

**3** [19] - 2:21, 3:4, 3:9, 5:20, 5:21, 11:8, 31:13, 32:4, 32:25, 48:9, 48:20, 50:21, 56:20, 71:6, 75:5, 84:11, 84:15, 92:3
**3,000** [1] - 8:9
**3-10-16** [1] - 11:15
**3.4** [1] - 99:15
**30** [6] - 18:7, 45:11, 60:8, 61:6, 61:10, 68:12
**30.8** [3] - 28:12, 28:25, 70:11
**300** [1] - 69:23
**32** [1] - 77:16
**320,000** [1] - 52:25
**33130** [1] - 120:2
**33156** [1] - 2:8
**33408** [1] - 1:13
**33409** [2] - 2:5, 120:8
**35,000** [1] - 9:1
**360** [1] - 46:4
**38** [2] - 59:8, 103:9

## 4

**4** [21] - 3:5, 3:10, 6:9, 6:10, 15:24, 32:5, 32:25, 48:17, 81:12, 81:15, 81:16, 82:17, 85:23, 85:24, 85:25, 86:3, 92:3, 93:4, 93:23, 105:5
**4.4** [1] - 46:6

**407** [1] - 66:5
**410** [2] - 2:4, 120:7
**42** [1] - 39:19
**45** [1] - 19:25
**45th** [1] - 77:23
**4:51** [1] - 1:14

## 5

**5** [13] - 3:6, 3:10, 13:8, 13:9, 13:12, 32:11, 32:25, 45:16, 93:19, 93:25, 94:2, 120:9, 120:18
**50** [6] - 16:25, 17:3, 17:5, 19:5, 53:16, 105:13
**50/50** [2] - 51:10, 98:17
**500** [3] - 14:7, 64:15
**51** [14] - 29:2, 29:10, 32:18, 32:20, 33:8, 38:2, 60:4, 64:2, 83:24, 98:15, 101:18, 108:6, 108:13, 114:6
**55** [13] - 23:15, 28:8, 28:20, 29:8, 32:5, 33:13, 35:18, 41:2, 41:4, 48:4, 83:21, 98:5, 108:11
**55-year-old** [3] - 35:1, 52:7, 100:11
**550** [2] - 1:13, 10:1
**56** [1] - 98:5
**57** [1] - 98:5
**58** [1] - 98:5
**58,000** [1] - 66:20
**5th** [2] - 117:11, 118:11

## 6

**6** [6] - 3:11, 22:20, 44:4, 95:16, 95:20
**6,000** [4] - 8:8, 8:22, 77:7, 89:1
**6.7** [1] - 46:5
**60** [14] - 34:3, 39:22, 45:8, 45:11, 48:6, 49:8, 51:6, 64:7, 67:1, 67:2, 98:5, 109:9, 114:14
**60-year-old** [1] - 100:11
**600** [1] - 14:8
**610** [1] - 120:2
**62** [1] - 98:5
**65** [2] - 98:5, 114:15

**65,000** [3] - 63:13, 63:22, 66:25
**65-year-old** [1] - 100:11
**6:52** [1] - 116:24

## 7

**7** [4] - 3:12, 96:8, 96:14, 96:16, 96:16
**7-8-63** [1] - 66:5
**7.5** [1] - 17:18
**70** [1] - 51:6
**700,000** [5] - 28:2, 33:4, 44:24, 52:9, 99:1
**75** [3] - 51:6, 98:3, 108:9
**75-year-old** [1] - 100:10
**78** [3] - 3:8, 28:18, 70:14

## 8

**8** [8] - 3:12, 31:15, 48:22, 50:7, 50:23, 56:21, 97:6, 97:10
**8-24-18** [1] - 117:18
**8-bed** [1] - 77:13
**80** [3] - 17:9, 67:1, 67:2
**80-year-old** [1] - 100:10
**800** [1] - 8:20
**82** [1] - 46:7
**83** [1] - 3:9
**84** [1] - 3:9
**85** [2] - 15:8, 17:12
**85,000** [3] - 63:13, 63:22, 66:25
**86** [1] - 3:10
**863** [2] - 66:4, 67:23

## 9

**9** [3] - 3:13, 98:24, 99:7
**9-11** [1] - 98:19
**90** [3] - 17:21, 19:5, 67:7
**9130** [1] - 2:8
**94** [1] - 3:11
**95** [2] - 3:11, 27:20
**96** [1] - 3:12
**97** [2] - 3:12, 27:20
**98** [3] - 3:13, 3:13, 3:14

**99** [3] - 29:5, 32:19, 74:13
**99.99** [1] - 18:17

# A

**A-3** [1] - 97:15
**ability** [6] - 20:21, 60:19, 61:6, 61:21, 70:2, 110:2
**able** [9] - 42:8, 51:16, 58:21, 59:23, 60:8, 62:10, 62:11, 70:8, 89:18
**above-styled** [1] - 120:13
**absolutely** [4] - 41:2, 41:4, 46:15, 53:21
**absorbing** [1] - 96:24
**abundance** [1] - 17:11
**academic** [3] - 74:24, 106:11, 113:10
**academy** [1] - 79:20
**Academy** [7] - 26:6, 27:8, 78:8, 79:12, 79:19, 84:5, 86:8
**acceptable** [4] - 88:7, 88:15, 88:17, 88:24
**accepted** [13] - 26:4, 26:5, 26:16, 27:7, 29:9, 57:21, 58:7, 80:21, 81:8, 82:24, 84:23, 86:7, 96:18
**access** [2] - 90:10, 110:10
**accident** [26] - 34:24, 34:25, 35:2, 35:3, 35:8, 35:10, 37:10, 37:17, 39:7, 39:8, 41:6, 41:23, 41:24, 42:2, 42:4, 42:5, 42:15, 42:17, 42:23, 57:9, 57:12, 80:6, 80:15, 112:10, 112:14
**accidents** [1] - 79:5
**according** [3] - 15:13, 28:24, 64:22
**accuracy** [3] - 26:3, 26:13, 104:3
**accurate** [5] - 12:9, 27:20, 30:9, 119:8, 121:5
**accurately** [1] - 73:15
**accuratize** [1] - 104:19
**acid** [1] - 56:3
**acknowledge** [1] - 121:4
**action** [1] - 118:10,

118:10
**active** [4] - 47:11, 49:14, 51:10, 67:16
**activity** [4] - 31:19, 49:1, 49:4, 50:22
**actual** [2] - 4:17, 16:10
**acute** [4] - 43:13, 43:14, 44:5, 116:16
**Adams** [1] - 18:3
**add** [2] - 79:23, 104:1
**addiction** [1] - 45:24
**address** [1] - 9:25
**adds** [1] - 70:6
**administrative** [3] - 11:10, 16:13, 16:15
**admissions** [6] - 8:9, 17:5, 23:15, 77:7, 89:1
**admit** [1] - 29:4
**adolescent** [2] - 7:13, 9:16
**adult** [5] - 7:13, 8:8, 9:16, 77:8, 77:16
**adversely** [1] - 96:24
**Advil** [3] - 45:6, 45:12, 64:4
**advised** [1] - 120:13
**affect** [1] - 113:18
**affects** [3] - 20:21, 43:22, 96:24
**affixed** [1] - 98:9
**afternoon** [1] - 4:7
**age** [29] - 21:12, 28:8, 28:20, 32:5, 33:13, 34:9, 35:19, 39:21, 45:8, 45:11, 48:5, 48:6, 49:8, 51:6, 51:7, 63:22, 64:7, 83:21, 83:22, 98:1, 98:3, 98:5, 98:18, 108:4, 108:7, 112:6, 114:14, 114:15, 115:21
**ages** [1] - 21:11
**aggravation** [1] - 97:3
**aging** [4] - 21:13, 32:6, 39:6, 116:1
**ago** [1] - 115:6
**agree** [10] - 30:5, 34:10, 48:19, 52:4, 70:24, 74:19, 109:13, 109:15, 113:22, 113:24
**agreed** [1] - 73:16
**agrees** [2] - 51:3, 72:11
**ahead** [3] - 4:15, 6:8, 116:6
**air** [1] - 69:16
**alleged** [1] - 49:24

**allows** [1] - 58:10
**almost** [2] - 12:12, 77:20
**alone** [1] - 18:19
**ALS** [1] - 7:5
**altered** [1] - 69:4
**alternative** [1] - 80:2
**AMA** [2] - 46:22, 46:25
**ambulate** [1] - 70:9
**America** [1] - 46:9
**American** [8] - 10:4, 26:6, 27:8, 78:7, 79:12, 79:19, 84:5, 86:7
**Amitriptyline** [1] - 87:1
**amount** [1] - 15:5
**amputation** [4] - 7:1, 18:23, 86:21, 89:13
**Andrea** [1] - 84:19
**anesthesiologist** [2] - 65:8, 67:5
**angle** [1] - 43:2
**annually** [1] - 99:4
**answer** [6] - 17:8, 28:7, 40:3, 106:12, 106:16, 116:18
**answered** [1] - 113:10
**answers** [3] - 16:24, 86:13, 108:24
**anterior** [1] - 75:25
**antidepressant** [2] - 87:2, 91:18
**antidepressants** [3] - 109:24, 110:13, 110:25
**antiinflammatory** [4] - 55:15, 56:2, 56:5, 56:7
**anxiety** [1] - 87:5
**anyway** [1] - 33:24
**AP** [1] - 64:20
**apart** [1] - 113:12
**APPEARANCES** [1] - 2:1
**appeared** [1] - 117:8
**appearing** [1] - 2:21
**application** [1] - 79:23
**applied** [3] - 7:17, 79:8, 79:25
**appointment** [2] - 64:17, 120:16
**appointments** [1] - 20:14
**approach** [4] - 75:25, 77:25, 92:5
**Approach** [1] - 83:9
**appropriate** [4] - 67:16, 76:12, 76:22, 90:10

**appropriately** [1] - 98:9
**April** [5] - 25:16, 72:16, 92:22, 93:6
**apt** [1] - 98:12
**area** [5] - 42:25, 53:19, 66:4, 67:23, 69:17
**areas** [2] - 88:7, 88:25
**arena** [2] - 104:5, 104:19
**arose** [1] - 78:4
**arrange** [2] - 120:15, 120:16
**arriving** [1] - 91:25
**arthritic** [2] - 36:17, 36:21
**arthritis** [12] - 28:5, 30:24, 34:12, 34:14, 37:1, 39:22, 45:5, 95:12, 95:13, 95:15, 97:4, 115:20
**Arthroplasty** [2] - 99:22, 102:10
**arthroscopic** [17] - 27:17, 27:19, 28:16, 29:7, 32:4, 33:10, 35:16, 35:17, 37:8, 37:11, 37:22, 40:9, 50:11, 57:10, 78:16, 115:1, 115:4
**arthroscopies** [1] - 20:7
**arthroscopy** [1] - 29:21
**article** [24] - 3:8, 79:1, 79:10, 84:5, 84:17, 84:18, 84:19, 85:3, 85:4, 85:24, 86:4, 86:10, 95:20, 96:12, 96:17, 96:19, 96:20, 96:22, 97:9, 97:11, 97:18, 99:6, 99:18, 102:2
**Article** [9] - 3:9, 3:9, 3:10, 3:11, 3:12, 3:12, 3:13, 3:13, 3:14
**article's** [1] - 79:4
**articles** [8] - 28:14, 53:6, 81:8, 82:21, 83:5, 85:21, 92:3, 98:23
**artificial** [1] - 76:4
**aseptic** [1] - 100:6
**aside** [3] - 10:24, 15:9, 57:4
**assessment** [6] - 14:6, 57:15, 60:14, 62:18, 104:1, 104:6
**assessments** [1] -

104:17
**assigned** [1] - 20:20
**assistant** [4] - 22:13, 22:16, 22:24, 77:15
**associated** [1] - 25:17
**assume** [1] - 116:7
**assuming** [2] - 67:8, 68:22
**asymptomatic** [5] - 35:5, 35:10, 41:14, 114:19
**athlete** [2] - 52:5, 52:7
**attached** [4] - 10:25, 93:1, 96:12, 119:10
**attorney** [8] - 4:8, 38:17, 40:17, 74:18, 94:16, 115:17, 118:8, 118:9
**attorneys** [1] - 74:19
**August** [2] - 56:14, 97:17, 120:18
**author** [1] - 84:17
**authority** [1] - 117:7
**authorized** [1] - 118:5
**automobile** [1] - 79:5
**avoid** [1] - 58:17
**awaiting** [1] - 120:14
**aware** [3] - 38:4, 51:19, 110:24
**awhile** [2] - 12:11, 93:16

# B

**baby** [1] - 54:19
**background** [2] - 75:17, 76:14
**backwards** [1] - 18:22
**bad** [7] - 48:21, 52:18, 56:6, 59:1, 59:5, 70:17, 90:7
**ball** [3] - 20:3, 20:5, 29:3
**bang** [1] - 100:20
**bargain** [2] - 69:18, 69:20
**based** [17] - 19:11, 25:21, 29:6, 31:7, 31:8, 34:9, 41:7, 48:3, 49:17, 52:11, 57:21, 59:7, 65:15, 66:1, 81:6, 104:20, 104:22
**basis** [6] - 86:17, 87:16, 89:4, 109:22, 112:21, 112:22
**BEACH** [1] - 117:4, 118:3, 119:3
**Beach** [9] - 1:13, 2:4,

2:5, 8:4, 10:2, 12:24, 77:23, 120:7, 120:8
**beat** [1] - 116:4
**become** [8] - 21:17, 32:9, 35:11, 98:8, 98:13, 100:14
**becomes** [3] - 43:19, 106:3, 107:8
**beds** [1] - 77:16
**beg** [1] - 43:11
**BEHALF** [2] - 2:3, 2:6
**behavior** [1] - 90:18
**behind** [3] - 54:5, 93:2, 93:7
**beliefs** [1] - 92:20
**below** [4] - 76:6, 76:11, 76:24, 121:6
**bend** [1] - 61:6
**bending** [4] - 58:13, 58:17, 59:9, 103:10
**best** [8] - 25:18, 46:12, 58:1, 58:2, 63:3, 63:8, 70:1, 72:21
**bet** [1] - 87:10
**better** [5] - 36:11, 80:12, 84:15, 91:20, 110:8
**between** [7] - 43:12, 46:1, 63:7, 66:13, 75:21, 112:18, 115:11
**beyond** [1] - 31:2
**bibliography** [4] - 81:2, 81:5, 82:21, 95:21
**BID** [1] - 110:5
**big** [3] - 22:19, 84:19, 112:15
**bill** [8] - 4:11, 4:17, 4:19, 4:23, 5:1, 13:23, 16:16, 19:20
**Bill** [1] - 3:3
**billed** [3] - 14:7, 19:20, 19:21
**billion** [1] - 46:5
**biologic** [1] - 78:10
**biological** [3] - 27:10, 41:7, 80:1
**biologically** [1] - 80:22
**Biomedical** [1] - 83:9
**birth** [2] - 18:24, 66:5
**births** [1] - 19:3
**Blanca** [1] - 11:10
**bleeders** [1] - 22:22
**blood** [1] - 45:9
**bloody** [2] - 106:19, 107:11
**Board** [1] - 22:3
**board** [2] - 79:21,

88:13
**boards** [1] - 88:18
**bodies** [1] - 52:17
**body** [3] - 20:20, 69:4, 106:14
**bone** [23] - 27:25, 28:1, 31:5, 31:6, 36:24, 37:1, 39:22, 52:21, 71:21, 98:9, 100:22, 106:9, 106:14, 106:23, 106:25, 107:2, 107:7, 107:9
**Bone** [4] - 96:21, 99:13, 99:20, 99:24
**bones** [5] - 71:7, 71:23, 95:1, 106:16, 112:17
**Bonnie** [1] - 111:19
**borderline** [1] - 83:23
**borders** [1] - 87:22
**born** [2] - 12:21, 12:22
**Boston** [1] - 83:11
**bottom** [6] - 24:7, 31:11, 50:8, 102:8, 105:2, 114:18
**Boulevard** [5] - 1:13, 2:4, 2:8, 10:1, 120:7
**box** [1] - 90:12
**Brad** [5] - 25:15, 51:2, 63:25, 66:5, 72:17
**brain** [6] - 6:25, 8:14, 20:12, 54:19, 86:20, 89:12
**brains** [1] - 30:2
**break** [6] - 16:24, 38:22, 38:23, 43:15, 106:13, 106:23
**breakdown** [1] - 18:11
**breaks** [1] - 58:11
**bringing** [1] - 14:15
**brings** [1] - 62:18
**British** [2] - 10:7, 96:21
**broad** [1] - 7:8
**brought** [1] - 52:24
**BTE** [6] - 57:17, 57:22, 58:7, 59:8, 103:13, 104:24
**bucket** [1] - 29:22
**bucks** [1] - 15:8
**bunch** [1] - 71:16
**buried** [1] - 17:6
**burning** [1] - 56:5
**burns** [3] - 7:1, 86:21, 89:13
**busy** [1] - 18:14
**button** [1] - 30:8
**BY** [26] - 2:5, 2:9, 4:6, 5:7, 5:15, 5:23, 6:12,

12:19, 13:11, 14:17, 14:25, 38:21, 54:23, 72:6, 75:13, 78:21, 83:2, 84:13, 86:2, 94:4, 95:18, 96:10, 97:8, 98:21, 107:17, 114:10

## C

**c/o** [1] - 120:5
**calm** [1] - 46:14
**Campbell** [1] - 9:5
**camper** [1] - 48:3
**candidate** [6] - 49:5, 49:6, 76:12, 76:16, 76:22, 109:5
**Cannot** [1] - 99:11
**cannot** [3] - 12:5, 88:8, 88:11
**cap** [2] - 34:17, 52:20
**capabilities** [1] - 96:24
**capacity** [12] - 14:6, 57:15, 60:13, 62:23, 103:5, 103:7, 103:25, 104:2, 104:5, 104:16, 105:3, 105:4
**capital** [1] - 46:11
**car** [1] - 44:11
**care** [45] - 6:24, 8:10, 8:13, 8:21, 20:23, 21:4, 21:6, 21:8, 21:19, 23:16, 25:20, 25:25, 26:1, 27:2, 36:2, 41:12, 46:18, 56:17, 62:19, 65:3, 67:7, 68:15, 76:7, 76:11, 76:25, 83:14, 83:18, 83:20, 84:4, 86:6, 86:20, 87:8, 87:14, 87:17, 88:5, 88:6, 88:19, 89:12, 90:10, 90:14, 92:1, 102:25, 110:11, 115:18, 120:18
**careful** [2] - 35:24, 37:3
**Caribbean** [2] - 10:4, 10:5
**Carlos** [1] - 2:9
**CARNIVAL** [2] - 1:8, 1:8
**Carnival** [3] - 4:8, 50:9, 120:10
**carpal** [1] - 24:16
**carry** [2] - 62:4, 104:10

**carrying** [2] - 59:10, 103:11
**cartilage** [3] - 36:24, 52:17, 52:19
**cartilaginous** [2] - 34:17, 52:19
**CASE** [2] - 1:3, 120:10
**case** [70] - 1:22, 5:17, 7:21, 11:2, 11:5, 13:3, 13:20, 16:10, 17:20, 18:4, 18:5, 19:1, 19:15, 20:6, 20:12, 22:4, 23:6, 23:23, 23:24, 25:18, 28:11, 29:13, 31:8, 33:2, 33:19, 33:20, 35:15, 37:13, 37:20, 40:5, 40:15, 40:19, 54:2, 54:12, 54:14, 54:18, 54:19, 57:8, 57:11, 62:19, 62:20, 63:3, 63:5, 63:8, 63:10, 63:18, 63:20, 63:24, 69:11, 78:12, 79:24, 80:2, 81:17, 81:18, 91:16, 91:22, 97:24, 101:10, 101:14, 107:22, 107:25, 108:1, 110:21, 111:14, 111:16, 113:7
**cases** [6] - 12:16, 18:3, 19:2, 40:18, 78:1, 92:6
**cat** [2] - 44:11, 44:12
**catastrophic** [2] - 87:6, 88:20
**catch** [2] - 42:9, 107:24
**category** [3] - 28:4, 33:7, 52:11
**causation** [9] - 27:3, 27:7, 27:10, 41:7, 78:10, 79:2, 79:3, 80:2, 80:20
**caused** [2] - 35:8, 35:10
**causes** [5] - 27:12, 41:9, 78:12, 80:2, 106:7
**causing** [1] - 39:25
**caution** [1] - 17:11
**cc** [1] - 120:25
**cc's** [1] - 45:9
**cellulitis** [2] - 89:17, 100:25
**center** [5] - 7:10, 43:24, 77:4, 77:21, 89:12
**Center** [8] - 2:7, 8:4,

8:5, 10:12, 67:22, 69:21, 76:19, 77:24
**certainly** [4] - 29:6, 29:10, 41:13, 98:17
**CERTIFICATE** [2] - 117:1, 118:1
**certified** [1] - 88:13
**certifies** [1] - 79:21
**CERTIFY** [1] - 118:8
**certify** [3] - 117:7, 118:4, 119:6
**CFD** [1] - 19:1
**challenge** [4] - 111:4, 111:7, 111:13, 111:21
**chance** [3] - 100:21, 100:22, 100:23
**change** [4] - 14:9, 59:3, 68:23, 74:1
**Changed** [1] - 99:22
**changed** [3] - 7:18, 16:25, 18:8
**changes** [7] - 6:5, 30:25, 33:17, 33:20, 34:2, 34:3, 34:4, 34:8, 34:17, 34:19, 34:22, 36:25, 38:20, 39:9, 39:21, 47:16
**changing** [1] - 58:11
**characterize** [1] - 9:20
**charge** [4] - 13:13, 14:13, 15:10, 85:20
**charged** [1] - 16:1
**chart** [1] - 4:12
**cheap** [1] - 68:8
**cheating** [2] - 17:25, 18:1
**check** [2] - 14:1, 90:12
**checked** [1] - 57:6
**checking** [1] - 103:23
**chief** [1] - 22:25
**children** [1] - 8:20
**children's** [1] - 7:24
**Children's** [1] - 8:19
**chondroma** [1] - 80:16
**chondromalacia** [21] - 33:16, 34:11, 34:14, 34:16, 34:21, 34:25, 35:1, 35:9, 35:11, 37:4, 38:5, 38:9, 38:11, 38:25, 39:1, 39:5, 39:8, 41:3, 41:13, 53:14, 53:20
**Chris** [1] - 111:18
**chronic** [36] - 28:22, 31:6, 32:1, 32:2, 35:19, 35:21, 43:13, 43:20, 43:21, 43:25, 44:2, 44:3, 44:6,

44:7, 44:14, 45:2, 47:3, 47:6, 47:10, 47:11, 47:16, 57:25, 58:1, 65:9, 65:16, 70:17, 70:18, 87:9, 91:10, 91:11, 91:12, 109:21, 116:19, 116:20

**circumstances** [2] - 79:9, 91:23

**claim** [1] - 51:25

**claiming** [1] - 49:23

**claims** [1] - 56:19

**clarification** [1] - 21:24

**clarify** [1] - 22:11

**classic** [1] - 102:23

**clean** [2] - 40:25, 50:12

**clear** [4] - 14:22, 23:24, 48:16, 59:13

**clerk** [1] - 103:7

**clicking** [4] - 31:18, 48:25, 53:9, 53:13

**clicks** [1] - 53:3

**climbing** [2] - 58:14, 58:19

**clinic** [1] - 19:9

**clinical** [8] - 20:18, 25:21, 50:18, 52:12, 81:6, 102:14, 104:25, 110:3

**Clinical** [1] - 102:12

**clipped** [1] - 42:12

**close** [4] - 22:17, 71:7, 71:23, 95:2

**closer** [1] - 95:3

**closing** [1] - 40:14

**club** [1] - 8:5

**coagulate** [1] - 22:22

**code** [3] - 66:4, 67:23, 69:17

**Cola** [2] - 49:20, 50:21

**collected** [1] - 103:12

**combined** [3] - 21:13, 32:6, 56:7

**comfort** [2] - 58:12, 60:17

**coming** [2] - 44:7, 53:23

**command** [1] - 43:24

**commission** [1] - 117:18

**Commission** [1] - 119:19

**common** [2] - 72:23, 90:17

**Common** [1] - 99:23

**community** [2] - 76:11, 76:25

**comp** [2] - 49:23, 51:25

**company** [1] - 103:13

**compared** [1] - 102:19

**comparing** [1] - 115:24

**compiled** [1] - 103:13

**complaining** [1] - 57:4

**complaints** [2] - 50:17, 57:7

**completed** [1] - 103:13

**completely** [6] - 37:18, 70:14, 110:19, 114:16, 115:25

**complicated** [2] - 20:11, 110:7

**complication** [1] - 101:5

**component** [9] - 44:13, 47:3, 91:10, 91:12, 91:14, 98:11, 102:25, 104:19, 109:20

**components** [7] - 47:6, 91:10, 100:21, 106:9, 107:1, 113:16, 116:20

**compound** [1] - 38:23

**comprehensive** [5] - 11:1, 13:17, 15:19, 16:1, 54:24

**compress** [1] - 21:9

**concede** [3] - 34:2, 48:19, 108:5

**conceded** [4] - 34:23, 40:6, 107:23, 109:18

**concept** [4] - 86:12, 95:22, 96:23, 99:8

**concerned** [2] - 30:5, 120:17

**conclude** [2] - 120:15, 120:18

**concluded** [1] - 116:24

**conclusion** [1] - 102:16

**condition** [3] - 32:7, 35:5, 35:10

**conditions** [7] - 78:4, 79:5, 83:16, 90:25, 91:4, 114:20

**conference** [3] - 25:15, 54:4, 93:7

**confirm** [1] - 107:18

**confirmed** [2] - 25:22, 41:17

**congenital** [2] - 7:22, 18:23

**connected** [1] - 118:9

**connection/rule** [1] - 80:1

**consequence** [1] - 97:2

**Consequences** [1] - 96:18

**conservative** [1] - 83:21

**consider** [1] - 66:16

**considered** [1] - 43:17

**consistent** [1] - 100:5

**constant** [4] - 31:13, 48:20, 50:21, 56:20

**Constitution** [1] - 47:13

**construct** [1] - 26:18

**constructing** [2] - 86:5, 91:25

**construction** [1] - 27:2

**constructive** [1] - 65:3

**consultant** [1] - 8:18

**consultations** [2] - 8:10, 8:23

**consume** [1] - 46:7

**contact** [5] - 26:2, 68:3, 68:4, 68:5, 73:14

**contained** [1] - 74:11

**contains** [1] - 54:25

**contemporaneously** [1] - 73:21

**context** [1] - 116:7

**continuation** [8] - 21:4, 21:7, 21:19, 25:24, 27:2, 62:18, 65:3, 86:6

**continue** [1] - 100:7, 113:2

**continued** [1] - 77:11

**continues** [6] - 27:18, 31:12, 31:17, 48:24, 60:3, 80:8

**contributing** [1] - 53:21, 115:3

**control** [1] - 69:1

**controversy** [1] - 102:22

**convenience** [1] - 120:16

**conventional** [2] - 102:15, 102:20

**Conventional** [1] - 102:11

**conversation** [5] - 72:14, 72:25, 73:9, 92:13, 92:19

**convoluted** [1] - 36:21

**Coogler** [1] - 18:3

**copies** [1] - 75:11

**copy** [2] - 5:25, 85:6

**copyright** [1] - 96:4

**cord** [4] - 7:1, 8:14, 86:20, 89:12

**Corporation** [1] - 4:9

**CORPORATION** [1] - 1:8

**corporation** [1] - 1:8

**correct** [24] - 5:8, 9:22, 15:12, 17:8, 21:23, 21:24, 25:4, 33:1, 55:18, 56:24, 59:17, 68:13, 68:22, 68:24, 82:13, 82:22, 83:19, 90:22, 92:21, 94:6, 95:7, 106:16, 108:18

**corrected** [2] - 107:22, 107:25

**correction** [3] - 7:23, 73:24, 101:9

**corrections** [2] - 119:9, 121:5

**correctly** [1] - 113:5

**cost** [5] - 20:22, 21:5, 41:11, 64:19, 85:7

**costs** [2] - 25:22, 26:10

**couch** [1] - 49:14

**Counsel** [1] - 120:25

**counsel** [5] - 20:16, 106:11, 106:12, 118:8, 118:9

**counsel's** [1] - 98:25

**counter** [2] - 45:13, 68:7

**counties** [1] - 8:19

**countries** [1] - 19:5

**country** [4] - 36:2, 46:7, 46:18, 81:9

**County** [1] - 8:4

**COUNTY** [3] - 117:4, 118:3, 119:3

**couple** [8] - 18:2, 46:19, 55:4, 71:19, 77:8, 86:11, 90:25, 94:22

**course** [5] - 41:9, 46:10, 47:7, 101:23, 116:9

**courses** [3] - 64:5, 65:17, 66:8

**COURT** [1] - 1:1

**court** [1] - 62:21

**courtroom** [1] - 111:11

**cover** [2] - 9:18, 11:8

**coverage** [1] - 110:2

**covered** [4] - 74:13,

74:22, 74:25, 90:8

**crack** [2] - 106:25, 107:7

**crackle** [3] - 53:19, 53:22, 53:23

**craft** [2] - 88:8, 88:12

**crafted** [1] - 38:17

**crafty** [1] - 115:17

**Craig** [5] - 2:13, 6:17, 9:13, 104:21, 120:5

**CRAIG** [8] - 1:12, 1:17, 4:2, 117:8, 118:5, 119:14, 121:3, 121:21

**crawling** [1] - 58:18

**create** [1] - 46:3

**created** [5] - 57:21, 57:22, 59:11, 104:23

**creates** [1] - 59:12

**credible** [1] - 40:17

**criteria** [2] - 27:13, 27:14

**CROSS** [1] - 75:12

**CROSS-EXAMINATION** [1] - 75:12

**crossed** [1] - 12:14

**Crosslinked** [1] - 102:11

**cruel** [1] - 47:15

**Cruise** [1] - 50:9

**CRUISE** [1] - 1:8

**cruise** [1] - 105:18

**crying** [1] - 14:23

**crystal** [2] - 23:24, 29:3

**Current** [1] - 99:21

**current** [4] - 32:7, 36:16, 59:13, 92:14

**CV** [1] - 4:11

**cv-24380-ALTONAGA** [2] - 1:3, 120:10

**Cycle** [1] - 97:15

**cycle** [2] - 86:25, 110:4

**D**

**d/b/a** [1] - 1:8

**Dadeland** [1] - 2:8

**daily** [4] - 86:17, 87:16, 89:4, 109:22

**damage** [1] - 20:12

**damaged** [1] - 54:19

**danger** [1] - 101:5

**data** [4] - 57:21, 59:12, 103:12, 104:23

**date** [1] - 66:5

**dated** [2] - 93:6, 121:24
**DATED** [1] - 118:11
**Datran** [1] - 2:7
**Daubert** [4] - 111:4, 111:7, 111:12, 111:20
**days** [10] - 59:1, 59:5, 59:6, 59:21, 67:7, 68:1
**deal** [2] - 79:18, 109:22
**Dear** [1] - 120:11
**death** [1] - 116:4
**Debbie** [1] - 68:5
**decade** [1] - 23:12
**decline** [1] - 44:5
**decrease** [1] - 21:10
**dedicated** [1] - 16:20
**deep** [3] - 22:17, 89:16, 100:23
**Defendant** [1] - 1:9
**DEFENDANT** [1] - 2:6
**Defendant's** [10] - 5:5, 5:13, 5:21, 6:10, 13:9, 81:15, 81:16, 82:17, 93:3, 105:5
**DEFENDANT'S** [1] - 3:2
**defending** [1] - 111:20
**Defense** [2] - 15:1, 93:23
**defense** [14] - 17:22, 17:23, 17:24, 18:3, 18:5, 18:11, 22:4, 32:21, 38:17, 81:12, 94:16, 106:11, 106:12, 115:17
**deficiency** [1] - 18:24
**define** [2] - 20:24, 58:5
**defined** [1] - 58:23
**definitely** [6] - 22:24, 36:18, 98:12, 98:13, 98:16, 114:3
**definition** [3] - 39:23, 103:18, 115:20
**deformity** [2] - 7:22, 7:24
**degeneration** [4] - 114:11, 114:13, 115:11, 115:13
**degenerative** [22] - 30:25, 33:11, 33:12, 33:14, 33:17, 33:19, 34:2, 34:3, 34:4, 34:8, 34:17, 34:18, 34:22, 36:25, 38:11, 38:19, 39:9, 112:9, 112:13, 115:7,

115:18, 115:19
**degree** [1] - 38:4
**degrees** [1] - 18:22
**delay** [2] - 66:17, 76:10
**Demerol** [1] - 106:20
**demonstrated** [2] - 60:19, 61:5, 61:21
**demonstrative** [2] - 71:20, 112:19
**denied** [3] - 111:10, 111:12, 111:15
**Department** [3] - 79:14, 83:10, 104:13
**depo** [3] - 11:23, 12:2, 54:4
**deponent** [1] - 120:13
**depos** [1] - 12:4
**deposed** [1] - 12:7
**DEPOSITION** [1] - 1:17
**deposition** [14] - 12:5, 24:20, 40:14, 49:11, 52:24, 54:9, 78:9, 108:23, 116:21, 116:23, 118:5, 120:19, 120:20
**Deposition** [2] - 1:21, 120:14
**depositions** [3] - 12:7, 17:1, 17:2
**depressed** [7] - 43:25, 44:12, 46:20, 86:12, 87:7, 87:10, 91:9
**depression** [19] - 44:9, 44:11, 44:13, 47:2, 47:4, 86:16, 86:23, 87:4, 87:13, 87:15, 89:18, 89:24, 91:3, 91:8, 91:11, 91:14, 91:16, 109:19, 110:5
**describe** [1] - 63:6
**described** [5] - 48:19, 79:3, 89:2, 90:17, 116:21
**describes** [3] - 31:12, 35:19, 83:12
**describing** [3] - 31:25, 79:2, 92:23
**description** [1] - 7:8
**desire** [1] - 76:25
**details** [1] - 41:22
**determination** [1] - 78:3
**determine** [4] - 75:24, 76:1, 76:3, 103:21
**determining** [1] - 76:15
**devastated** [1] - 8:20

**develop** [1] - 42:22
**developing** [2] - 28:5, 39:21
**development** [1] - 97:3
**device** [1] - 107:8
**diagnose** [2] - 87:13, 87:15
**diagnosed** [1] - 39:12
**diagnosis** [7] - 44:4, 44:10, 44:13, 47:4, 86:15, 89:25, 109:19
**diagnostic** [1] - 41:19
**dialysis** [1] - 45:14
**Diamorphine** [1] - 46:3
**dictate** [3] - 73:21, 73:22, 73:23
**dictation** [1] - 73:14
**Dictionary** [1] - 58:23
**die** [1] - 89:21
**died** [2] - 44:12, 47:5
**Difference** [1] - 102:9
**difference** [6] - 43:12, 45:25, 46:1, 59:19, 63:6, 112:15
**differences** [1] - 102:19
**different** [7] - 6:23, 19:4, 28:17, 38:18, 70:14, 78:17, 81:21, 87:19, 87:23, 105:8, 114:13, 115:25
**digital** [1] - 74:8
**DIRECT** [1] - 4:5
**direct** [1] - 110:16
**directly** [4] - 41:21, 64:15, 66:20, 91:5
**director** [10] - 8:2, 8:7, 8:12, 12:23, 23:13, 77:3, 77:6, 77:12, 77:13, 77:15
**dirty** [1] - 46:2
**disability** [5] - 20:21, 21:14, 41:11, 105:20, 110:18
**disaster** [1] - 45:21
**disbelieve** [1] - 50:24
**disc** [1] - 76:4
**discount** [2] - 14:4, 14:11
**discovery** [1] - 24:23
**discrepancy** [1] - 69:6
**discs** [1] - 71:19
**discuss** [2] - 110:15, 110:21
**discussed** [4] - 55:6, 62:17, 73:16, 94:13
**disease** [1] - 43:21
**diseases** [1] - 7:5

**disorder** [1] - 86:22
**distinction** [1] - 115:11
**DISTRICT** [2] - 1:1, 1:1
**diversified** [2] - 18:16, 19:12
**DIVISION** [1] - 1:2
**Doctor** [4] - 13:12, 43:12, 43:18, 45:5
**doctor** [21] - 4:7, 6:15, 6:20, 16:20, 17:16, 17:20, 20:15, 21:7, 21:20, 21:22, 22:5, 22:7, 35:7, 56:13, 71:25, 73:6, 73:22, 75:8, 107:18, 110:6, 116:11
**doctor-patient** [5] - 17:20, 20:15, 21:20, 22:5, 22:7
**doctors** [6] - 25:9, 78:17, 87:14, 90:20, 90:21, 111:1
**document** [6] - 6:1, 48:8, 74:4, 78:24, 81:20, 81:21
**documentation** [3] - 66:2, 67:21, 69:13
**documented** [4] - 25:15, 28:14, 73:10, 93:7
**dog** [1] - 47:5
**dollar** [2] - 85:10, 85:20
**dollars** [3] - 4:24, 64:15, 66:16
**done** [11] - 8:22, 12:3, 23:10, 23:20, 69:6, 75:10, 78:5, 78:12, 81:10, 103:11, 116:15
**doodle** [2] - 115:19
**down** [9] - 16:24, 42:6, 43:14, 46:14, 49:21, 51:21, 57:19, 105:7, 106:13
**Dr** [34] - 3:5, 3:6, 3:10, 9:5, 9:8, 9:12, 19:3, 25:14, 30:12, 30:18, 38:6, 39:16, 40:2, 50:25, 51:2, 51:12, 56:16, 60:25, 64:16, 64:22, 65:11, 66:6, 66:21, 66:25, 67:2, 69:11, 73:9, 73:13, 92:14, 93:5, 94:5, 94:18, 113:1, 120:11
**Dramatic** [1] - 99:9
**drop** [2] - 68:17, 68:24
**dropped** [1] - 17:2

**drops** [1] - 45:11
**Dror** [1] - 9:8
**drugs** [1] - 45:18
**DSM** [1] - 109:16
**DSM-V** [1] - 109:16
**duly** [2] - 4:3, 117:9
**duration** [8] - 27:16, 28:23, 37:23, 40:21, 43:10, 48:4, 80:5, 114:23
**during** [1] - 49:10
**During** [1] - 97:14

**E**

**earliest** [1] - 120:16
**early** [2] - 63:16, 89:18
**easier** [1] - 101:4
**easy** [2] - 20:3, 80:3
**eating** [2] - 45:12, 50:2
**effective** [1] - 102:15
**Effects** [1] - 97:12
**effects** [2] - 21:13, 32:6
**effort** [2] - 64:7, 66:12
**eight** [3] - 55:1, 58:9, 59:14
**Elavil** [2] - 87:1, 110:3
**elbows** [1] - 58:16
**Element** [1] - 97:15
**eliminated** [1] - 108:23
**Elkins** [7] - 3:4, 4:11, 5:9, 11:16, 16:23, 82:5, 82:9
**embolus** [2] - 89:16, 100:24
**emotional** [1] - 43:23
**employed** [1] - 70:16
**employee** [2] - 118:8, 118:9
**employment** [2] - 58:3, 60:6
**end** [5] - 47:19, 90:9, 90:14, 95:12, 101:7
**environment** [2] - 58:2, 58:3
**Epidemic** [1] - 99:12
**equals** [1] - 31:9
**ER** [1] - 106:22
**eriksen** [2] - 2:5, 120:5
**ERIKSEN** [20] - 2:3, 12:17, 14:15, 14:24, 38:15, 72:4, 75:13, 78:21, 83:2, 84:13, 86:2, 94:4, 95:18, 96:10, 97:8, 98:21,

107:12, 114:10,
116:22, 120:6
**Eriksen** [24] - 2:16,
11:5, 11:20, 13:3,
14:3, 14:12, 14:14,
20:17, 40:14, 40:16,
47:1, 54:2, 74:15,
74:16, 74:17, 74:23,
75:1, 75:7, 85:13,
85:19, 93:6, 93:13,
111:24, 113:9
**Eriksen's** [6] - 5:2,
6:4, 11:13, 12:2,
25:2, 25:6
**ERRATA** [1] - 121:1
**errata** [1] - 119:10
**error** [1] - 107:23
**especially** [2] - 21:11,
50:24
**Esquire** [3] - 2:5, 2:9,
120:5
**essentially** [1] -
100:16
**established** [3] -
109:11, 110:16,
112:12
**evaluating** [1] -
110:18
**evaluation** [12] - 11:1,
11:14, 15:20, 16:2,
16:5, 43:4, 54:25,
66:6, 67:18, 69:2,
69:22
**evidence** [2] - 100:1,
102:14
**exacerbate** [1] - 31:21
**exacerbates** [2] -
31:20, 49:1
**exacerbations** [1] -
32:1
**exact** [2] - 6:1, 92:10
**exactly** [6] - 73:16,
73:23, 80:25, 81:4,
92:1, 108:1
**exam** [3] - 50:18,
103:17, 110:17
**EXAMINATION** [4] -
4:5, 75:12, 107:14,
114:9
**examination** [4] -
13:18, 29:7, 57:24,
120:12
**examine** [1] - 51:17
**examined** [1] - 4:4
**example** [1] - 13:17
**except** [1] - 121:5
**excuse** [1] - 84:8
**exhausted** [1] - 75:8
**exhibit** [5] - 11:7,
15:22, 15:24, 48:15,

96:13
**Exhibit** [48] - 5:4, 5:5,
5:12, 5:13, 5:21, 6:9,
6:10, 11:8, 13:8,
13:9, 13:12, 15:2,
15:24, 48:17, 75:5,
78:19, 78:23, 81:12,
81:15, 81:16, 81:21,
82:17, 82:25, 83:4,
84:11, 84:15, 85:23,
85:24, 85:25, 86:3,
93:4, 93:19, 93:23,
93:25, 94:2, 95:16,
95:20, 96:8, 96:14,
96:16, 97:6, 97:10,
99:7, 99:18, 102:3,
102:7, 105:5
**Exhibits** [2] - 92:3,
98:19
**EXHIBITS** [1] - 2:20
**expect** [1] - 95:3
**expectancy** [6] -
20:25, 21:1, 21:2,
21:3, 70:8, 70:11
**experience** [11] -
18:13, 20:18, 22:15,
25:22, 31:12, 52:13,
75:17, 76:15, 81:7,
104:25, 110:3
**experiencing** [1] -
56:20
**expert** [5] - 16:21,
17:15, 17:17, 17:19,
21:23
**expertise** [1] - 42:25
**Expires** [1] - 117:18
**expires** [1] - 119:19
**explain** [5] - 6:18,
17:25, 45:7, 62:8,
103:7
**Explained** [1] - 99:11
**explained** [2] - 75:15,
106:2
**explanation** [1] - 17:3
**express** [1] - 94:8
**expressed** [1] - 105:3
**extension** [2] - 57:23,
103:16
**extraneous** [3] -
27:11, 41:9, 78:12
**extremely** [1] - 83:21
**extremities** [1] - 7:24
**extremity** [3] - 7:23,
9:7, 19:8
**eyeballs** [1] - 27:22

## F

**face** [2] - 20:1

**facet** [1] - 40:4
**facility** [1] - 8:13
**fact** [16] - 26:21, 31:9,
32:2, 32:3, 32:4,
32:5, 32:11, 32:24,
40:9, 42:11, 50:24,
51:23, 65:15, 104:20
**factors** [1] - 102:24
**facts** [8] - 31:8, 32:14,
32:17, 32:24, 33:1,
33:2, 37:12, 37:19
**fail** [2] - 105:24,
105:25
**Failure** [1] - 99:21
**failure** [1] - 100:8
**fall** [11] - 28:4, 33:6,
43:14, 49:24, 50:9,
53:4, 53:6, 76:10,
76:23, 76:24, 106:13
**falling** [1] - 42:9,
53:12, 76:6
**falls** [4] - 27:5, 52:11,
53:2, 68:6
**family** [3] - 12:25,
90:21, 110:6
**far** [3] - 30:4, 30:9,
50:17
**fascial** [1] - 22:17
**fashion** [2] - 103:12,
107:2
**fast** [1] - 54:16
**faster** [2] - 52:21, 74:9
**fat** [1] - 22:16
**father** [2] - 12:23, 13:2
**faxed** [1] - 73:17
**fear** [1] - 103:2
**February** [6] - 26:7,
26:8, 84:8, 84:9,
86:9, 86:10
**fed** [2] - 70:9
**federal** [3] - 103:6,
103:14, 104:17
**fee** [11] - 4:16, 13:5,
13:13, 13:16, 15:9,
15:10, 16:15, 25:16,
26:11, 67:3, 67:6
**Fee** [1] - 3:6
**fees** [2] - 14:2, 14:3
**Feldman** [1] - 9:12
**fell** [2] - 36:19, 42:7
**fellows** [1] - 19:8
**fellowship** [1] - 9:6
**felt** [1] - 83:16
**femoral** [3] - 18:23,
45:19
**femur** [2] - 106:14,
113:13
**few** [2] - 79:25, 107:15
**figured** [1] - 83:15
**file** [4] - 5:17, 11:6,

75:5, 120:19
**File** [2] - 3:4, 3:11
**filed** [1] - 1:21
**films** [2] - 71:14, 88:12
**filter** [1] - 45:9
**filtering** [1] - 45:9
**Final** [1] - 3:5
**final** [5] - 5:24, 6:3,
81:17, 82:3, 103:4
**financially** [1] - 118:10
**findings** [2] - 50:18,
60:7
**finish** [1] - 115:10
**Finite** [1] - 97:15
**FIRM** [2] - 2:3, 120:6
**first** [20] - 4:3, 13:3,
23:12, 23:14, 25:18,
29:4, 31:1, 31:10,
33:10, 39:15, 51:18,
55:4, 64:11, 87:17,
91:12, 100:20,
110:14, 110:16,
116:8, 116:10
**five** [9] - 8:19, 11:25,
32:14, 51:5, 61:9,
67:9, 67:10, 68:1,
109:8
**fixed** [1] - 20:10
**Flagler** [1] - 120:1
**floor** [3] - 58:22,
61:22, 62:2
**FLORIDA** [4] - 1:1,
117:3, 118:2, 119:2
**Florida** [19] - 1:13,
1:20, 2:5, 2:8, 8:15,
8:21, 10:2, 10:19,
10:21, 22:3, 46:10,
57:1, 77:23, 104:6,
104:12, 117:17,
119:19, 120:2, 120:8
**fly** [1] - 79:17
**fly-by-night** [1] - 79:17
**flyer** [1] - 12:15
**folder** [1] - 5:16
**follow** [9] - 20:13,
31:2, 65:25, 66:7,
78:1, 92:1, 92:5,
107:15
**follow-up** [4] - 20:13,
65:25, 66:7, 107:15
**followed** [1] - 65:5
**follows** [1] - 4:4
**football** [1] - 42:12
**force** [1] - 61:1
**foregoing** [2] - 118:6,
119:7
**forensic** [13] - 13:15,
16:17, 17:2, 17:7,
17:9, 17:13, 17:14,
18:8, 18:13, 92:9,

104:4, 104:19
**form** [3] - 38:15, 72:5,
74:4
**formula** [1] - 31:9
**Fort** [1] - 12:25
**forth** [2] - 92:2, 119:10
**forward** [1] - 40:19
**foundation** [2] -
21:15, 32:23
**four** [7] - 7:19, 10:12,
10:14, 23:9, 66:15,
76:18, 88:4
**fracture** [1] - 107:9
**fractured** [1] - 53:12
**fractures** [2] - 23:11,
52:25
**fragment** [1] - 107:9
**fraud** [4] - 17:24, 18:4,
40:16, 40:17
**fraught** [1] - 101:5
**free** [3] - 47:12, 85:13,
85:18
**frequency** [9] - 25:20,
27:15, 28:23, 37:23,
40:21, 43:10, 48:3,
80:5, 114:23
**frequent** [2] - 12:14,
100:3
**frequently** [4] - 58:25,
60:17, 105:11,
105:14
**front** [3] - 13:23, 22:3,
110:9
**frontal** [2] - 43:23
**full** [2] - 6:16, 49:20
**full-time** [1] - 49:20
**Fully** [1] - 99:11
**fumbling** [1] - 93:14
**function** [6] - 44:5,
49:3, 103:19,
103:20, 103:21,
103:24
**functional** [14] - 14:6,
57:14, 60:13, 62:17,
62:23, 103:5, 103:7,
103:25, 104:2,
104:5, 104:16,
104:22, 105:3, 105:4
**functioning** [2] - 7:7,
47:11
**furnish** [1] - 6:4
**furnished** [3] - 25:2,
25:5, 54:11
**FURTHER** [1] - 118:8
**fusion** [1] - 76:2
**future** [10] - 20:23,
21:6, 25:20, 41:12,
83:18, 83:19, 92:21,
94:10, 95:24, 113:21

# G

**gainful** [2] - 58:3, 60:6
**gainfully** [1] - 70:16
**Gait** [1] - 97:15
**Galarza** [11] - 19:16, 20:14, 23:25, 51:19, 60:8, 70:23, 97:20, 107:19, 110:13, 112:23, 120:10
**GALARZA** [1] - 1:5
**Galarza's** [3] - 92:14, 94:10, 94:25
**gamut** [1] - 9:18
**garbage** [1] - 37:18
**General** [1] - 83:10
**general** [8] - 7:8, 39:1, 52:21, 53:1, 53:7, 87:14, 90:19
**generally** [4] - 68:10, 81:3, 96:22, 99:7
**generate** [1] - 4:23
**generated** [2] - 4:23, 24:8
**generator** [1] - 113:11
**geographic** [1] - 26:10
**geriatric** [2] - 7:13, 9:16
**girl** [1] - 22:1
**given** [3] - 55:6, 76:16, 78:2
**glad** [1] - 82:16
**global** [3] - 25:16, 67:3, 67:6
**goal** [1] - 7:5
**God** [2] - 29:4, 109:9
**gold** [6] - 27:20, 29:18, 29:20, 30:4, 78:13, 80:11
**golf** [3] - 20:3, 20:5, 44:23
**Google** [1] - 55:22
**government** [1] - 57:18, 103:14, 104:17, 104:18
**gracefully** [1] - 50:16
**graduate** [1] - 10:8
**graduated** [2] - 10:13, 10:15
**grafts** [1] - 22:16
**great** [2] - 45:9, 112:18
**greater** [18] - 17:21, 27:25, 29:2, 29:10, 32:18, 32:20, 33:8, 38:1, 43:19, 46:7, 60:4, 64:1, 83:24, 98:15, 101:18, 108:6, 108:12, 114:6

**greatly** [1] - 76:6
**gross** [1] - 18:7
**ground** [2] - 42:9, 42:11
**grounds** [1] - 8:6
**group** [1] - 84:4
**Growth** [1] - 99:11
**guarantee** [1] - 34:4
**guess** [4] - 19:25, 26:17, 47:1, 54:10
**gun** [2] - 8:5, 61:18
**guy** [4] - 29:21, 31:3, 47:20, 72:22

# H

**half** [4] - 17:14, 17:16, 20:1, 45:15
**hand** [12] - 78:22, 81:1, 83:3, 84:9, 84:14, 95:19, 96:11, 97:9, 98:22, 99:6, 99:17, 117:10
**handle** [3] - 29:22, 87:6, 88:25
**handling** [1] - 75:17
**hands** [1] - 85:15
**happy** [2] - 48:3, 90:13
**hard** [1] - 71:1
**hardware** [1] - 67:4
**Harvard** [1] - 10:4
**head** [2] - 45:19, 61:19
**heads** [1] - 45:19
**Health** [2] - 79:15, 79:16
**hear** [1] - 106:21
**heard** [2] - 22:10, 84:2
**heart** [1] - 103:22
**heights** [2] - 58:14, 58:19
**help** [2] - 107:4, 110:3
**helps** [2] - 31:23, 104:1
**hereby** [3] - 118:4, 119:6, 121:3
**hereto** [1] - 119:10
**heroin** [2] - 46:1, 46:2
**high** [2] - 31:15, 48:22
**highest** [1] - 7:7
**highlighted** [1] - 102:8
**Highly** [1] - 102:10
**hind** [1] - 18:22
**hip** [7] - 7:3, 23:10, 44:23, 52:25, 53:12, 75:23, 76:1
**hips** [3] - 23:16, 30:1, 40:4
**hire** [1] - 111:11
**hired** [2] - 11:5, 17:25

**history** [5] - 19:21, 29:7, 41:15, 43:9, 55:5
**hit** [4] - 20:2, 20:5, 42:10, 42:11
**hits** [1] - 53:10
**Hoffman** [1] - 25:14
**hold** [13] - 22:21, 22:23, 36:4, 36:5, 36:7, 36:10, 36:12, 46:12, 48:5, 49:7, 51:5, 109:6, 109:8
**hole** [1] - 56:6
**homan** [5] - 73:9, 92:14, 93:5, 94:18, 113:1
**Homan** [15] - 25:15, 30:18, 51:2, 51:12, 56:16, 64:16, 64:22, 65:11, 66:5, 66:21, 66:25, 67:2, 69:11, 72:17, 73:13
**Homan's** [3] - 3:10, 63:25, 94:5
**home** [4] - 28:19, 50:1, 51:25, 70:15
**honestly** [1] - 82:2
**hope** [2] - 67:10, 68:17
**hopefully** [1] - 93:8
**hoping** [1] - 114:18
**HORR** [1] - 2:7
**hospital** [14] - 8:3, 8:9, 12:22, 17:6, 57:19, 67:4, 69:25, 75:9, 77:11, 77:15, 77:17, 77:19, 86:19, 88:19
**Hospital** [3] - 8:6, 19:6, 83:11
**hour** [6] - 13:18, 15:15, 19:19, 19:20, 19:21, 19:25
**hours** [8] - 15:14, 20:4, 22:20, 45:15, 58:9, 59:14, 89:6, 101:12
**housed** [1] - 108:24
**Howard** [1] - 6:17
**humeral** [1] - 45:19
**hundred** [2] - 20:4, 66:15
**hurry** [1] - 85:15
**hurt** [1] - 61:20
**hurts** [1] - 43:18
**husband** [1] - 42:8
**HXLPE** [2] - 102:14, 102:19

# I

**idea** [5] - 56:6, 74:16, 111:2, 112:25, 113:3
**identification** [14] - 5:6, 5:14, 5:22, 6:11, 13:10, 78:20, 83:1, 84:12, 86:1, 94:3, 95:17, 96:9, 97:7, 98:20
**identified** [1] - 90:24
**identify** [3] - 70:25, 78:23, 99:18
**illness** [2] - 43:9, 55:5
**IM** [1] - 106:21
**imaging** [1] - 71:14
**Imaging** [1] - 83:8
**IME** [3] - 13:18, 22:1, 32:21
**immediate** [1] - 80:6
**immediately** [1] - 73:15
**immunosuppressant** [1] - 45:18
**impairment** [6] - 20:19, 21:14, 41:11, 46:23, 46:25, 105:20
**important** [12] - 9:10, 43:4, 43:8, 44:1, 44:15, 45:4, 48:18, 60:24, 71:20, 84:16, 112:16
**impossible** [1] - 44:18
**impressions** [1] - 41:19
**improved** [2] - 100:2, 102:4
**IN** [1] - 120:10
**inappropriate** [2] - 110:19, 110:21
**incident** [1] - 27:15, 27:17, 37:21, 37:22, 40:12, 40:22, 41:12, 78:2, 80:4, 83:16, 91:1, 91:6, 114:12, 114:25, 115:5, 115:8, 115:21, 115:22
**included** [3] - 15:21, 77:9, 111:25
**includes** [6] - 59:8, 64:19, 64:21, 67:4, 67:7, 103:10
**income** [2] - 18:6, 18:7, 18:11, 18:12
**inconsistent** [1] - 100:19
**Increase** [1] - 99:9
**increase** [2] - 32:7,

**101:15
increased** [19] - 14:5, 31:19, 48:25, 49:4, 53:11, 53:12, 63:13, 63:15, 63:23, 83:25, 97:21, 98:6, 100:12, 101:19, 101:24, 108:3, 108:7, 108:12, 114:5
**increases** [3] - 21:14, 49:3, 50:22
**independent** [1] - 64:25
**indicate** [2] - 71:25, 101:9
**indicated** [1] - 73:2, 75:14, 92:13
**Indies** [1] - 10:7
**individual** [1] - 95:9
**individuals** [1] - 75:18
**induced** [8] - 33:15, 33:25, 37:1, 83:7, 95:13, 95:15, 115:23, 116:2
**induction** [1] - 20:8
**industry** [2] - 104:7, 104:18
**infected** [4] - 98:7, 98:14, 100:14, 100:23
**infection** [4] - 100:7, 100:25, 102:24, 103:1
**influence** [1] - 84:19
**information** [1] - 92:19
**infrequently** [2] - 105:10, 105:13
**inhibitor** [4] - 56:1, 56:3, 56:8, 56:9
**initial** [4] - 66:6, 67:17, 101:3, 101:25
**injections** [10] - 35:22, 37:15, 40:23, 46:14, 47:8, 64:3, 65:18, 66:9, 66:15, 66:16
**injuries** [4] - 34:24, 35:14, 57:11, 75:18
**injury** [14] - 6:25, 7:1, 8:14, 8:15, 86:20, 86:21, 87:7, 89:12, 89:13, 91:2, 95:9, 101:25, 105:17, 116:2
**innervated** [1] - 106:24
**inpatient** [13] - 7:9, 7:10, 8:1, 8:2, 9:14, 17:4, 23:12, 66:23, 77:6, 77:14, 89:6,

89:9, 89:11
**inserts** [1] - 102:20
**inside** [5] - 11:8, 72:23, 78:17, 80:10, 92:17
**instability** [1] - 100:6
**instead** [2] - 14:7, 14:8
**Institute** [2] - 8:15, 19:6
**instructions** [1] - 22:23
**instruments** [1] - 22:22
**insurance** [1] - 90:8
**intelligence** [1] - 51:17
**intensity** [8] - 27:16, 28:23, 37:23, 40:22, 43:11, 48:4, 80:5, 114:23
**intensive** [1] - 8:9
**intensivist** [2] - 87:25, 88:1
**intent** [2] - 21:7, 21:18
**interest** [2] - 7:22, 7:25
**interested** [2] - 11:19, 118:10
**intermittent** [1] - 32:1
**internal** [1] - 87:25
**internist** [1] - 110:6
**internists** [1] - 90:19
**interrupt** [1] - 66:24
**interrupted** [1] - 86:25
**intervention** [1] - 106:17
**intolerant** [2] - 21:17, 32:9
**intraoperative** [2] - 29:21, 30:9
**invoice** [1] - 15:2
**involved** [3] - 22:12, 40:16, 86:15
**irrelevant** [7] - 37:6, 38:8, 40:5, 41:5, 51:23, 114:17, 114:21
**irritate** [1] - 107:1
**irritation** [2] - 106:9, 107:10
**issue** [2] - 102:6, 113:23
**itself** [1] - 40:12

### J

**Jack** [3] - 20:2, 44:22
**Jackson** [1] - 8:6

**JBJS** [1] - 99:24
**JEANNIE** [1] - 120:1
**Jerry** [2] - 50:1, 52:1
**job** [5] - 44:17, 58:10, 60:25, 61:1, 104:14
**Joint** [6] - 96:1, 96:21, 97:14, 99:13, 99:21, 99:25
**joint** [50] - 23:17, 23:19, 25:17, 28:6, 36:14, 37:6, 37:8, 40:24, 42:13, 44:15, 44:16, 44:17, 44:19, 44:20, 44:22, 44:24, 45:20, 47:9, 50:5, 50:6, 51:4, 51:9, 52:9, 53:25, 64:2, 65:5, 65:19, 66:14, 68:19, 72:12, 72:19, 72:21, 83:23, 95:6, 95:10, 95:11, 95:15, 95:22, 95:24, 98:16, 99:15, 101:3, 101:22, 103:3, 108:4, 112:2, 113:12, 113:17, 114:3, 115:4
**joints** [1] - 40:5
**joke** [2] - 14:19, 14:20
**journal** [16] - 28:14, 53:5, 79:10, 81:1, 81:8, 82:21, 84:4, 84:17, 84:21, 85:4, 92:3, 95:20, 96:6, 96:17, 97:11, 99:19
**Journal** [6] - 96:3, 96:21, 97:16, 99:13, 99:20, 99:24
**journals** [1] - 81:3
**Juan** [2] - 4:8, 4:10
**juan** [1] - 2:9
**Judge** [1] - 111:9
**judge** [1] - 103:6
**July** [2] - 8:24, 120:9
**jump** [1] - 61:19
**jumping** [1] - 58:20
**June** [5] - 1:14, 10:15, 117:11, 118:11, 120:13
**junkie** [1] - 46:4
**Jupiter** [1] - 9:4
**JURAT** [1] - 119:1
**jury** [1] - 77:1
**justification** [2] - 47:7, 70:19

### K

**keep** [1] - 76:8

**key** [1] - 49:2
**kicker** [1] - 70:2
**kid** [1] - 12:23
**kidding** [1] - 85:12
**kidneys** [3] - 36:1, 45:8, 45:14
**kind** [2] - 5:1, 76:14
**kisses** [1] - 87:5
**knee** [117] - 7:3, 20:8, 23:6, 23:7, 23:10, 27:5, 27:6, 27:17, 27:19, 27:21, 28:2, 28:21, 29:11, 30:3, 31:12, 31:14, 31:16, 31:18, 31:23, 32:14, 32:16, 32:22, 33:3, 33:5, 33:16, 34:5, 34:6, 34:8, 35:7, 35:20, 36:3, 36:8, 37:22, 37:24, 38:3, 40:13, 40:22, 40:24, 41:2, 42:8, 42:11, 42:13, 43:6, 46:14, 46:16, 48:22, 48:23, 49:5, 50:22, 52:8, 52:10, 52:20, 53:3, 53:4, 53:8, 53:9, 53:10, 53:24, 57:5, 59:4, 59:16, 59:18, 59:20, 59:24, 60:1, 60:3, 61:20, 63:11, 63:19, 64:4, 64:21, 66:12, 66:15, 66:19, 67:17, 68:2, 68:14, 68:16, 70:17, 70:19, 72:1, 72:2, 73:2, 75:22, 76:17, 78:17, 80:5, 80:7, 80:10, 80:23, 91:19, 91:22, 92:12, 92:17, 92:21, 92:24, 94:9, 94:25, 96:25, 97:20, 97:25, 98:2, 98:4, 99:1, 100:15, 102:4, 105:21, 105:22, 105:24, 107:20, 109:1, 115:2, 115:7, 115:20
**Knee** [6] - 83:9, 96:2, 97:14, 99:10, 99:21, 102:10
**kneecap** [1] - 39:10
**kneel** [1] - 61:9
**kneeling** [4] - 58:14, 58:18, 61:12, 61:14
**knees** [12] - 23:16, 28:16, 30:1, 34:5, 37:15, 37:16, 37:20, 40:4, 114:14, 114:15, 114:24

**knife** [1] - 8:5
**knock** [5] - 34:6, 35:25, 36:1, 45:14, 45:18
**knowing** [2] - 43:1, 108:16
**knowledge** [10] - 20:17, 25:21, 52:12, 81:6, 87:4, 88:7, 88:15, 88:17, 88:24, 104:24
**known** [6] - 8:4, 8:15, 12:20, 42:1, 46:11, 113:19
**knows** [2] - 74:15, 75:1

### L

**lack** [1] - 95:3
**lady** [6] - 21:6, 37:13, 57:2, 57:3, 72:18
**lady's** [2] - 20:21, 50:14
**laid** [1] - 32:24
**Lake** [1] - 10:1
**Lakes** [2] - 2:4, 120:7
**Lamoreaux** [4] - 30:20, 30:23, 38:6, 39:16
**Lamoreaux's** [1] - 30:12
**languages** [1] - 19:4
**Large** [2] - 1:20, 119:19
**largest** [1] - 106:14
**Larmoyeux** [1] - 30:22
**last** [18] - 11:25, 19:1, 26:24, 28:2, 56:13, 70:3, 72:11, 72:22, 73:12, 77:20, 92:16, 94:13, 98:22, 98:23, 102:2, 102:17, 103:4
**lasts** [1] - 43:19
**lately** [1] - 18:3
**Lateral** [1] - 97:13
**lateral** [9] - 20:9, 33:15, 33:21, 33:22, 33:24, 35:15, 57:8, 64:20, 80:24
**Lauderdale** [1] - 12:25
**law** [4] - 62:21, 67:19, 82:8, 103:7
**LAW** [2] - 2:3, 120:6
**lawyer** [5] - 30:21, 111:12, 111:17, 111:18, 111:19
**lawyers** [1] - 82:2
**lay** [1] - 85:14

**layman's** [1] - 103:5
**lead** [7] - 23:1, 32:14, 34:12, 49:11, 95:12, 106:2, 116:8
**lead-up** [1] - 116:8
**leading** [1] - 100:8
**leads** [4] - 27:25, 32:18, 36:25, 97:2
**learn** [1] - 106:12
**least** [6] - 38:2, 48:6, 90:25, 101:16, 108:9, 109:8
**leave** [4] - 48:18, 69:3, 82:7, 82:8
**lectures** [1] - 19:4
**left** [2] - 24:7, 69:6
**leg** [3] - 18:21, 22:22, 69:6
**legal** [3] - 21:4, 28:25, 64:1
**less** [11] - 17:7, 17:22, 18:10, 21:16, 32:9, 53:15, 56:5, 98:12, 105:10, 105:11
**Less** [1] - 99:23
**letter** [5] - 73:11, 73:13, 74:5, 92:23, 93:9
**level** [11] - 7:7, 8:3, 49:4, 50:23, 58:23, 77:4, 77:21, 89:11, 95:14, 105:15, 105:17
**liar** [3] - 50:14, 50:15, 50:19
**license** [1] - 22:6
**licensed** [1] - 10:21
**LICHTBLAU** [8] - 1:12, 1:17, 4:2, 117:8, 118:5, 119:14, 121:3, 121:21
**Lichtblau** [10] - 2:13, 3:5, 3:6, 6:17, 9:14, 40:2, 60:25, 104:21, 120:5, 120:11
**life** [14] - 20:24, 20:25, 21:2, 21:3, 32:13, 34:6, 52:2, 64:12, 70:8, 70:11, 70:16, 84:3, 101:23, 109:2
**lifestyle** [2] - 32:12, 49:12
**lift** [4] - 58:21, 61:22, 62:4, 104:9
**lifted** [1] - 105:23
**lifting** [5] - 58:24, 59:9, 103:10, 105:9, 105:11
**ligamenture** [1] - 106:21

**light** [6] - 58:22, 105:8, 105:9, 105:15, 105:16, 116:16
**likelihood** [1] - 102:5
**likely** [3] - 33:7, 36:14, 72:13
**likewise** [1] - 96:5
**limit** [1] - 89:8
**limited** [3] - 59:9, 90:7, 102:14
**LINE** [10] - 121:8, 121:9, 121:10, 121:11, 121:12, 121:13, 121:14, 121:15, 121:16, 121:17
**line** [7] - 24:7, 50:8, 87:18, 102:8, 105:2, 110:10, 114:18
**Lines** [1] - 50:10
**LINES** [1] - 1:8
**linked** [1] - 36:18
**list** [11] - 3:4, 4:12, 5:9, 5:10, 11:16, 11:17, 11:22, 16:23, 69:12, 82:6
**listed** [3] - 12:8, 14:2, 72:9
**listened** [1] - 111:14
**literature** [7] - 26:23, 26:25, 29:9, 52:13, 52:14, 74:21, 105:1
**litigation** [1] - 16:22
**live** [5] - 28:12, 28:24, 45:1, 47:15, 66:4
**liver** [1] - 36:1
**lives** [4] - 26:11, 66:7, 67:23, 69:17
**living** [6] - 6:19, 7:12, 28:18, 49:15, 49:22, 89:7
**lobe** [3] - 43:16, 43:23
**local** [1] - 12:23
**located** [1] - 77:22
**location** [1] - 26:10
**locking** [1] - 53:9
**locks** [3] - 31:17, 48:23, 53:3
**long-term** [1] - 8:13
**Long-Term** [1] - 95:25
**look** [15] - 4:13, 11:6, 12:7, 20:3, 27:21, 28:13, 32:17, 44:22, 73:4, 75:4, 92:16, 102:7, 102:16, 107:25, 111:22
**looked** [4] - 30:17, 50:13, 72:23, 94:17
**looking** [7] - 11:7,

25:16, 36:9, 36:13, 45:14, 103:22, 109:7
**looks** [8] - 15:5, 15:25, 29:22, 30:2, 30:3, 30:7, 54:25, 80:10
**loop** [1] - 65:22
**loose** [5] - 52:17, 98:13, 100:14, 107:8
**loosen** [1] - 113:17
**loosening** [5] - 100:6, 102:24, 103:1, 106:8, 107:1
**losing** [1] - 49:2
**loss** [5] - 20:20, 59:22, 59:23, 59:24, 61:2
**lost** [1] - 111:6
**Louis** [2] - 41:25, 76:19
**low** [2] - 45:24, 86:19
**lower** [1] - 70:1
**lowest** [1] - 69:18
**luck** [1] - 85:19
**lucky** [2] - 48:6, 51:6
**lumbar** [1] - 76:2
**lung** [1] - 61:18
**lunging** [3] - 61:13, 61:16, 61:17
**lungs** [1] - 103:22
**lying** [3] - 17:24, 18:1, 19:13

**M**

**M.D** [10] - 1:12, 1:17, 2:13, 4:2, 117:8, 118:5, 119:14, 120:5, 121:3, 121:21
**magnetic** [1] - 83:8
**main** [1] - 41:10
**maintains** [1] - 59:12
**major** [4] - 53:21, 87:6, 88:20, 115:2
**majority** [1] - 17:23
**malalignment** [1] - 100:6
**malpractice** [1] - 111:19
**manage** [1] - 65:18
**managing** [1] - 66:8
**manila** [1] - 5:16
**March** [5] - 24:1, 24:18, 51:13, 56:11, 56:14
**mark** [14] - 4:15, 5:4, 5:12, 5:20, 6:8, 13:8, 81:11, 81:14, 84:14, 85:23, 85:24, 93:19, 97:10, 98:24
**marked** [21] - 5:6,

5:14, 5:22, 6:11, 13:10, 78:20, 78:22, 83:1, 84:12, 86:1, 92:3, 93:23, 94:3, 95:17, 95:20, 96:9, 97:7, 98:20, 99:7, 99:17, 102:3
**market** [1] - 61:1
**marking** [1] - 22:17
**Mart** [1] - 49:24
**Mary's** [4] - 8:4, 8:5, 19:6, 77:24
**Massachusetts** [2] - 83:10, 83:11
**material** [1] - 53:24
**materials** [2] - 100:2, 102:4
**matter** [5] - 75:21, 83:20, 90:3, 105:21, 120:15
**max** [1] - 66:18
**Mde@travelawfirm. com** [1] - 120:6
**mean** [23] - 4:21, 12:21, 20:11, 21:21, 35:4, 37:12, 38:7, 49:13, 50:8, 51:3, 52:3, 52:13, 54:14, 59:21, 60:18, 64:12, 65:4, 68:18, 70:10, 72:20, 72:23, 78:16, 84:24
**meaning** [1] - 44:5
**means** [5] - 21:9, 39:22, 43:6, 71:7, 84:25
**Mechanics** [1] - 97:14
**mechanics** [1] - 69:4
**mechanisms** [1] - 100:8
**Mechanisms** [1] - 99:21
**medial** [1] - 33:22
**Medicaid** [1] - 8:22
**medical** [50] - 6:20, 8:1, 8:7, 8:12, 10:3, 10:24, 11:2, 12:23, 13:18, 14:6, 15:19, 15:20, 16:1, 16:4, 17:10, 17:12, 20:23, 21:6, 23:13, 24:3, 24:9, 25:5, 25:8, 25:20, 41:12, 41:15, 41:18, 57:14, 60:13, 62:23, 74:24, 77:3, 77:5, 77:12, 77:13, 77:15, 81:19, 81:20, 91:23, 100:3, 101:17, 103:25, 104:5, 104:16,

105:4, 110:10, 111:19, 116:16
**Medical** [6] - 8:4, 8:5, 8:19, 10:12, 76:19, 77:24
**medication** [6] - 56:11, 69:8, 87:18, 87:19, 90:1
**medications** [9] - 45:13, 47:9, 55:10, 65:18, 66:10, 68:9, 68:18, 68:25, 91:18
**Medicine** [12] - 22:4, 26:6, 27:8, 67:22, 69:22, 78:8, 79:12, 79:15, 79:16, 79:20, 84:6, 86:8
**medicine** [25] - 6:21, 7:15, 7:17, 9:19, 9:21, 18:14, 18:16, 19:12, 47:8, 57:23, 64:6, 65:17, 66:9, 74:16, 74:18, 74:21, 75:1, 76:21, 82:7, 87:22, 88:1, 88:4, 103:19, 109:21, 110:22
**medicines** [3] - 35:23, 35:25, 46:8
**Meenu** [1] - 111:10
**meet** [1] - 27:14
**meets** [4] - 27:13, 64:1, 80:13, 80:19
**member** [2] - 47:12, 50:4
**Memorial** [1] - 8:6
**meniscal** [12] - 27:25, 28:15, 39:11, 40:24, 50:12, 53:18, 53:24, 80:11, 91:2, 95:9, 96:23, 115:3
**meniscectomy** [5] - 50:14, 52:15, 52:16, 52:18, 95:10
**Meniscectomy** [2] - 96:19, 97:13
**menisci** [6] - 35:16, 40:25, 43:7, 71:8, 71:22, 95:4
**meniscus** [18] - 20:9, 29:23, 31:4, 32:7, 33:21, 33:22, 33:23, 33:24, 35:18, 38:12, 40:10, 57:9, 75:18, 80:24, 83:6, 112:9, 115:16, 115:23
**Meniscus** [1] - 97:13
**mentioned** [8] - 29:15, 46:19, 46:20, 47:21, 49:10, 85:2, 98:25,

99:8
**mere** [1] - 51:23
**messed** [1] - 82:1
**met** [1] - 66:18
**method** [3] - 57:17, 58:7, 104:24
**methodology** [14] - 26:14, 59:10, 78:1, 78:6, 79:2, 79:6, 79:7, 79:24, 82:23, 83:14, 84:3, 86:5, 92:2, 92:10
**MIAMI** [1] - 1:2
**Miami** [2] - 2:8, 120:2
**Michael** [3] - 2:5, 93:6, 120:5
**microdiscectomy** [1] - 76:2
**might** [11] - 33:12, 35:4, 36:6, 48:7, 69:4, 73:6, 87:1, 87:20, 94:15, 94:18
**Mike** [3] - 12:2, 12:16, 13:3
**mill** [1] - 46:11
**milligrams** [3] - 86:24, 106:20, 110:5
**million** [4] - 18:24, 19:2, 46:4, 99:15
**mills** [1] - 57:1
**mind** [2] - 64:9, 74:2
**minimal** [1] - 92:1
**minimum** [2] - 83:18, 83:19
**minute** [2] - 91:25, 115:6
**minutes** [4] - 19:25, 54:5, 60:8, 60:10
**miserable** [5] - 46:16, 47:23, 48:1, 67:12, 107:3
**misleading** [10] - 11:21, 11:25, 22:14, 22:25, 23:3, 24:5, 36:23, 54:15, 73:7, 88:22
**missed** [4] - 59:1, 59:5, 59:6, 59:21
**misses** [1] - 30:3
**missing** [1] - 59:25
**Missouri** [3] - 42:1, 76:20
**mistake** [2] - 63:11, 63:19
**mixed** [1] - 30:20
**model** [3] - 20:23, 52:3, 56:25
**moment** [1] - 59:13
**money** [1] - 90:6
**month** [3] - 10:17,

14:10, 68:12
**months** [2] - 23:9, 39:3
**Montserrat** [1] - 10:5
**moot** [3] - 35:13, 41:5, 114:21
**morbidity** [1] - 21:9
**morning** [1] - 19:2
**morphine** [2] - 46:1, 46:2
**most** [9] - 18:15, 62:20, 63:4, 63:24, 69:10, 107:22, 108:1, 111:8, 111:9
**motion** [6] - 31:19, 43:7, 48:25, 67:17, 111:10, 111:15
**motor** [1] - 103:23
**mouth** [1] - 70:9
**moved** [1] - 12:25
**movement** [1] - 58:15
**moving** [1] - 107:9
**MR** [34] - 4:6, 5:7, 5:15, 5:23, 6:12, 12:17, 12:19, 13:11, 14:15, 14:17, 14:24, 14:25, 38:15, 38:21, 54:23, 72:4, 72:6, 75:10, 75:13, 78:21, 83:2, 84:13, 86:2, 94:4, 95:18, 96:10, 97:8, 98:21, 107:12, 107:15, 107:17, 114:7, 114:10, 116:22
**MRI** [8] - 27:20, 29:15, 29:24, 30:10, 34:7, 40:23, 50:11, 80:12
**MRIs** [1] - 37:14
**MS** [1] - 7:5
**multiple** [4] - 7:1, 37:14, 89:13, 91:13
**murder** [2] - 106:20, 107:11
**murky** [1] - 23:23
**musculoskeletal** [1] - 7:3
**must** [1] - 25:19

## N

**name** [8] - 4:7, 6:16, 11:22, 12:2, 12:8, 25:14, 51:1, 111:16
**named** [1] - 30:21
**Naproxen** [1] - 56:8
**narcotic** [3] - 45:23, 46:8, 56:9
**narrative** [1] - 72:17

**narrowing** [6] - 95:6, 95:10, 95:12, 95:23, 95:24, 112:3
**Narrowing** [1] - 96:2
**nation** [1] - 80:21
**nationally** [1] - 7:19
**nature** [2] - 78:2, 95:23
**necessarily** [1] - 18:4
**necessary** [1] - 76:20
**necessity** [1] - 91:23
**neck** [2] - 7:4, 75:23
**need** [34] - 9:10, 9:11, 25:19, 29:11, 32:16, 32:22, 33:3, 37:5, 37:7, 37:11, 45:16, 45:20, 47:22, 51:8, 51:10, 64:20, 65:16, 72:19, 73:2, 98:16, 98:17, 100:12, 101:22, 108:10, 108:13, 108:16, 108:20, 109:1, 111:21, 114:1, 114:3, 114:4, 114:5, 115:4
**needed** [4] - 46:14, 65:11, 72:1, 101:10
**needing** [1] - 98:6
**needs** [11] - 27:18, 50:5, 51:4, 51:21, 65:5, 65:19, 67:11, 72:12, 107:20, 115:1
**negotiating** [1] - 51:24
**nervous** [2] - 106:17, 106:25
**neurologic** [1] - 7:4
**Neurologic** [1] - 8:16
**neurologically** [1] - 8:20
**neurologist** [1] - 88:1
**neuroradiologist** [1] - 30:2
**neurosurgeon** [3] - 87:24, 88:10, 88:11
**never** [17] - 18:18, 19:1, 27:4, 34:6, 35:6, 35:7, 40:23, 42:24, 50:25, 55:24, 73:20, 77:17, 77:18, 77:20, 80:4, 111:6
**new** [2] - 45:23, 98:11
**next** [2] - 31:3, 48:19
**Nicklaus** [3] - 20:2, 44:22
**night** [2] - 79:17, 101:13
**nine** [3] - 55:1, 111:5
**NO** [2] - 1:3, 120:10
**nobody** [2] - 49:25, 50:10

**nominally** [1] - 79:4
**none** [1] - 88:2
**nonprescription** [1] - 69:8
**nonpsychiatric** [1] - 90:18
**nonsteroidal** [5] - 55:14, 55:23, 56:2, 56:4, 56:7
**nonsurgical** [4] - 7:16, 9:17, 76:7, 76:8
**normal** [8] - 21:2, 70:10, 70:11, 112:5, 112:8, 115:13, 116:1
**normative** [4] - 57:21, 59:12, 103:12, 104:22
**North** [3] - 1:13, 10:1
**north** [1] - 8:3
**Northlake** [1] - 1:13
**Notary** [3] - 1:19, 117:17, 119:18
**note** [3] - 94:13, 94:19, 94:23
**noted** [1] - 121:6
**notes** [4] - 12:17, 74:3, 74:6, 118:7
**nothing** [20] - 16:17, 20:19, 23:23, 34:1, 34:23, 35:3, 35:14, 38:9, 39:7, 39:8, 40:1, 46:2, 57:11, 57:12, 67:19, 75:6, 75:11, 110:14, 114:7, 114:24
**notice** [2] - 73:12, 120:20
**Notice** [1] - 1:21
**noticed** [1] - 102:21
**NOVAK** [1] - 2:7
**November** [1] - 8:17
**nowhere** [1] - 107:19
**number** [22] - 4:24, 9:6, 11:24, 15:22, 19:8, 19:10, 20:19, 32:2, 32:3, 32:4, 32:5, 32:11, 32:24, 32:25, 44:4, 48:15, 71:3, 71:6
**numbers** [2] - 93:10, 93:11
**nursing** [2] - 28:19, 70:15
**nuts** [1] - 89:5
**nutshell** [1] - 29:13

## O

**OATH** [1] - 117:1

**oath** [10] - 19:14, 19:25, 32:19, 36:22, 87:3, 107:23, 108:8, 109:19, 114:5, 120:13
**Obamacare** [1] - 90:4
**Obesity** [1] - 99:12
**object** [2] - 38:15, 72:4
**obtain** [1] - 25:8
**obviously** [1] - 65:19
**occasion** [1] - 58:25
**occasional** [1] - 58:14
**occasionally** [1] - 30:3
**Occupational** [1] - 58:24
**October** [4] - 27:9, 36:18, 78:7, 79:13
**OF** [12] - 1:1, 1:17, 2:3, 2:6, 117:1, 117:3, 117:4, 118:1, 118:2, 118:3, 119:2, 119:3
**offending** [1] - 52:17
**offer** [1] - 100:1
**office** [17] - 5:2, 6:4, 7:11, 9:23, 10:17, 11:13, 15:3, 25:2, 25:6, 54:10, 68:5, 73:15, 84:18, 93:8, 94:13, 120:16
**official** [1] - 117:10
**often** [2] - 11:19, 89:24
**old** [10] - 28:18, 29:8, 34:4, 39:18, 39:23, 41:2, 41:4, 70:14, 100:21, 108:9
**older** [3] - 21:16, 21:17, 32:8
**ON** [2] - 2:3, 2:6
**once** [8] - 19:18, 31:5, 49:2, 54:3, 83:15, 93:15, 95:22, 106:23
**one** [58] - 8:3, 9:6, 13:6, 18:19, 18:24, 19:7, 19:8, 19:18, 19:19, 19:20, 19:21, 21:12, 29:4, 36:6, 36:11, 36:13, 38:3, 46:24, 48:7, 49:8, 62:22, 63:12, 63:20, 63:21, 64:2, 64:8, 64:9, 64:14, 70:23, 74:14, 77:4, 77:21, 80:8, 82:20, 83:5, 83:14, 84:8, 84:9, 85:22, 88:15, 88:24, 89:11, 91:1, 92:16, 93:9, 93:22, 101:15,

102:2, 103:4, 103:18, 106:10, 108:25, 109:10, 115:25, 116:2, 116:5
**one-word** [1] - 103:18
**ongoing** [3] - 38:14, 39:3, 57:10
**onset** [1] - 80:6
**open** [1] - 93:20
**opened** [3] - 8:25, 10:15, 17:4
**operated** [1] - 72:10
**operating** [4] - 17:10, 23:5, 23:18, 23:21
**operation** [1] - 100:17
**opinion** [26] - 21:15, 25:25, 26:2, 27:1, 27:3, 27:7, 31:7, 31:9, 32:23, 36:16, 38:1, 42:15, 59:3, 62:11, 62:24, 63:25, 65:4, 65:14, 65:15, 74:14, 74:15, 82:12, 91:21, 94:9, 105:4
**opinions** [15] - 28:17, 42:3, 59:7, 70:13, 72:11, 74:9, 74:11, 74:22, 81:5, 81:20, 82:4, 101:8, 104:20, 104:22
**opioid** [1] - 46:8
**opportunity** [2] - 30:11, 76:24
**opposed** [2] - 90:1, 115:16
**optimal** [1] - 76:9
**oral** [6] - 35:23, 35:25, 47:9, 55:6, 66:10, 88:18
**orally** [2] - 41:16, 55:6
**order** [2] - 88:4, 88:13
**ordinary** [1] - 89:23
**Oregon** [2] - 79:15, 79:17
**organization** [1] - 59:11
**organizations** [1] - 104:24
**organize** [1] - 83:17
**organized** [1] - 103:11
**original** [2] - 86:10, 120:19
**Orlando** [1] - 92:15
**Orthopaedics** [1] - 102:13
**Orthopedic** [1] - 97:17
**orthopedic** [20] - 7:2, 12:24, 18:18, 21:25, 23:9, 26:1, 32:21, 37:14, 64:12, 64:18,

65:6, 65:21, 80:9,
87:23, 88:9, 88:11,
89:14, 92:15, 104:8
**orthopedics** [1] -
23:15
**osteoarthritis** [9] -
39:13, 39:17, 39:18,
39:20, 39:22, 39:23,
40:3, 40:5, 41:1
**Osteoarthritis** [2] -
96:1, 96:3
**osteomyelitis** [2] -
89:17, 100:25
**otherwise** [2] - 76:5,
76:22
**ouch** [1] - 91:13
**ouches** [1] - 91:13
**outcome** [1] - 76:9
**Outcome** [1] - 95:25
**outpatient** [12] - 7:11,
9:2, 9:15, 47:8, 64:6,
65:17, 65:25, 66:9,
66:22, 69:24, 89:7,
89:9
**Outpatient** [1] - 9:4
**outpatients** [1] - 9:2
**outside** [5] - 7:25,
42:24, 76:23, 104:4,
107:6
**outweigh** [1] - 50:17
**overhead** [1] - 58:15
**overmedicated** [1] -
46:9
**overnight** [2] - 38:13,
39:2
**own** [3] - 17:15, 92:8,
111:11
**OxyContin** [1] - 57:2

**P**

**P.A** [2] - 1:12, 2:7
**p.m** [2] - 1:14, 116:24
**PACE** [2] - 117:16,
118:4
**Pace** [3] - 1:19,
118:15, 120:24
**PAGE** [13] - 2:14, 3:2,
119:1, 121:8, 121:9,
121:10, 121:11,
121:12, 121:13,
121:14, 121:15,
121:16, 121:17
**page** [17] - 25:19,
26:22, 26:24, 31:10,
44:3, 48:13, 51:4,
58:8, 64:11, 85:10,
85:20, 93:10,
102:17, 105:3,

119:10
**Page** [1] - 2:21
**pages** [3] - 55:4,
118:6, 119:7
**paid** [2] - 4:24, 15:8
**pain** [110] - 7:3, 7:4,
7:8, 21:10, 21:16,
21:17, 27:16, 27:18,
28:22, 28:23, 31:7,
31:12, 31:14, 31:20,
31:21, 31:24, 32:1,
32:2, 32:9, 32:10,
35:7, 35:19, 35:22,
36:7, 36:17, 36:22,
37:2, 37:24, 39:24,
40:1, 40:8, 40:22,
43:11, 43:13, 43:14,
43:15, 43:18, 43:20,
43:21, 43:25, 44:2,
44:3, 44:6, 44:8,
44:14, 44:18, 44:19,
44:21, 45:2, 46:8,
46:17, 47:3, 47:6,
47:10, 47:11, 47:12,
47:16, 48:9, 48:21,
48:22, 49:1, 49:4,
50:5, 50:7, 50:17,
50:22, 55:19, 56:20,
56:21, 57:5, 57:11,
57:25, 58:1, 60:1,
60:20, 60:21, 65:9,
65:16, 65:18, 68:15,
68:20, 69:1, 69:5,
70:17, 70:18, 80:5,
80:7, 80:8, 87:9,
91:10, 91:11, 91:12,
91:20, 105:20,
106:4, 106:7,
106:15, 109:21,
113:11, 114:23,
116:19, 116:20
**painful** [1] - 113:20
**pains** [1] - 34:5
**Paley** [3] - 9:8, 19:3,
19:6
**Palm** [8] - 1:13, 2:4,
2:5, 8:3, 10:1, 77:23,
120:7, 120:8
**PALM** [3] - 117:4,
118:3, 119:3
**Panama** [1] - 1:8
**paper** [1] - 27:7
**parameters** [2] - 58:4,
58:6
**parietal** [1] - 43:16
**part** [18] - 8:3, 10:25,
12:5, 19:7, 29:4,
39:5, 48:19, 48:21,
52:16, 52:18, 53:1,
60:7, 70:3, 77:25,

79:14, 105:12,
110:16, 116:1
**Partial** [1] - 97:13
**participant** [1] - 52:2
**participating** [3] -
32:13, 50:4, 70:16
**particular** [3] - 7:21,
28:11, 79:8
**parties** [2] - 118:9,
120:20
**parties'** [1] - 118:9
**parts** [5] - 55:1, 60:14,
60:15, 98:11
**party** [1] - 120:20
**pass** [1] - 88:18
**passive** [1] - 67:16
**past** [1] - 109:23
**patella** [16] - 33:17,
33:18, 33:20, 34:18,
34:22, 35:1, 35:2,
35:9, 35:11, 37:4,
38:9, 39:5, 39:9,
41:3, 41:13, 53:20
**paths** [1] - 12:13
**patient** [49] - 11:14,
15:14, 16:20, 17:16,
17:20, 19:24, 20:15,
21:20, 22:5, 22:7,
26:11, 27:4, 28:3,
28:18, 31:11, 33:6,
37:2, 40:20, 41:20,
41:21, 44:2, 44:8,
46:12, 47:10, 49:23,
50:3, 50:20, 50:24,
52:3, 56:25, 58:1,
58:4, 65:10, 65:16,
69:17, 70:15, 70:18,
71:2, 76:8, 76:16,
78:13, 88:5, 89:22,
92:8, 95:22, 104:15,
110:22, 116:19
**patient's** [9] - 21:10,
25:23, 37:7, 41:11,
50:16, 53:22, 104:2,
104:7, 115:3
**patient-doctor** [1] -
16:20
**Patients** [1] - 96:2
**patients** [18] - 6:24,
7:2, 41:18, 43:24,
45:25, 53:6, 86:16,
87:7, 87:8, 87:9,
88:20, 89:15, 89:21,
90:5, 90:6, 90:15,
92:9, 109:24
**PAULA** [2] - 117:16,
118:4
**Paula** [3] - 1:19,
118:15, 120:24
**pay** [1] - 14:24

**pediatric** [6] - 7:13,
8:2, 9:17, 17:4, 77:9,
77:14
**peds** [1] - 89:9
**peer** [24] - 3:8, 26:4,
26:5, 26:16, 26:25,
27:6, 28:13, 52:14,
57:20, 58:6, 78:6,
78:25, 80:20, 81:7,
82:23, 84:4, 84:21,
84:22, 84:24, 86:6,
96:5, 96:17, 97:10,
104:23
**peer-reviewed** [13] -
3:8, 26:25, 27:6,
28:13, 52:14, 57:20,
58:6, 78:6, 78:25,
81:7, 96:5, 97:10,
104:23
**people** [11] - 7:6, 13:2,
45:1, 45:12, 46:4,
46:5, 86:21, 87:3,
87:12, 88:18, 110:10
**Pepsi** [3] - 49:20,
50:7, 50:21
**Pepsi-Cola** [2] -
49:20, 50:21
**per** [3] - 66:25, 67:2,
67:25
**percent** [38] - 14:13,
17:3, 17:9, 17:12,
17:13, 17:18, 17:21,
17:22, 18:7, 18:9,
18:17, 23:15, 27:20,
29:2, 29:5, 29:10,
32:18, 32:19, 32:20,
33:8, 38:2, 45:12,
46:6, 46:7, 53:16,
60:4, 64:2, 74:14,
83:24, 98:15,
101:18, 105:19,
108:6, 108:13, 114:6
**percentage** [3] -
16:19, 18:11, 18:12
**Percocet** [2] - 45:6,
50:2, 57:2
**PEREZ** [16] - 4:6, 5:7,
5:15, 5:23, 6:12,
12:19, 13:11, 14:17,
14:25, 38:21, 54:23,
72:6, 75:10, 107:15,
107:17, 114:7
**Perez** [2] - 2:15, 4:8
**perfect** [2] - 90:11,
90:14
**perform** [1] - 58:13
**period** [2] - 37:11,
39:1
**periosteum** [11] -
106:10, 106:23,

106:24, 107:2,
107:4, 107:6,
107:10, 113:5,
113:18, 113:19
**periprosthetic** [1] -
100:7
**permanent** [1] - 78:3
**person** [4] - 44:6,
72:20, 106:4, 112:5
**personality** [1] - 47:17
**personally** [1] - 117:8
**Phase** [1] - 97:14
**phone** [4] - 25:12,
25:15, 73:22, 93:7
**phoney** [1] - 51:25
**photograph** [2] - 71:3,
71:6
**photographs** [1] -
70:20
**photos** [1] - 29:19
**physiatrist** [17] - 6:22,
6:24, 7:6, 65:7, 65:8,
65:12, 75:15, 75:16,
77:2, 84:3, 86:14,
88:6, 89:3, 89:24,
103:17, 103:18
**physiatrists** [4] - 7:9,
7:12, 89:5, 89:8
**Physical** [7] - 26:6,
27:8, 78:8, 79:12,
79:20, 84:5, 86:8
**physical** [25] - 6:21,
7:15, 7:17, 18:14,
18:16, 19:12, 19:21,
29:7, 47:8, 57:23,
57:24, 64:6, 65:17,
66:9, 66:12, 67:18,
67:24, 69:1, 88:3,
91:13, 103:17,
103:18, 109:21,
112:24, 113:2
**physician** [5] - 22:8,
22:9, 25:12, 110:17,
110:18
**physicians** [5] - 25:10,
25:23, 85:1, 90:19,
103:2
**picture** [5] - 30:8,
30:9, 71:1, 107:4,
112:20
**pictures** [2] - 71:17,
71:18
**piece** [1] - 105:5
**pill** [2] - 46:11, 57:1
**pivot** [2] - 42:13, 43:6
**place** [1] - 72:16
**places** [2] - 68:3,
69:23
**Plaintiff** [1] - 1:6
**plaintiff** [2] - 17:21,

18:11
**PLAINTIFF** [1] - 2:3
**plaintiff's** [1] - 20:16
**PLAINTIFF'S** [1] - 3:7
**Plaintiff's** [11] - 78:19,
78:23, 82:25, 83:3,
84:11, 85:25, 94:2,
95:16, 96:8, 97:6,
98:19
**plan** [7] - 21:8, 21:19,
83:14, 83:18, 83:20,
86:6, 92:1
**planning** [1] - 84:4
**plausibility** [3] -
27:10, 41:8, 78:11
**plausibility/temporal**
[1] - 80:1
**plausible** [1] - 80:22
**player** [1] - 42:12
**playing** [1] - 44:23,
68:20
**plus** [2] - 31:9
**pneumonia** [2] -
89:16, 100:24
**point** [10] - 30:24,
33:11, 35:13, 46:15,
47:22, 47:25, 97:11,
108:25, 109:2,
114:21
**pointed** [2] - 74:24,
93:18
**points** [1] - 83:5
**polite** [1] - 50:18
**Polyethylene** [2] -
99:22, 102:11
**polyethylene** [2] -
102:15, 102:20
**poor** [2] - 35:16, 75:8
**pop** [3] - 53:20, 53:22,
53:23
**popping** [4] - 31:18,
48:24, 53:9, 53:13
**population** [7] - 46:6,
52:21, 53:2, 53:7,
53:8, 53:11, 88:5
**Population** [1] - 99:12
**portals** [1] - 71:4
**portion** [1] - 49:21
**Portland** [1] - 79:17
**ports** [1] - 71:4
**position** [3] - 22:22,
51:20, 72:21
**positional** [2] - 58:12,
60:17
**positioned** [1] - 58:22
**positions** [1] - 58:11
**positive** [1] - 80:16
**possibilities** [1] -
105:8
**possibility** [1] - 103:1

**possible** [5] - 36:4,
46:13, 69:19, 106:8,
113:21
**post** [1] - 23:17
**posterior** [1] - 75:25
**postop** [1] - 66:21
**postoperative** [3] -
67:7, 67:15, 67:25
**posttraumatic** [2] -
86:22, 87:5
**potato** [1] - 49:14
**potential** [1] - 45:24
**pounds** [11] - 58:24,
58:25, 61:22, 61:25,
62:2, 62:5, 105:9,
105:10, 105:11,
105:13
**practice** [20] - 8:25,
9:14, 10:16, 12:12,
18:15, 18:17, 19:12,
20:4, 20:18, 25:21,
52:12, 74:20, 77:18,
81:7, 88:8, 88:12,
89:8, 90:21, 104:25,
110:6
**practicing** [2] - 10:10,
110:22
**practitioner** [1] - 12:1
**practitioners** [2] -
87:14, 90:20
**pre** [1] - 54:4
**pre-depo** [1] - 54:4
**precluding** [1] - 19:2
**precursor** [2] - 95:11,
95:23
**Predictors** [1] - 96:1
**preexisting** [4] - 34:3,
40:6, 40:7, 115:13
**premium** [2] - 26:13,
104:3
**prescribe** [3] - 89:25,
110:12, 110:19
**prescribed** [3] -
109:24, 110:14,
110:25
**prescription** [4] -
68:9, 68:18, 68:25,
69:8
**present** [3] - 43:9,
55:5, 79:24
**Presently** [1] - 31:11
**presently** [1] - 41:20
**pretty** [2] - 22:1, 90:16
**prevent** [1] - 18:22
**prevention** [1] - 7:24
**Preventive** [1] - 79:15
**prevents** [1] - 56:3
**previously** [2] - 84:2,
116:21
**price** [1] - 69:19

**prices** [10] - 65:1,
65:23, 66:1, 66:3,
67:20, 67:21, 69:10,
69:13, 69:15, 70:1
**pricing** [1] - 25:12
**primary** [3] - 87:14,
87:17, 100:8
**printed** [1] - 54:16
**private** [1] - 8:25
**privileges** [4] - 9:3,
9:4, 77:11, 77:17
**probability** [20] -
28:25, 29:2, 29:10,
31:5, 32:18, 33:8,
38:2, 53:16, 56:5,
60:5, 64:2, 83:25,
92:12, 92:21, 98:16,
101:18, 101:19,
108:6, 108:13, 114:6
**probable** [16] - 32:15,
37:25, 62:20, 63:5,
63:24, 69:11, 72:18,
91:21, 94:9, 98:15,
101:22, 106:4,
107:22, 108:1,
113:25, 114:2
**problem** [16] - 27:4,
27:5, 34:6, 37:25,
39:10, 39:11, 39:25,
40:13, 41:5, 45:7,
52:22, 60:5, 68:21,
80:14, 101:12
**problems** [4] - 37:20,
40:25, 89:19, 89:20
**procedure** [1] - 101:1
**procedures** [1] - 10:9
**proceed** [1] - 120:19
**proceeding** [1] - 21:5
**process** [6] - 38:13,
39:3, 39:6, 106:3,
116:1, 116:12
**produced** [2] - 27:7,
97:16
**professional** [3] -
9:25, 17:14, 17:18
**program** [8] - 7:18,
8:22, 10:15, 19:7,
47:8, 64:6, 65:17,
66:9
**progressive** [1] - 7:4
**prolong** [1] - 66:13
**prolonged** [1] - 58:18
**prongs** [5] - 27:10,
41:7, 78:10, 79:2,
80:19
**pronounce** [1] - 113:5
**proofreading** [1] -
101:13
**prosthetic** [1] - 107:8
**protected** [1] - 58:14

**protocol** [4] - 66:21,
67:15, 67:25, 73:5
**proton** [1] - 56:1
**Proton** [3] - 56:2, 56:8
**prove** [1] - 112:19
**provide** [2] - 20:18,
53:5
**provided** [2] - 71:12,
71:13
**Prozac** [1] - 90:1
**psychiatric** [1] - 91:17
**psychiatrist** [13] -
44:10, 46:21, 87:3,
87:13, 87:21, 90:2,
90:8, 90:12, 91:8,
109:12, 109:20,
110:1, 110:9
**psychiatrists** [1] -
86:18
**psychologist** [2] -
46:21, 109:14
**PT** [3] - 67:22, 67:23,
69:22
**Public** [4] - 1:19,
79:15, 117:17,
119:18
**published** [22] - 3:8,
26:4, 26:5, 26:16,
26:25, 27:6, 28:13,
29:9, 52:14, 57:20,
58:6, 78:6, 78:7,
79:1, 79:13, 80:21,
81:8, 82:24, 84:22,
86:7, 96:18, 104:24
**pull** [1] - 69:15
**pulled** [1] - 22:3
**pulling** [3] - 58:16,
59:9, 103:10
**pulmonary** [2] - 89:16,
100:24
**pump** [4] - 56:1, 56:2,
56:8, 56:9
**punishment** [1] -
47:15
**purpose** [1] - 23:2
**pursuant** [1] - 1:20
**push** [2] - 30:7,
106:21
**pushing** [3] - 58:16,
59:9, 103:10
**put** [14] - 18:22, 22:16,
26:3, 26:14, 26:15,
43:9, 46:25, 61:18,
71:18, 81:4, 85:11,
112:20, 113:16
**putting** [1] - 36:21

**Q**

**quarter** [1] - 18:23
**questioning** [1] -
101:7
**questions** [7] - 38:17,
38:18, 42:23, 86:12,
98:25, 106:11,
107:16
**quick** [1] - 55:22
**quote** [1] - 82:17

**R**

**Radial** [1] - 97:12
**radial** [6] - 20:9,
33:15, 33:20, 35:15,
80:23, 83:6
**radiologist** [4] - 29:25,
87:25, 88:10
**Radiology** [1] - 83:10
**raised** [1] - 12:22
**range** [3] - 31:19,
48:25, 67:16
**rare** [1] - 33:21
**Rate** [1] - 96:1
**Rates** [1] - 99:10
**rather** [3] - 11:17,
11:21, 90:13
**rating** [2] - 46:23, 47:1
**ray** [4] - 71:21, 94:24,
95:1, 112:22
**rays** [5] - 29:15, 64:20,
71:9, 111:25, 112:17
**RE** [1] - 120:10
**reaching** [1] - 58:15
**reaction** [1] - 113:19
**read** [11] - 62:13,
62:25, 63:1, 72:15,
73:18, 73:19, 74:7,
88:12, 112:20,
119:6, 121:4
**reading** [2] - 29:25,
120:18
**reads** [1] - 19:3
**real** [4] - 14:18, 18:3,
18:4, 55:22
**reality** [2] - 67:11,
100:20
**realize** [11] - 20:2,
21:12, 27:19, 28:1,
31:1, 42:10, 43:14,
48:11, 71:20, 84:16,
112:16
**really** [28] - 9:18, 9:21,
11:19, 19:13, 21:3,
29:23, 33:4, 35:6,
35:14, 41:24, 42:22,

43:8, 44:2, 46:12, 47:20, 52:3, 52:24, 62:19, 68:18, 68:19, 70:7, 83:22, 89:14, 103:21, 108:15, 110:8, 111:21, 112:18

**rear** [1] - 82:21

**reason** [7] - 21:1, 39:24, 43:25, 50:23, 87:11, 88:3, 106:19

**reasonable** [2] - 63:9, 116:15

**reasons** [2] - 100:3, 100:4

**received** [3] - 72:17, 73:20, 92:22

**recent** [2] - 111:8, 111:9

**receptor** [1] - 45:23

**recess** [1] - 54:22

**recognition** [1] - 89:19

**recommend** [1] - 83:17

**reconstruction** [3] - 7:23, 9:7, 19:8

**reconstructionist** [2] - 41:25, 42:24

**reconstructions** [1] - 22:19

**record** [12] - 6:16, 14:21, 17:16, 38:8, 43:10, 62:14, 62:25, 63:1, 72:15, 73:1, 85:17, 118:7

**Record** [1] - 120:25

**recorder** [1] - 74:8

**records** [17] - 10:24, 11:2, 15:14, 24:4, 24:6, 24:9, 24:11, 24:12, 25:1, 25:5, 25:9, 37:13, 41:18, 41:20, 54:11, 71:24, 72:7

**recovery** [1] - 67:5

**RECROSS** [1] - 114:9

**RECROSS-EXAMINATION** [1] - 114:9

**REDIRECT** [1] - 107:14

**reduce** [1] - 31:23

**reduced** [1] - 102:5

**reduction** [1] - 21:2

**refer** [3] - 26:22, 76:13, 95:5

**reference** [1] - 120:12

**referrals** [2] - 19:5, 75:21

**referring** [2] - 26:17, 93:3

**refers** [1] - 79:4

**reflect** [2] - 73:16, 85:17

**reflexes** [1] - 103:23

**regarding** [2] - 42:3, 42:15

**registered** [1] - 67:18

**rehab** [7] - 7:10, 8:2, 8:12, 17:4, 23:13, 77:9, 77:14

**rehabilitating** [1] - 116:10

**rehabilitation** [22] - 6:21, 7:15, 7:18, 8:1, 9:14, 9:15, 9:16, 9:17, 9:18, 9:21, 11:1, 18:15, 18:16, 19:13, 54:25, 57:24, 66:22, 67:15, 77:3, 77:6, 89:11, 103:19

**Rehabilitation** [11] - 8:16, 26:7, 27:9, 67:22, 69:22, 78:8, 79:13, 79:20, 84:6, 86:8, 104:13

**reimbursement** [1] - 86:19

**reintegrate** [2] - 7:6, 20:22

**relate** [2] - 91:1, 91:5

**Related** [1] - 102:13

**related** [5] - 16:10, 16:16, 40:8, 53:14, 83:16

**relates** [1] - 105:17, 105:20, 109:21

**relation** [1] - 19:15

**relationship** [5] - 17:20, 20:16, 21:21, 22:5, 22:8

**relative** [2] - 118:8, 118:9

**released** [1] - 56:17

**relevant** [1] - 114:22

**rely** [2] - 79:1, 81:3

**remember** [5] - 11:4, 51:1, 54:14, 94:17, 110:15

**removal** [2] - 53:24, 96:23

**remove** [1] - 52:16

**removed** [5] - 27:24, 31:4, 35:18, 36:24, 71:8

**repeating** [1] - 100:16

**repetitive** [3] - 58:15, 58:17

**repetitively** [1] - 61:9

**replaced** [1] - 44:23

**Replacement** [1] - 99:10

**replacement** [68] - 25:17, 28:6, 29:11, 32:16, 32:22, 33:3, 36:3, 36:14, 37:6, 37:8, 38:3, 44:15, 44:16, 44:17, 44:20, 45:20, 46:16, 47:9, 47:22, 48:7, 49:5, 50:5, 50:6, 59:4, 59:18, 59:20, 59:24, 60:4, 63:12, 63:20, 64:3, 65:20, 66:14, 66:20, 68:14, 68:17, 68:19, 70:19, 72:1, 72:12, 72:20, 72:22, 73:3, 76:4, 76:17, 83:23, 91:19, 91:22, 92:12, 92:21, 94:9, 95:15, 97:20, 97:25, 98:2, 98:5, 98:17, 100:16, 101:3, 101:23, 103:3, 105:22, 107:20, 109:1, 114:3, 115:2, 115:5

**replacements** [11] - 23:17, 23:19, 28:3, 33:5, 44:25, 52:10, 99:2, 99:15, 102:5, 105:24

**report** [58] - 3:5, 3:10, 4:12, 4:18, 4:19, 4:24, 5:25, 6:4, 6:6, 12:6, 15:21, 15:22, 16:7, 16:11, 16:16, 16:17, 24:8, 26:15, 26:18, 26:20, 26:21, 26:22, 28:15, 31:10, 44:4, 48:8, 48:13, 54:21, 57:16, 62:14, 69:14, 70:3, 72:9, 72:17, 74:12, 81:5, 81:15, 81:17, 82:3, 82:12, 82:18, 93:1, 93:4, 93:20, 94:5, 95:1, 96:12, 101:8, 107:19, 107:22, 110:15, 111:25, 112:21, 118:5

**REPORTER** [1] - 118:1

**REPORTING** [1] - 120:1

**reports** [2] - 30:12, 30:15

**requested** [1] - 118:6

**requirement** [1] -

82:11

**requires** [1] - 27:17

**requiring** [3] - 28:5, 35:16, 83:25

**research** [2] - 64:25, 69:16

**Research** [2] - 97:17, 102:13

**residency** [7] - 10:11, 10:13, 18:25, 23:6, 23:7, 76:18, 88:3

**Resonance** [1] - 83:8

**resources** [1] - 90:7

**respect** [1] - 114:11

**response** [1] - 98:25

**responses** [1] - 24:24

**responsibilities** [1] - 77:19

**rest** [1] - 16:15

**restore** [1] - 110:4

**restricted** [1] - 62:10

**restriction** [3] - 15:20, 16:4, 19:22

**restrictions** [2] - 62:14, 105:23

**result** [3] - 35:17, 51:9, 68:19

**Retained** [2] - 3:5, 3:6

**retained** [4] - 3:11, 11:20, 16:21, 21:22

**retainer** [2] - 15:7, 15:11

**retired** [1] - 51:8

**review** [13] - 9:13, 24:3, 24:9, 24:10, 24:17, 30:11, 68:6, 71:24, 72:7, 73:1, 73:14, 105:1, 118:6

**reviewed** [32] - 3:8, 11:2, 15:13, 24:12, 24:20, 24:23, 26:4, 26:5, 26:16, 26:25, 27:6, 28:13, 52:14, 57:20, 58:6, 71:15, 71:16, 78:6, 78:25, 80:20, 81:7, 82:23, 84:21, 84:22, 84:24, 84:25, 86:7, 96:5, 96:18, 96:19, 97:10, 104:23

**revising** [1] - 63:17

**Revision** [2] - 99:23, 102:10

**revision** [35] - 36:5, 36:8, 36:10, 36:15, 51:11, 63:12, 63:16, 63:21, 63:24, 84:1, 97:22, 98:4, 98:6, 98:18, 100:9, 100:13, 100:15,

101:2, 101:4, 101:5, 101:15, 101:20, 101:25, 102:6, 102:19, 106:2, 106:3, 108:4, 108:10, 108:14, 108:16, 109:7, 114:1, 114:4

**revisions** [1] - 100:4

**rheumatologist** [1] - 88:2

**Rheumatology** [1] - 96:4

**richly** [1] - 106:24

**risk** [19] - 53:4, 53:11, 53:12, 63:14, 63:15, 63:23, 83:25, 89:15, 97:21, 98:6, 100:12, 101:20, 101:24, 102:19, 102:24, 108:4, 108:7, 108:12, 114:5

**risks** [1] - 53:6

**risky** [1] - 101:1

**road** [1] - 57:19

**role** [1] - 7:5

**room** [5] - 22:2, 23:5, 23:18, 23:21, 67:5

**rotation** [1] - 88:4

**rotationplasties** [1] - 9:9

**rotationplasty** [1] - 18:19

**round** [1] - 68:11

**RPR** [3] - 1:19, 118:4, 118:15

**Rule** [10] - 81:17, 81:19, 81:20, 82:3, 82:5, 82:11, 82:12, 82:17, 93:4, 111:25

**ruling** [3] - 27:11, 41:8, 78:11

**run** [2] - 44:11, 61:19

**running** [2] - 54:5, 58:19

**Russia** [1] - 19:10

**S**

**sad** [1] - 47:4

**safe** [3] - 24:10, 58:4, 58:5

**safely** [1] - 104:15

**sarcoma** [1] - 80:16

**Sasser** [1] - 111:10

**sat** [1] - 111:14

**saw** [13] - 11:14, 12:8,

19:1, 19:18, 24:6, 28:21, 30:15, 37:13, 51:14, 55:10, 56:10, 80:17
**scale** [3] - 31:13, 48:9, 48:20
**scenario** [14] - 25:18, 62:20, 63:3, 63:5, 63:8, 63:10, 63:18, 63:21, 63:25, 69:11, 101:10, 101:14, 107:23
**schedule** [6] - 3:6, 4:16, 13:5, 13:13, 13:16, 15:10
**scheduled** [1] - 9:12
**School** [1] - 79:16
**school** [1] - 10:3
**Science** [1] - 79:16
**scope** [10] - 27:22, 30:6, 34:1, 34:8, 71:4, 74:14, 74:22, 80:10, 80:18, 92:16
**scoped** [12] - 28:16, 41:10, 50:25, 51:2, 53:8, 53:17, 53:19, 72:22, 78:14, 78:15, 80:7, 80:9
**scopes** [2] - 28:21, 52:8
**scream** [1] - 106:19
**screaming** [2] - 106:22, 107:11
**scrubbed** [4] - 9:4, 9:8, 18:19, 18:20
**seal** [1] - 117:10
**Searcy** [1] - 111:18
**second** [11] - 14:1, 26:23, 30:18, 51:8, 62:22, 80:9, 83:23, 86:4, 102:17, 107:20, 116:11
**secondary** [6] - 20:8, 21:13, 32:6, 37:9, 44:6, 57:9
**seconds** [3] - 54:5, 61:6, 61:10
**section** [1] - 57:16
**sedentary** [5] - 32:12, 49:11, 51:7, 51:24, 105:10
**see** [16] - 12:2, 20:12, 20:3, 22:20, 23:5, 27:22, 30:25, 55:24, 70:20, 71:22, 71:25, 85:16, 92:25, 93:11, 107:7, 110:1
**seeing** [1] - 23:25
**seem** [1] - 55:5
**sees** [1] - 31:3

**seizures** [1] - 89:17
**seldom** [2] - 73:23, 74:2
**send** [6] - 5:2, 12:15, 58:4, 87:20, 90:12, 104:15
**sending** [1] - 62:15
**seniors** [1] - 44:24
**sense** [1] - 72:24
**sent** [4] - 6:3, 15:3, 58:8, 104:10
**separate** [1] - 96:13
**sepsis** [2] - 89:17, 100:24
**September** [2] - 9:1, 10:16
**sequela** [2] - 20:10, 91:2
**series** [1] - 39:3
**Services** [1] - 8:19
**set** [8] - 11:13, 54:4, 79:8, 83:17, 84:4, 91:23, 92:2, 119:9
**setting** [8] - 7:10, 7:11, 7:12, 9:2, 29:1, 58:10, 76:9, 88:19
**settled** [1] - 111:14
**setup** [1] - 67:6
**seven** [2] - 18:20, 61:6
**sex** [1] - 22:2
**shall** [2] - 120:18, 120:19
**sheet** [1] - 15:10
**SHEET** [1] - 121:1
**ship** [1] - 105:18
**shock** [1] - 96:24
**shop** [2] - 69:18, 69:20
**short** [5] - 47:7, 54:22, 64:5, 65:16, 66:8
**SHORTHAND** [1] - 118:1
**shoulder** [2] - 61:25, 62:2
**shoulders** [1] - 58:22
**show** [8] - 16:23, 29:24, 52:2, 71:22, 102:2, 102:7, 112:17
**shows** [4] - 71:3, 71:6, 71:21, 95:1
**Siberia** [1] - 19:10
**side** [13] - 8:8, 17:21, 17:22, 18:5, 33:15, 42:13, 45:24, 69:5, 77:8, 77:16, 81:13, 97:21
**signature** [1] - 120:14
**signed** [1] - 54:17
**Signed** [1] - 121:24
**significant** [1] - 37:25

**signing** [1] - 120:19
**simple** [1] - 101:3
**Sincerely** [1] - 120:21
**sit** [9] - 29:5, 58:11, 58:12, 60:8, 60:14, 60:16, 87:2
**sitting** [3] - 50:1, 51:25, 83:22
**situation** [1] - 90:4
**six** [4] - 19:1, 19:2, 19:4, 23:9
**Size** [1] - 99:12
**skills** [1] - 104:14
**skin** [1] - 22:18
**skip** [1] - 62:23
**SKIPP** [1] - 2:7
**sleep** [1] - 110:4
**slip** [2] - 49:24, 50:9
**slipped** [3] - 42:7, 42:17, 43:2
**slow** [1] - 74:7
**snap** [3] - 53:19, 53:22, 53:23
**society** [5] - 7:7, 20:22, 46:17, 47:12, 50:4
**soft** [2] - 71:22, 112:17
**sole** [2] - 12:1, 92:19
**solidifies** [1] - 116:19
**sometimes** [2] - 56:21, 74:1
**Sonneborn** [1] - 111:19
**sooner** [2] - 36:8, 36:13
**sorry** [4] - 15:22, 63:17, 66:24, 67:2
**sort** [1] - 14:11
**South** [3] - 2:8, 46:10, 56:25
**SOUTHERN** [1] - 1:1
**space** [6] - 95:6, 95:10, 95:11, 95:22, 95:24, 112:2
**Space** [1] - 96:1
**speaks** [1] - 40:12
**special** [2] - 7:22, 24:16
**specialist** [1] - 65:9
**speciality** [1] - 7:16
**specializes** [1] - 6:20
**specializing** [1] - 8:13
**specialties** [2] - 87:23, 88:16
**specialty** [4] - 85:1, 87:6, 87:22, 88:14
**specific** [1] - 9:9
**specifically** [5] - 16:10, 26:20, 46:23,

79:14, 93:12
**specify** [2] - 4:21, 41:22
**speculate** [1] - 108:21
**speculating** [1] - 108:19
**speculation** [2] - 108:22, 108:23
**speech** [2] - 45:3, 86:25
**spent** [1] - 17:19
**spin** [1] - 18:21
**spinal** [6] - 6:25, 8:14, 9:5, 79:5, 86:20, 89:12
**spirit** [2] - 21:7, 21:18
**spite** [1] - 100:2
**splitting** [1] - 100:22
**spoken** [1] - 54:1
**sports** [1] - 46:12
**spot** [2] - 85:11, 93:13
**Springer** [2] - 50:1, 52:2
**squad** [1] - 29:5
**squatting** [1] - 58:18
**SS** [2] - 118:3, 119:2
**St** [6] - 8:4, 8:5, 19:6, 41:25, 76:19, 77:24
**staff** [1] - 11:10
**stage** [1] - 95:12
**stairs** [4] - 42:7, 42:18, 49:21, 51:21
**stance** [1] - 114:2
**Stance** [1] - 97:14
**stand** [8] - 58:11, 58:12, 60:10, 60:15, 60:16, 114:1
**standard** [18] - 27:21, 29:18, 29:20, 30:4, 36:2, 46:18, 62:9, 66:21, 67:14, 69:14, 73:5, 76:6, 76:11, 76:20, 76:25, 78:13, 80:11, 82:22
**standing** [1] - 31:20
**stapled** [1] - 85:21
**start** [2] - 14:23, 86:23
**started** [1] - 49:2
**starts** [1] - 39:21
**STATE** [3] - 117:3, 118:2, 119:2
**State** [5] - 1:20, 8:21, 104:6, 117:17, 119:19
**state** [8] - 8:22, 8:23, 36:17, 42:1, 46:24, 67:19, 104:12, 104:17
**states** [12] - 19:5, 31:11, 31:14, 31:15,

31:17, 31:19, 31:20, 31:22, 41:21, 42:8, 48:21, 48:23
**States** [14] - 28:1, 28:9, 28:11, 33:6, 44:25, 46:5, 46:9, 47:13, 52:11, 52:25, 57:18, 99:3, 99:11, 99:16
**STATES** [1] - 1:1
**statistics** [4] - 28:8, 28:10, 28:24, 52:9
**status** [1] - 23:17
**stayed** [1] - 102:22
**stealing** [2] - 17:25, 18:1
**stem** [1] - 113:16
**stenographic** [1] - 118:7
**stenographically** [1] - 118:5
**steroid** [3] - 46:13, 64:3, 66:14
**sticks** [1] - 114:18
**still** [4] - 35:19, 100:3, 102:23, 102:25
**stomach** [2] - 56:4, 56:6
**stood** [1] - 20:5
**stopped** [4] - 77:10, 77:18, 77:19, 77:20
**straight** [2] - 10:14, 82:16
**straightforward** [4] - 20:6, 23:23, 54:18, 57:13
**strawberries** [1] - 115:24
**Street** [2] - 77:23, 120:1
**strength** [1] - 103:24
**stress** [2] - 86:22, 87:5
**strictly** [1] - 16:20
**stroke** [3] - 7:1, 86:21, 89:13
**structured** [1] - 58:2
**studied** [2] - 95:8, 102:6
**study** [2] - 102:18, 109:16
**Study** [1] - 97:15
**stuff** [6] - 4:13, 10:18, 28:9, 71:19, 76:20, 111:12
**stupid** [1] - 106:17
**styled** [1] - 120:13
**subcategory** [1] - 53:11
**subject** [22] - 27:14, 27:17, 37:9, 37:10,

37:16, 37:21, 39:7, 40:11, 40:22, 41:6, 41:12, 78:2, 80:3, 80:6, 80:14, 111:3, 114:24, 114:25, 115:5, 115:21, 115:22
**subjective** [1] - 50:17
**subscribed** [1] - 119:16
**subset** [4] - 28:4, 33:7, 38:19, 53:11
**successful** [1] - 44:21
**suffer** [7] - 6:25, 7:2, 21:13, 43:24, 86:22, 86:23, 87:9
**suffered** [3] - 75:18, 91:14, 105:17
**suffering** [2] - 21:11, 89:23
**suffers** [2] - 32:5, 95:9
**suffice** [1] - 12:10
**suggest** [1] - 120:16
**suitable** [1] - 120:17
**Suite** [4] - 2:4, 2:7, 120:2, 120:7
**summarize** [1] - 79:25
**summarizes** [1] - 70:5
**summary** [6] - 15:21, 16:7, 58:8, 70:4, 70:5, 102:18
**superficial** [1] - 22:18
**support** [2] - 96:23, 99:8
**supports** [1] - 95:21
**supposed** [2] - 26:9, 47:14
**surgeon** [33] - 9:7, 12:24, 21:25, 22:12, 22:15, 23:1, 26:1, 26:12, 27:22, 27:24, 29:8, 30:6, 30:17, 30:19, 32:21, 37:14, 44:17, 50:13, 64:12, 64:18, 65:6, 65:21, 65:22, 67:4, 72:10, 80:10, 87:24, 88:9, 88:11, 92:15, 104:8
**surgeons** [1] - 18:18
**surgeries** [10] - 9:5, 29:8, 32:4, 37:9, 37:22, 40:10, 50:11, 78:16, 115:1, 115:4
**Surgery** [2] - 99:23, 99:25
**surgery** [29] - 9:11, 22:11, 23:10, 23:18, 26:13, 27:18, 27:19, 28:16, 31:1, 31:4, 33:10, 35:16, 35:17,

37:11, 57:10, 59:16, 63:9, 63:16, 66:17, 66:19, 67:8, 75:23, 76:13, 100:9, 104:7, 116:8, 116:9, 116:10
**surgical** [13] - 7:20, 9:3, 9:9, 9:17, 22:13, 22:15, 22:16, 22:24, 26:11, 75:21, 76:7, 76:8
**sustained** [3] - 27:15, 37:24, 40:21
**suture** [1] - 22:17
**swearing** [2] - 101:17, 101:21
**switched** [1] - 51:20
**sworn** [2] - 4:4, 117:9
**Sworn** [1] - 119:16
**symptom** [3] - 43:17, 43:20, 53:14
**symptomatic** [3] - 35:5, 35:12, 114:20
**Symptomatic** [1] - 96:2
**Synvisc** [1] - 37:15
**system** [3] - 20:20, 45:10, 103:15

## T

**table** [1] - 21:1
**tables** [1] - 28:12
**tabs** [1] - 68:12
**talks** [3] - 64:11, 72:18, 86:4
**Tampa** [1] - 21:25
**tapping** [1] - 103:23
**tasks** [2] - 59:8, 103:9
**tear** [30] - 20:9, 27:25, 29:22, 29:23, 33:15, 33:21, 33:22, 33:23, 33:25, 35:15, 39:11, 42:11, 42:14, 43:7, 50:12, 53:18, 57:9, 80:18, 80:23, 83:6, 106:22, 106:23, 112:15, 115:3, 115:7, 115:12, 115:18, 115:23
**tearing** [6] - 33:11, 33:13, 33:14, 38:12, 112:9, 112:13
**Tears** [1] - 97:12
**tears** [2] - 28:15, 80:11
**technically** [3] - 7:16, 44:1, 59:22
**telephone** [1] - 120:16
**telephones** [1] - 10:18
**temporality** [4] -

27:11, 41:8, 78:11, 80:13
**temporarily** [1] - 31:23
**temporary** [2] - 35:23, 35:24
**ten** [1] - 68:10
**Term** [1] - 95:25
**term** [2] - 8:13, 75:19
**terms** [2] - 42:16, 103:6
**test** [3] - 62:8, 62:9, 103:8
**tested** [1] - 60:12
**testified** [1] - 4:4
**testify** [2] - 42:24, 62:21
**testimony** [19] - 5:9, 11:17, 11:22, 11:25, 22:14, 22:25, 24:6, 24:21, 36:23, 37:17, 37:18, 40:18, 54:15, 73:7, 88:23, 94:24, 102:22, 112:21, 112:22
**testing** [1] - 104:22
**THE** [3] - 2:3, 2:6, 38:16
**therapeutic** [1] - 76:23
**therapist** [2] - 67:18, 67:24
**therapy** [5] - 37:16, 66:12, 69:2, 112:24, 113:2
**Thereupon** [3] - 4:1, 54:22, 116:23
**thereupon** [14] - 5:5, 5:13, 5:21, 6:10, 13:9, 78:19, 82:25, 84:11, 85:25, 94:2, 95:16, 96:8, 97:6, 98:19
**thick** [1] - 11:17
**thin** [1] - 69:16
**third** [4] - 44:13, 91:10, 91:14, 109:20
**thousand** [1] - 20:4
**thousands** [1] - 75:20
**three** [17] - 7:19, 23:8, 41:7, 45:15, 46:13, 47:6, 63:7, 64:4, 69:25, 78:10, 79:2, 80:19, 91:9, 98:24, 108:9, 116:20
**threshold** [1] - 64:1
**thrombosis** [2] - 89:16, 100:24
**throughout** [1] - 80:21
**throw** [2] - 11:23, 37:17
**throwing** [1] - 114:17

**Thursday** [1] - 1:14
**tibial** [1] - 102:20
**tire** [1] - 70:2
**tired** [1] - 75:8
**tissue** [5] - 22:18, 71:22, 96:23, 106:25
**tissues** [1] - 112:18
**title** [1] - 79:4
**Titles** [1] - 58:24
**TO** [1] - 120:5
**today** [3] - 54:7, 54:8, 108:23
**together** [8] - 26:4, 26:15, 71:7, 71:23, 85:21, 95:2, 95:3
**tolerated** [1] - 58:13
**tomorrow** [1] - 9:11
**took** [7] - 10:16, 11:10, 22:1, 26:1, 71:10, 72:16, 120:20
**top** [1] - 52:20
**Topacio** [1] - 66:6
**topic** [3] - 85:3, 92:13, 102:3
**torn** [1] - 115:16
**Total** [2] - 99:9, 102:9
**total** [81] - 15:5, 15:17, 19:24, 23:5, 23:7, 23:10, 23:16, 23:17, 23:19, 25:17, 28:2, 28:5, 29:11, 32:16, 32:22, 33:3, 33:5, 36:3, 36:8, 36:13, 37:6, 37:8, 38:3, 44:15, 44:16, 44:20, 44:24, 45:20, 47:9, 49:5, 50:5, 50:6, 52:9, 52:10, 59:4, 59:18, 59:24, 63:11, 63:19, 64:2, 65:5, 65:19, 66:14, 66:19, 68:14, 68:16, 68:19, 70:19, 72:1, 72:12, 72:19, 72:21, 73:2, 75:22, 76:1, 76:17, 83:23, 91:19, 91:22, 95:15, 97:20, 97:25, 98:4, 98:16, 99:15, 100:15, 101:3, 101:22, 102:4, 103:3, 105:22, 105:24, 108:4, 109:1, 113:17, 114:3, 115:1, 115:4
**tough** [2] - 57:2, 57:3
**toward** [1] - 101:7
**town** [2] - 13:1, 30:21
**tract** [1] - 100:25
**trained** [1] - 41:25
**training** [17] - 7:20,

9:6, 10:11, 10:14, 18:25, 20:17, 23:7, 23:8, 25:21, 52:12, 75:17, 76:15, 76:18, 81:6, 88:3, 104:25, 110:2
**transcribed** [1] - 120:14
**transcript** [6] - 118:6, 118:6, 119:7, 120:14, 120:20, 121:4
**transferrable** [1] - 104:14
**transitional** [4] - 7:12, 8:12, 9:15, 89:7
**transplant** [2] - 45:17
**trauma** [7] - 7:2, 8:3, 77:4, 77:14, 77:21, 89:11, 89:14
**Trauma** [1] - 83:9
**traumatic** [9] - 6:25, 8:14, 20:8, 28:5, 36:25, 57:9, 86:20, 97:3, 112:14
**traumatically** [8] - 33:14, 33:25, 37:1, 83:6, 95:13, 95:14, 115:23, 116:2
**tray** [1] - 67:5
**treat** [9] - 35:21, 58:1, 87:10, 87:13, 87:15, 89:19, 110:5, 114:19, 114:20
**treated** [1] - 38:6
**treating** [1] - 21:22, 22:8, 22:9, 25:10, 25:23, 26:1, 27:24, 29:8, 30:16, 30:18, 49:7, 72:10, 80:9, 92:15, 110:17, 110:23, 111:1
**treatment** [9] - 8:14, 25:20, 76:10, 86:15, 91:17, 94:14, 95:14, 114:24, 116:16
**treatments** [1] - 67:23
**trial** [4] - 11:23, 12:3, 12:6, 74:23
**trials** [3] - 12:4, 16:25, 17:1
**trick** [1] - 106:15
**tricycles** [1] - 115:24
**tricyclic** [1] - 87:2
**trophy** [1] - 42:1
**true** [4] - 105:5, 107:21, 118:7, 119:8
**truly** [1] - 7:23
**truth** [5] - 75:20, 83:20, 90:3, 105:21,

110:20
**try** [12] - 26:11, 48:5, 49:7, 64:7, 66:16, 69:18, 70:1, 87:18, 87:19, 103:16, 109:8, 110:8
**trying** [1] - 54:15
**tube** [1] - 70:10
**tunnel** [1] - 24:16
**turn** [1] - 57:14
**twelve** [1] - 111:5
**twice** [5] - 12:3, 36:24, 50:25, 53:17, 86:24
**twist** [1] - 43:3
**twisted** [2] - 43:5, 43:6
**twisting** [5] - 42:7, 58:18, 59:10, 80:23, 103:11
**Two** [1] - 2:7
**two** [28] - 10:17, 15:14, 19:10, 20:7, 27:10, 28:21, 29:7, 32:3, 35:18, 37:8, 37:22, 38:18, 40:9, 46:13, 50:10, 52:8, 53:8, 57:10, 66:15, 78:14, 78:15, 78:16, 78:17, 84:7, 92:3, 98:22, 114:25, 115:24
**type** [1] - 7:3
**types** [1] - 90:18
**typical** [2] - 49:23, 89:22

### U

**Ultracet** [2] - 45:13, 64:5
**Ultram** [3] - 45:22, 64:5, 68:12
**under** [13] - 17:11, 19:13, 19:25, 32:19, 36:22, 39:9, 45:8, 87:3, 107:23, 108:8, 109:18, 114:5, 120:13
**underneath** [2] - 33:18, 34:18
**undersigned** [1] - 117:7
**understood** [5] - 9:20, 16:18, 25:19, 86:13, 103:6
**underway** [1] - 106:3
**unemployed** [1] - 90:6
**unhappy** [2] - 37:2, 49:3
**unit** [8] - 8:2, 8:10,

17:4, 23:13, 77:3, 77:6, 77:9, 77:14
**United** [14] - 28:1, 28:9, 28:11, 33:5, 44:25, 46:5, 46:9, 47:13, 52:10, 52:25, 57:18, 99:3, 99:10, 99:15
**UNITED** [1] - 1:1
**University** [4] - 10:5, 10:12, 76:19, 79:16
**unless** [1] - 40:13
**unprotected** [1] - 58:19
**unrelenting** [4] - 28:22, 31:7, 44:3, 57:10
**unstable** [1] - 98:8
**unusual** [1] - 47:15
**up** [32] - 9:1, 11:13, 14:16, 20:5, 20:13, 22:3, 28:10, 29:24, 30:20, 31:17, 38:22, 38:23, 47:19, 48:23, 49:21, 51:21, 52:24, 53:3, 58:25, 62:4, 65:25, 66:7, 67:23, 82:1, 90:9, 90:14, 93:25, 96:13, 107:15, 111:13, 113:18, 116:8
**updated** [1] - 4:11
**urinary** [1] - 100:25
**uses** [2] - 57:18, 84:3
**usual** [1] - 54:6
**Utilization** [1] - 99:10
**utilize** [1] - 26:23
**utilized** [1] - 103:14
**utilizing** [1] - 27:1

### V

**VA** [3] - 57:18, 57:19, 103:15
**vein** [1] - 89:16, 100:23
**velocity** [1] - 77:18
**verify** [1] - 86:3
**Vero** [1] - 12:24
**versus** [1] - 16:20
**Versus** [1] - 102:11
**videotape** [1] - 42:4
**Vimovo** [3] - 31:22, 55:11, 55:13, 56:22
**vision** [1] - 84:15
**visit** [5] - 19:16, 51:13, 65:25, 67:25, 69:24
**visiting** [1] - 24:18
**visits** [2] - 64:6, 66:11

**visualized** [2] - 34:1, 80:18
**vital** [3] - 28:8, 28:10, 28:24
**Vocational** [1] - 104:13
**voila** [1] - 93:17
**volume** [1] - 19:11
**vs** [1] - 1:7

### W

**wage** [4] - 59:22, 59:23, 59:24, 61:2
**waist** [2] - 61:22, 61:25
**waived** [1] - 120:19
**Wal** [1] - 49:24
**Wal-Mart** [1] - 49:24
**walk** [4] - 49:20, 58:13, 62:7, 62:12
**walked** [1] - 54:4
**walking** [5] - 31:21, 32:13, 49:15, 51:24, 62:10
**wall** [2] - 22:21, 114:17
**wants** [2] - 104:9, 104:13
**Washington** [2] - 10:12, 76:19
**watching** [2] - 50:1, 52:1
**Watson** [1] - 18:4
**waving** [1] - 77:1
**Wear** [1] - 99:22
**wear** [2] - 98:9, 98:12
**week** [8] - 19:1, 24:15, 45:15, 68:1, 75:22, 89:6, 101:12
**weeks** [3] - 43:19, 68:1, 68:11
**weird** [1] - 80:15
**West** [4] - 2:5, 10:7, 120:1, 120:8
**west** [1] - 77:23
**whatsoever** [1] - 106:18
**wheelchair** [3] - 28:18, 32:12, 70:15
**whole** [4] - 18:12, 21:18, 29:13, 43:8
**willing** [2] - 36:22, 109:9
**window** [1] - 76:23
**wish** [1] - 12:15
**witness** [5] - 4:3, 17:15, 17:17, 17:19, 42:2

**WITNESS** [2] - 38:16, 117:10
**witnessed** [2] - 49:25, 50:10
**woman** [2] - 52:7, 116:12
**wood** [1] - 34:6
**word** [1] - 103:18
**words** [5] - 25:24, 61:1, 79:25, 87:17, 98:8
**works** [3] - 45:23, 84:18, 84:20
**world** [8] - 9:7, 18:17, 18:18, 19:9, 46:5, 46:11, 90:11, 90:14
**world's** [2] - 46:6, 46:8
**worse** [2] - 36:7, 80:7
**worst** [7] - 63:3, 63:10, 63:18, 63:20, 101:10, 101:14, 107:25
**wrist** [1] - 43:15
**write** [1] - 111:13
**writes** [1] - 19:3
**writing** [2] - 74:7
**written** [1] - 92:23
**wrote** [1] - 73:13
**www.drugstore.com** [1] - 68:10

### X

**x-ray** [4] - 71:21, 94:24, 95:1, 112:22
**x-rays** [5] - 29:15, 64:20, 71:9, 111:25, 112:17

### Y

**year** [14] - 7:17, 10:8, 28:2, 33:5, 52:11, 53:1, 64:7, 64:14, 66:11, 68:11, 99:14, 99:16, 116:13
**years** [48] - 7:19, 8:8, 10:13, 10:14, 12:1, 12:12, 12:13, 12:20, 13:3, 23:8, 23:9, 23:14, 28:8, 28:12, 28:18, 28:20, 28:25, 29:8, 32:5, 33:13, 34:3, 35:19, 36:9, 39:4, 39:6, 39:23, 41:2, 41:4, 45:16, 51:5, 51:6, 51:7, 67:9, 67:11, 70:12, 70:14, 76:18, 77:7,

77:8, 77:20, 83:22, 88:4, 98:3, 108:9, 109:8
**YESMIN** [1] - 1:5
**young** [2] - 28:20, 109:6
**yourself** [4] - 46:20, 68:3, 71:9, 89:25
**YOURSELF** [1] - 120:12

### Z

**zero** [1] - 44:21
**Zoloft** [2] - 86:24, 110:4
**Zotovas** [1] - 84:19