# COMPREHENSIVE REHABILITATION EVALUATION

Containing

**Comprehensive Medical Evaluation**
**Medical Functional Capacity Assessment**
**Medical Functional Capacity Opinion**
**Functional Assessment**
**Continuation of Care**
**Summary Report**
**Photographs**
**Documentation**
**Medical Records Review**

On

# Yesmin Galarza

Prepared by:
Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, International Academy of Independent Medical Evaluators
© 2002 by Craig H. Lichtblau, M.D.

# Comprehensive Medical Evaluation

# CRAIG H. LICHTBLAU, M.D., P.A.

PHYSICAL MEDICINE AND REHABILITATION
BOARD CERTIFIED

PEDIATRIC • ADOLESCENT • ADULT • GERIATRIC

550 Northlake Boulevard
North Palm Beach, Florida 33408-5409
Phone: (561) 842-3694
Facsimile: (561) 842-3774

Outpatient Physical Medicine
Inpatient Rehabilitation
Medical Functional Capacity Exams
Nationwide Catastrophic Evaluations

Michael D. Eriksen, Esquire
Eriksen Law Firm
2161 Palm Beach Lakes Boulevard
Suite 410
West Palm Beach, FL  33409

## Comprehensive Medical Evaluation

Date:  03/10/16
Patient:  Yesmin Galarza
Chart #:  35843
DOB: 01/12/61
Date of Injury:  10/18/14

<u>History of Present Illness</u>:
This is a 55-year-old right hand dominant female who was involved in a slip-and-fall accident on October 18, 2014.  The patient states she was on a Carnival cruise liner going down the stairs when she slipped and fell, twisting her right knee.  She states her husband was able to catch her from falling to the ground.  She states she was a little embarrassed as people were asking her if she was okay.  She states, at the time, she had immediate pain in her right knee and felt an electric shock-like pain.

She states once she composed herself she continued down the stairs and her right knee then gave out on her and her husband caught her again.  She states she felt even more pain in her right knee.  She states at that point she went to the infirmary but no one was there and she was told to return the following morning.  She states her husband had to call the service desk and he was told a nurse would be meeting her there.  She states she followed up at the infirmary and her knee was evaluated.  She states she was given ibuprofen.

Yesmin Galarza                                                    Page 2

The patient states the next day she returned to the infirmary and an x-ray was taken and she was told she had no fracture. She states she was given some pain medication as she could barely move her right knee. She states she was provided with some type of elastic brace. She states she was unable to walk very well and was given a wheelchair and a cane.

After returning from the cruise, she followed up with Dr. Miriam Rivera-Irizarry (Internist), who recommended an MRI of her right knee.

An MRI of her right knee, completed on October 29, 2014, demonstrated blunting of the posterior horn of her medial meniscus, compatible with a radial tear, and small joint effusion.

The patient was referred to Dr. David Lamoreaux (Orthopedic Surgeon). Dr. Lamoreaux recommended surgery.

On December 11, 2014 the patient underwent a right knee arthroscopy with partial lateral meniscectomy and excision of plica, performed by Dr. Lamoreaux.

Following surgery, the patient states she underwent physical therapy. She states the surgery really didn't help and she had difficulty flexing her knee. She states she returned to Dr. Lamoreaux and he performed a cortisone injection into her right knee.

She states she continued to experience pain in her right knee and she sought a second opinion with Dr. Brad Homan (Orthopedic Surgeon). Dr. Homan performed a Synvisc injection, which provided no relief of her pain. He ordered an MRI of her right knee.

An MRI of her right knee performed on April 24, 2015 demonstrated abnormal morphology and signal in the lateral meniscus, consistent with history of prior partial meniscectomy, with a displaced meniscal fragment at the undersurface of the lateral meniscal body.

On May 20, 2015 the patient underwent a right knee arthroscopy with partial lateral meniscectomy, synovectomy, and chondroplasty performed by Dr. Homan.

Presently the patient states she continues to experience right knee pain, described as a constant 3 out of 10 on the 1-10 scale for pain. She states at times her knee pain can go as high as 8 out of 10. She states her right knee will give out on her at times and also locks up on her at times. She states she continues to have popping and clicking in her right knee with range of motion. She states increased activity exacerbates her pain. She states standing and walking can also exacerbate her pain. She states she is taking Vimovo, which helps temporarily reduce some of her right knee pain.

Yesmin Galarza

The patient states she is currently working full-time for Pepsi-Cola and has to walk for a good portion of the day, going up and down stairs. She states, even though this causes an increased amount of pain, she has to work in order to make a living. She states her husband had a myocardial infarction.

The patient states she is depressed about her current situation.

Past Medical History:
The patient denies any history of hypertension, diabetes, cancer, heart attack, gastrointestinal, liver or kidney disease.

Past Surgical History:
Carpal tunnel, right wrist.

Allergies:
Aspirin (upset stomach).

Medications:
Vimovo 500/20 mg q.12 p.r.n.

Family History:
The patient's mother is deceased, medical history unknown. The patient's father is deceased with a history of esophageal cancer.

Social History:
The patient is married and has four children. She denies smoking, occasionally consumes alcohol, and denies illicit drug use. She states she is currently working production for Pepsi-Cola/Gatorade.

Review of Systems:
**Constitutional:** Patient denies weight loss, weight gain, fever. **SKIN:** Patient has right knee surgical scars. **HEAD:** Patient denies trauma, headaches, tenderness. **EYES:** Patient wears glasses. **EARS, NOSE, MOUTH, THROAT:** EARS: Patient denies hearing changes, tinnitus, pain, discharge. NOSE: Patient denies sinus problems, nose bleeds, obstructive polyps. THROAT: Patient denies inflammation, lesions, discharge, hoarseness. MOUTH: Patient denies dentures, lesions, discharge. **RESPIRATORY:** Patient denies shortness of breath, wheezing, cough, hemoptysis. **CARDIOVASCULAR:** Patient denies hypertension, chest pain, dyspnea, rheumatic fever, murmurs, orthopnea, cyanosis, edema, claudication, palpitations. **GASTROINTESTINAL:** Patient denies decreased appetite, dysphagia, nausea, vomiting, hematemesis, indigestion, pain, diarrhea, constipation, melena, hemorrhoids. **GENITOURINARY:** Patient denies frequency, urgency, dysuria, hematuria, nocturia, incontinence. **ENDOCRINE:** Patient denies polyphagia, polydipsia, polyuria, thyroid problems, glycosuria, hormone therapy. **MUSCULOSKELETAL:** Patient admits to right knee joint pain and stiffness.

Yesmin Galarza                                                     Page 4

**HEMATOLOGY:** Patient denies anemia, bleeding tendency, easy bruising, lymphadenopathy. **NEUROPSYCHIATRIC:** Patient denies syncope, vertigo, seizures, weakness, coordination problems, sensation or memory changes, emotional disturbances.

Physical Examination:

| | |
|---|---|
| Constitutional: | **General:** Well-nourished, well-developed female. |
| | **Vital signs**: Stable, afebrile. BP:  110/70 . HR: 76. O2 SAT: 98%. |
| Psychiatric: | Alert and oriented x 3. Short and long-term memory intact. Patient is in no acute distress. |
| Skin: | The patient has right knee surgical scars. |
| Head: | Atraumatic, normocephalic. |
| Eyes: | Pupils are equal, round and reactive to light and accommodation. Extraocular movements full. Sclera Clear. Ophthalmic Examination deferred. |
| Ears/Nose | |
| Mouth & Throat: | Ears without discharge. Nose without obstruction. Without lesions, masses. Otoscopic examination deferred. Hearing within functional limits. |
| Neck: | Without carotid bruits. Neck supple. No masses. |
| Respiratory: | Auscultation of lungs without adventitious breath sounds. Respiration without use of accessory muscles. |
| Cardiovascular: | **Heart:** Auscultation of heart reveals S1 and S2 no gallops, murmurs or heaves. Regular rate and rhythm. |
| | **Pulses:** Radial pulse and dorsal pedal pulse 2+ bilaterally. |
| | **Extremities:** Without clubbing, cyanosis, or edema. |
| Gastrointestinal: | Bowel sounds present in all four quadrants. Without rebound tenderness. Without masses. |
| Musculoskeletal: | **General:** There is tenderness to light palpation along her anterior medial joint line of her right knee.  There is crepitus with flexion and extension throughout the range of her entire right knee. |
| | **AROM:**  Active range of motion of her right knee is limited to 95 degrees of flexion and left knee is 130 degrees of flexion |
| | **Gait:** Patient ambulates with a slight antalgic gait with increased stance phase on her left. |
| Neurological: | Speech normal. |
| | **Cranial Nerves:** II through XII intact. |
| | **Deep Tendon Reflexes:**   2/4 throughout. |
| | **Sensory:**  Intact to light touch, pinprick, position and cold sense throughout. |
| | **Motor:**  5/5 throughout. |

Yesmin Galarza                                                              Page 5

Records Review Index:
Voluminous records were reviewed.  Below is a list of the pertinent records.

**2014**

| | |
|---|---|
| 10/18/14 | Guest Injury Note, M Fardeen Ellaheebuksh, M.D, MS Carnival Liberty |
| 10/19/14 | X-Ray of Right Knee, Anson Cone, M.D., Community Radiology Associates |
| 10/29/14 | MRI Right Knee, Philip B. McDonald, M.D., A1 Imaging of Kissimmee |
| 11/11/14 | Encounter and Procedures, David C. Lamoreaux, M.D., Heart of Florida Reg Med Center |
| 12/11/14 | Operative Report, David C. Lamoreaux, M.D., Heart of Florida Reg Med Center |
| 12/23/14 | Office Visit, Kristen Reutebuch, M.D., Heart of Florida Reg Med Center |

**2015**

| | |
|---|---|
| 01/20/15 | Office Visit, Kristen Reutebuch, M.D., Heart of Florida Reg Med Center |
| 02/10/15 | Clinical Encounter Summaries, David C. Lamoreaux, M.D., Heart of Florida Reg Med Center |
| 02/26/15 | Office Visit, Brad Homan, D.O., Celebration Orthopaedic & Sports Medicine Institute |
| 04/02/15 | Office Visit, Michael Taylor, PA., Celebration Orthopaedic & Sports Medicine Institute |
| 04/07/15 | Follow-Up, Brad Homan, D.O., Celebration Orthopaedic & Sports Medicine Institute |
| 04/16/15 | Follow-Up, Michael Taylor, PA., Celebration Orthopaedic & Sports Medicine Institute |
| 04/24/15 | MRI Right Knee, Christopher Wasyliw, M.D., Florida Hospital |
| 04/28/15 | Follow-Up, Brad Homan, D.O., Celebration Orthopaedic & Sports Medicine Institute |
| 05/20/15 | Operative Report, Brad Homan, D.O., Celebration Orthopaedic & Sports Medicine Institute |
| 05/28/15 | Postoperative Visit, Michael Taylor, PA., Celebration Orthopaedic & Sports Medicine Institute |
| 07/30/15 | Follow-Up, Michael Taylor, PA,. Celebration Orthopaedic & Sports Medicine Institute |
| 08/13/15 | Postoperative Visit, Michael Taylor, PA., Celebration Orthopaedic & Sports Medicine Institute |

***Pertinent records reviewed are contained in the
Medical Records Review section.***

-END OF RECORDS REVIEW INDEX-

Diagnostic Impression:

1. Right knee myofascial pain, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.

2. History of blunting of the posterior horn of the medial meniscus, compatible with a radial tear, and small joint effusion of her right knee, demonstrated on MRI of her right knee completed on 10/29/14, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.

3. Status post right knee arthroscopy with partial lateral meniscectomy and excision of plica, performed by Dr. David Lamoreaux on 12/11/14, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.

4. History of abnormal morphology and signal in the lateral meniscus, consistent with history of prior partial meniscectomy, with displaced meniscal fragment at the undersurface of the lateral meniscal body in her right knee, demonstrated on MRI of her right knee completed on 04/24/15 status post right knee arthroscopy on 12/11/14, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.

5. Status post right knee arthroscopy with partial lateral meniscectomy, synovectomy, and chondroplasty, performed by Dr. Brad Homan on 05/20/15 status post right knee arthroscopic surgery on 12/11/14, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.

6. Acute functional decline secondary to chronic pain and depression, secondary to numbers 1 through 5, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.

Assessment:

This is a pleasant 55-year-old right hand dominant female who states she was on a Carnival cruise when she slipped and fell on the stairs. The patient states she twisted her right knee and fell, but her husband caught her before she fell to the ground. She states she felt embarrassed as people were watching her but she continued down the stairs. She states her right knee then gave out on her and her husband caught her again and she felt even more pain.

She states initially she went to the infirmary but they were closed. She stated her husband called the service desk and she was told someone would meet her there. She stated she returned to the infirmary, was evaluated, and given ibuprofen.

She stated the next day she returned to the infirmary, was x-rayed, and told there was no fracture. She stated she was provided pain medications but could barely walk. She stated she was given an elastic brace as well as a wheelchair and cane to use.

After the cruise, the patient stated she followed up with Dr. Rivera-Irizarry, who recommended an MRI of her right knee.  She was then referred to Dr. Lamoreaux, who recommended surgery.

On December 11, 2014 the patient underwent a right knee arthroscopy with a partial lateral meniscectomy and excision of plica, performed by Dr. Lamoreaux.

Following surgery, the patient stated she continued to experience right knee pain. She stated she had a cortisone injection, which did not help.

She stated she followed up with Dr. Homan for a second opinion.  Dr. Homan recommended another MRI of her right knee and the patient was then recommended for a second surgical procedure.

On May 20, 2015 the patient underwent a right knee arthroscopy with a partial lateral meniscectomy, synovectomy, and chondroplasty, performed by Dr. Homan.

The patient stated following surgery, she was able to move her right knee a lot better and began physical therapy again.

At this time the patient continues to have right knee pain and her right knee gives out on her and locks up on her at times.  Her chronic pain has been interfering with her ability to participate in her recreational activities and activities of daily living.

After obtaining a history, performing a physical examination, and reviewing voluminous medical records, it is my medical opinion as a Board Certified Physiatrist this patient's chronic right knee pain is a direct result of injuries sustained in a slip-and-fall accident on October 18, 2014.

It is my medical opinion as a Board Certified Physiatrist that this patient has sustained a significant impairment, disability, and cost for future medical care as a direct result of injuries sustained in a slip-and-fall accident on October 18, 2014.

In order to accurately define this patient's impairment, disability, and cost for future medical care the following will be performed:

1. Medical Functional Capacity Assessment.
2. Medical Functional Capacity Opinion.
3. Functional Assessment.
4. Continuation of Care.

Yesmin Galarza                                                    Page 8

5. Summary Report.
6. Photographs.
7. Documentation.
8. Medical Records Review.

_____

Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, International Academy of Independent Medical Evaluators
CHL/la/tl/apr.16

# Medical Functional Capacity Assessment

**Ms. Yesmin Galarza**

# Report Summary

## Consistency Results

During the functional testing numerous factors, including subjective reports, clinical observations and objective performance, were evaluated in order to comment on Ms. Galarza's quality of effort.  While no single factor is an absolute means to determine whether or not performance is consistent, reliable and valid, the overall performance on all effort assessments and coefficient of variation testing does provide information about the client's level of participation.  Based on this, it is the evaluator's opinion that the results of this FCE do represent the client's current safe maximal performance level.

Ms. Galarza demonstrated expected results in the following areas:
(1) There were consistent physiological changes normally associated with maximum effort observed during functional testing.

(2) Subjective reports were congruent with objective findings and clinical observations.

Copyright 2008 BTE Technologies, Inc. All Rights Reserved                    **Page   3  Of  38**

Ms. Yesmin Galarza

## Findings and Results

Ms. Galarza demonstrated the ability to sit for 20-30 minutes and stand for 10-15 minutes. She reported the ability to sit for 30 minutes, stand for 20 minutes, and walk for 60 minutes.

Ms. Galarza demonstrated the ability to repetitively bend 7 times in 30 seconds and demonstrated the ability to repetitively kneel 5 times in 30 seconds.

Additionally, Ms. Galarza demonstrated the ability to lift 20 pounds from the floor to waist, 20 pounds from waist to shoulder, and 20 pounds from floor to shoulder on an occasional basis. The patient demonstrated the ability to lift and carry up to 20 pounds 30 feet.

The biomechanical and physiological changes normally observed when an individual is providing a maximal acceptable effort during these activities were demonstrated by the client.

Ms.Galarza's comfortable gait velocity is within the normal limits of the established normative gait velocity in a healthy individual for the client's age of 55.*

Ms.Galarza's maximum gait velocity is within the normal limits of the established normative gait velocity in a healthy individual for the client's age of 55.*

The score achieved by Ms. Galarza on the Perdue Pegboard Test  when performing the assembly with her right hand was considered average.**

The score achieved by Ms. Galarza on the Perdue Pegboard Test  when performing the assembly with her left hand was considered low average.**

The score achieved by Ms. Galarza on the Perdue Pegboard Test  when performing with both of her hands is considered average.**

The score achieved by Ms. Galarza on the Perdue Pegboard Test  when performing the "Assembly" with both of her hands is considered poor.**

*(using Bohannon, 1997; n = 230 healthy volunteers)
**(using Appendix A, table 10 and Figure 2C from the Lafayette Instrument Purdue Pegboard Test manual).

## Clinical Summary

A number of factors were used during this evaluation, which took into account subjective reports, clinical observations and objective findings to ensure the best clinical judgement for this Functional Capacity Evaluation. Overall, Yesmin Galarza provided a consistent effort throughout the evaluation. Based on these findings, it is the evaluator's opinion that the results of this assessment are a valid indication of Ms. Galarza's present physical abilities.

Ms. Galarza presented with the following primary limiting factors:
(1) Biomechanical Demands

(2) Physiological Demands

Craig H. Lichtblau, M.D., P.A.

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

**Ms. Yesmin Galarza**

(1) Biomechanical demands may include but are not limited to: observed biomechanical breakdown during task performance, unsafe compensatory movement and muscle recruitment, throwing or jerking the load during material handling, or decreased range of motion and strength. Biomechanical factors are observed during task performance and are present when an individual is providing a maximum effort, and are generally not a threat to the validity of the test results.

## __Test Details__

Copyright 2008 BTE Technologies, Inc. All Rights Reserved                    Page   5   Of   38

**Ms. Yesmin Galarza**

## Non-Integrated Test - Ten Meter Walk Test

Evaluation Date and Time : 3/10/2016 11:47 AM          Instrument:    Non-Integrated



**Description**

10-Meter Walk Test

This test examines gait speed.  Gait speed is important for safe community mobility (e.g. crossing a street before the light changes).

"Walking speed is "almost the perfect measure." A reliable, valid, sensitive and specific measure, self-selected walking speed (WS), also termed gait velocity, correlates with functional ability, and balance confidence. It has the potential to predict future health status, and functional decline including hospitalization, discharge location, and mortality. WS reflects both functional and physiological changes, is a discriminating factor in determining potential for rehabilitation, and aids in prediction of falls and fear of falling. Furthermore, progression of WS has been linked to clinical meaningful changes in quality of life and in home and community walking behavior. Due to its ease of use and psychometric properties, WS has been used as a predictor and outcome measure across multiple diagnoses. In addition, WS was chosen by a panel of experts as the standardized assessment to measure locomotion for the Motor Function Domain of the NIH Toolbox."[1]

REFERENCES

1. http://web.missouri.edu/~proste/tool/cv/White_Paper___Walking_Speed__the_Sixth_Vital_Sign_.2.pdf

| Cycle | Seconds |
|-------|---------|
| 1 | 7.18 |
| 2 | 7.73 |
| 3 | 7.20 |
| 4 | 5.19 |
| 5 | 5.04 |
| 6 | 5.07 |

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

**Ms. Yesmin Galarza**

**Heart Rate**



**Comment**

Ms.Galarza walked ten meters at a comfortable pace three times.  Her walking time average out of three attempts was 7.37 seconds in ten meters.  She demonstrated an average gait velocity of 1.36 meters/second.
Her comfortable gait velocity was within the mean  based on the established normative comfortable gait velocity data in a healthy individual for the client's age of 55.*

Ms.Galarza walked ten meters at a fast pace three times.  Her walking time average out of three attempts was 5.10 seconds in ten meters.  She demonstrated an average maximum gait velocity of 1.96 meters/second.
Her score was within the mean  based on the established normative comfortable gait velocity data in a healthy individual for the client's age of 55.*

*(using Bohannon, 1997; n = 230 healthy volunteers)

Copyright 2008 BTE Technologies, Inc. All Rights Reserved                                    **Page   7   Of   38**

**Ms. Yesmin Galarza**



## Non-Integrated Test - Repetitive Bending

Evaluation Date and Time : 3/10/2016 11:49 AM          Instrument:   Non-Integrated

### Description

| Cycle | Number Performed |
|-------|------------------|
| 1 | 7 |

### Heart Rate



### Comment

Ms.Galarza demonstrated the ability to repetitively bend at her waist.

(1) Ms.Galarza performed 7 repetitions in 30 seconds.

(2)  Motion during this test was performed in a fluid manner.

Patient stated she felt her right knee was shaking.

---

**Craig H. Lichtblau, M.D., P.A.**

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

**Ms. Yesmin Galarza**

## Non-Integrated Test - Repetitive Kneeling

Evaluation Date and Time : 3/10/2016 11:51 AM          Instrument:   Non-Integrated

| Cycle | Number Performed |
|-------|------------------|
| 1 | 5 |

**Heart Rate**



**Comment**

Ms.Galarza demonstrated the ability to repetitively kneel.

(1) Ms.Galarza performed 5 kneeling repetitions in 30 seconds.

(2)  Motion during this test was performed in a voluntarily guarded manner.

Patient stated "I felt the right knee is getting tight inside".
Patient c/o the right leg felt weak.

Patient limited the range of the kneeling activity and did not go to the floor.

Craig H. Lichtblau, M.D., P.A.

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

**Ms. Yesmin Galarza**

## Work Simulation Test - Positional Test - Upper Level Reach - Occasional

Evaluation Date and Time : 3/10/2016 12:02 PM          Instrument:   Work Simulation



### Description

The Positional Test - Upper Level Reach - Occasional protocol was used to determine Ms. Galarza's ability to perform this activity on a sustained basis. Ms. Galarza was tested using the Functional Range of Motion (F.R.O.M.) System and the performance was calculated using the internationally-recognized Methods-Time Measurement (MTM) standard. MTM is an industrial engineering-based method for the determination of time-motion performance in conjunction with work-related activities. The MTM standard score allows for the means to determine an exact percentage score of performance against the most widely recognized criteria for the assessment of time-motion activities. MTM scoring is based on a criterion referenced time-motion standard to complete a task as opposed to an estimate of ability.

The test scoring is based upon the total time necessary to complete 1 cycle(s) of the task. The time required to complete the test is converted into the equivalent MTM standard score. Ms. Galarza had a MTM score of 84% which correlates to a rating of Competitive.

**Test Time (min:sec) : 5:38**          **Number of Pegs : 15**

| Set | Rep | Time |
|-----|-----|------|
| 1 | 1 | 72 |
| 1 | 2 | 66 |
| 1 | 3 | 68 |
| 1 | 4 | 67 |
| 1 | 5 | 65 |
| Set 1 Total | | 338 |



### Comment
Patient c/o both shoulders getting tired with the left greater.

Patient stood more on the left leg while performing this activity.

Craig H. Lichtblau, M.D., P.A.

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

**Ms. Yesmin Galarza**

### Strength Test - Pinch Grip - Key

Evaluation Date and Time : 3/10/2016 12:05 PM          Instrument:    Pinch Grip



### Description

Ms. Galarza reached an average peak force of  14.6  pounds for the left Pinch Grip - Key and 13.5  pounds for the right Pinch Grip - Key.This yields a 7.3% (R<L) difference between the sides.  The coefficient of variation (COV) was 2.8% for the left side and 10.2% for the right side.  Values greater than 15% may be an indicator of submaximal effort.

**Left**                                        **Right**



| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|---|---|---|
| 1 | 15.1 | 0.8 |
| 2 | 14.2 | 1.7 |
| 3 | 14.3 | 0.7 |

Average Peak All (lbs):  14.6

COV (%):  2.8



| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|---|---|---|
| 1 | 14.9 | 0.4 |
| 2 | 11.6 | 1.0 |
| 3 | 14.0 | 0.2 |

Average Peak All (lbs):  13.5

COV (%):  10.2

| Comparison (R-L) (%) | -7.3 |
|---|---|

Craig H. Lichtblau, M.D., P.A.

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

**Ms. Yesmin Galarza**

## Strength Test - Pinch Grip - Palmar

Evaluation Date and Time : 3/10/2016 12:06 PM          Instrument:   Pinch Grip



## Description

Ms. Galarza reached an average peak force of  6.4  pounds for the left Pinch Grip - Palmar and 5.9  pounds for the right Pinch Grip - Palmar.This yields a 7.5% (R<L) difference between the sides.  The coefficient of variation (COV) was 12.6% for the left side and 9.6% for the right side.  Values greater than 15% may be an indicator of submaximal effort.

**Left**                                               **Right**



| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|-------|------------------|---------------------|
| 1 | 6.5 | 0.4 |
| 2 | 5.3 | 0.5 |
| 3 | 7.3 | 2.4 |

Average Peak All (lbs):  6.4

COV (%):  12.6



| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|-------|------------------|---------------------|
| 1 | 5.3 | 0.8 |
| 2 | 5.7 | 0.2 |
| 3 | 6.7 | 0.7 |

Average Peak All (lbs):  5.9

COV (%):  9.6

| Comparison (R-L) (%) | -7.5 |
|----------------------|------|

Copyright 2008 BTE Technologies, Inc. All Rights Reserved          **Page   12 Of  38**

**Ms. Yesmin Galarza**

## Strength Test - Pinch Grip - Tip

Evaluation Date and Time : 3/10/2016 12:08 PM          Instrument:    Pinch Grip



### Description

Ms. Galarza reached an average peak force of  10.6  pounds for the left Pinch Grip - Tip and 8.6  pounds for the right Pinch Grip - Tip.This yields a 18.9% (R<L) difference between the sides.  The coefficient of variation (COV) was 11.7% for the left side and 18.0% for the right side.  Values greater than 15% may be an indicator of submaximal effort.

**Left**                                                          **Right**





| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|---|---|---|
| 1 | 9.6 | 1.1 |
| 2 | 12.3 | 0.9 |
| 3 | 9.8 | 0.4 |

Average Peak All (lbs):  10.6

COV (%):  11.7

| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|---|---|---|
| 1 | 10.6 | 0.5 |
| 2 | 8.4 | 1.5 |
| 3 | 6.8 | 0.3 |

Average Peak All (lbs):  8.6

COV (%):  18.0

| Comparison (R-L) (%) | -18.9 |
|---|---|

Copyright 2008 BTE Technologies, Inc. All Rights Reserved                              **Page    13  Of  38**

**Ms. Yesmin Galarza**

## Work Simulation Test - Floor to Waist Occasional



Evaluation Date and Time : 3/10/2016 12:12 PM          Instrument:   Dynamic Lift

### Description

The Floor to Waist Occasional was conducted in order to determine Ms. Galarza's ability to complete the task.  A progressive loading method was used to determine Ms. Galarza's capacity for the performance of dynamic lifting activities on a safe and dependable basis.  Lifting was conducted between an initial height of the floor and a final height of Waist Height with a total of 3 lifts completed.  The increase in the amount of weight lifted was in 5 pounds increments.

In order to ensure safety in administration of the testing protocol, Ms. Galarza's heart rate was monitored on a real-time basis.  A cut-off of 140 beats per minute based upon age predicted maximum was used in order to ensure the safe administration of the dynamic lifting protocol.

During the course of testing, Ms. Galarza's heart rate started at 86 beats per minute and ended at a value of 102 beats per minute at a final weight of 20 pounds.  This represents a change of 18.6% increase during the lifting protocol.  Ms. Galarza's heart rate recovered to 0 beats per minute.  (If this value is 0 bpm, heart rate recovery was not measured.)

Ms. Galarza demonstrated the ability to lift 20 pounds on a safe and dependable basis.

| | | | | |
|---|---|---|---|---|
| Test Time (sec):   110 | | Lift Item:   BTE Crate | | |
| Start Position:   Floor | | | Lift to Capacity:   20 | |
| Lift Weight To:   Lower Shelf      Waist Height | | | | |

### Heart Rate



### Increment List

| Weight (lbs) | # Lifts | Time (mm:ss) | Max HR (BPM) | % APMHR | RPE |
|---|---|---|---|---|---|
| 10 | 1 | 17 | 90 | 55 | 3 |
| 15 | 1 | 50 | 95 | 57 | 4 |
| 20 | 1 | 91 | 103 | 62 | 4 |

### Terminate Comment

The Test was terminated because of Biomechanical reasons

### Comment

Patient c/o increased pain in the right knee and winded.

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

**Ms. Yesmin Galarza**

## Work Simulation Test - Waist to Shoulder Occasional



Evaluation Date and Time : 3/10/2016 12:16 PM          Instrument:   Dynamic Lift

### Description

The Waist to Shoulder Occasional was conducted in order to determine Ms. Galarza's ability to complete the task.  A progressive loading method was used to determine Ms. Galarza's capacity for the performance of dynamic lifting activities on a safe and dependable basis.  Lifting was conducted between an initial height of Waist Height and a final height of Shoulder Height with a total of 3 lifts completed.  The increase in the amount of weight lifted was in 5 pounds increments.

In order to ensure safety in administration of the testing protocol, Ms. Galarza's heart rate was monitored on a real-time basis.  A cut-off of 140 beats per minute based upon age predicted maximum was used in order to ensure the safe administration of the dynamic lifting protocol.

During the course of testing, Ms. Galarza's heart rate started at 82 beats per minute and ended at a value of 97 beats per minute at a final weight of 20 pounds.  This represents a change of 18.29% increase during the lifting protocol.  Ms. Galarza's heart rate recovered to 0 beats per minute.  (If this value is 0 bpm, heart rate recovery was not measured.)

Ms. Galarza demonstrated the ability to lift 20 pounds on a safe and dependable basis.

Test Time (sec):  73                      Lift Item:    BTE Crate
Start Position:    Lower Shelf    Waist Height                     Lift to Capacity:   20
Lift Weight To:    Upper Shelf       Shoulder Height

| Heart Rate | Increment List |
|---|---|



| Weight (lbs) | # Lifts | Time (mm:ss) | Max HR (BPM) | % APMHR | RPE |
|---|---|---|---|---|---|
| 10 | 1 | 10 | 85 | 49 | 4 |
| 15 | 1 | 21 | 90 | 55 | 4 |
| 20 | 1 | 22 | 95 | 57 | 4 |

### Terminate Comment

The Test was terminated because of Physiological reasons

### Comment

Patient stated the crate was heavy.

Craig H. Lichtblau, M.D., P.A.

**Ms. Yesmin Galarza**

## Work Simulation Test - Floor to Shoulder Occasional

Evaluation Date and Time : 3/10/2016 12:21 PM          Instrument:   Dynamic Lift



### Description

The Floor to Shoulder Occasional was conducted in order to determine Ms. Galarza's ability to complete the task.  A progressive loading method was used to determine Ms. Galarza's capacity for the performance of dynamic lifting activities on a safe and dependable basis.  Lifting was conducted between an initial height of the floor and a final height of Shoulder Height with a total of 3 lifts completed.  The increase in the amount of weight lifted was in 5 pounds increments.

In order to ensure safety in administration of the testing protocol, Ms. Galarza's heart rate was monitored on a real-time basis.  A cut-off of 140 beats per minute based upon age predicted maximum was used in order to ensure the safe administration of the dynamic lifting protocol.

During the course of testing, Ms. Galarza's heart rate started at 83 beats per minute and ended at a value of 105 beats per minute at a final weight of 20 pounds.  This represents a change of 26.51% increase during the lifting protocol.  Ms. Galarza's heart rate recovered to 0 beats per minute.  (If this value is 0 bpm, heart rate recovery was not measured.)

Ms. Galarza demonstrated the ability to lift 20 pounds on a safe and dependable basis.

| | | | | |
|---|---|---|---|---|
| Test Time (sec): | 97 | | Lift Item: | BTE Crate |
| Start Position: | Floor | | | Lift to Capacity:   20 |
| Lift Weight To: | Lower Shelf | Shoulder Height | | |

### Heart Rate



### Increment List

| Weight (lbs) | # Lifts | Time (mm:ss) | Max HR (BPM) | % APMHR | RPE |
|---|---|---|---|---|---|
| 10 | 1 | 12 | 87 | 53 | 4 |
| 15 | 1 | 44 | 94 | 57 | 4 |
| 20 | 1 | 76 | 101 | 60 | 5 |

### Terminate Comment

The Test was terminated because of Physiological reasons

### Comment

Patient c/o increased pain in the right knee and both knees feel weak with the right greater.

Copyright 2008 BTE Technologies, Inc. All Rights Reserved                **Page   16  Of   38**

**Ms. Yesmin Galarza**

## Strength Test - Hand Grip - Three Trials in Position 1

Evaluation Date and Time : 3/10/2016 12:27 PM          Instrument:    Hand Grip



### Description

Ms. Galarza reached an average peak force of 37.7 pounds for the left Hand Grip - Three Trials in Position 1 and 41.9 pounds for the right Hand Grip - Three Trials in Position 1. This yields 11.1% (R>L) difference between the sides. The coefficient of variation (COV) was 3.4% for the left side and 4.7% for the right side. Values greater than 15% may be an indicator of submaximal effort.

**Left**



| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|---|---|---|
| 1 | 39.6 | 1.0 |
| 2 | 37.0 | 2.1 |
| 3 | 36.7 | 1.1 |
| Average Peak All (lbs): 37.7 | | |
| COV (%): 3.4 | | |

**Right**



| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|---|---|---|
| 1 | 44.7 | 1.2 |
| 2 | 40.5 | 1.2 |
| 3 | 40.5 | 0.8 |
| Average Peak All (lbs): 41.9 | | |
| COV (%): 4.7 | | |

| Comparison (R-L) (%) | 11.1 |
|---|---|

Craig H. Lichtblau, M.D., P.A.

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

**Ms. Yesmin Galarza**

## Strength Test - Hand Grip - Three Trials in Position 2

Evaluation Date and Time : 3/10/2016 12:28 PM          Instrument:   Hand Grip



### Description

Ms. Galarza reached an average peak force of 59.2  pounds for the left Hand Grip - Three Trials in Position 2 and 55.5  pounds for the right Hand Grip - Three Trials in Position 2.  This yields 6.2% (R<L) difference between the sides.  The coefficient of variation (COV) was 8.6% for the left side and 2.8% for the right side.  Values greater than 15% may be an indicator of submaximal effort.

**Left**



| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|---|---|---|
| 1 | 65.9 | 0.9 |
| 2 | 57.9 | 1.8 |
| 3 | 53.7 | 1.9 |
| Average Peak All (lbs):  59.2 | | |
| COV (%):  8.6 | | |

**Right**



| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|---|---|---|
| 1 | 56.3 | 2.6 |
| 2 | 53.4 | 1.6 |
| 3 | 56.9 | 2.3 |
| Average Peak All (lbs):  55.5 | | |
| COV (%):  2.8 | | |

| Comparison (R-L) (%) | -6.2 |
|---|---|

Craig H. Lichtblau, M.D., P.A.

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

**Ms. Yesmin Galarza**

## Strength Test - Hand Grip - Three Trials in Position 3

Evaluation Date and Time : 3/10/2016 12:29 PM          Instrument:   Hand Grip



### Description

Ms. Galarza reached an average peak force of 54.7  pounds for the left Hand Grip - Three Trials in Position 3 and 50.1  pounds for the right Hand Grip - Three Trials in Position 3.  This yields 8.4% (R<L) difference between the sides.  The coefficient of variation (COV) was 5.2% for the left side and 2.6% for the right side.  Values greater than 15% may be an indicator of submaximal effort.

| Left | Right |
|------|-------|



| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|-------|------------------|---------------------|
| 1 | 58.5 | 1.3 |
| 2 | 53.7 | 2.1 |
| 3 | 51.8 | 1.1 |

Average Peak All (lbs):  54.7

COV (%):  5.2



| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|-------|------------------|---------------------|
| 1 | 49.8 | 1.5 |
| 2 | 51.8 | 1.5 |
| 3 | 48.6 | 0.8 |

Average Peak All (lbs):  50.1

COV (%):  2.6

| Comparison (R-L) (%) | -8.4 |
|----------------------|------|

**Craig H. Lichtblau, M.D., P.A.**

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

**Ms. Yesmin Galarza**

## Strength Test - Hand Grip - Three Trials in Position 4

Evaluation Date and Time : 3/10/2016 12:30 PM          Instrument:   Hand Grip



### Description

Ms. Galarza reached an average peak force of 29.4  pounds for the left Hand Grip - Three Trials in Position 4 and 33.9  pounds for the right Hand Grip - Three Trials in Position 4.  This yields 15.3% (R>L) difference between the sides.  The coefficient of variation (COV) was 2.1% for the left side and 2.0% for the right side.  Values greater than 15% may be an indicator of submaximal effort.

**Left**



| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|---|---|---|
| 1 | 28.9 | 0.9 |
| 2 | 30.2 | 0.8 |
| 3 | 28.9 | 1.3 |
| Average Peak All (lbs):  29.4 | | |
| | | |
| COV (%):   2.1 | | |

**Right**



| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|---|---|---|
| 1 | 33.8 | 0.7 |
| 2 | 33.1 | 1.4 |
| 3 | 34.7 | 1.3 |
| Average Peak All (lbs):  33.9 | | |
| | | |
| COV (%):   2.0 | | |

| Comparison (R-L) (%) | 15.3 |
|---|---|

**Craig H. Lichtblau, M.D., P.A.**

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

**Ms. Yesmin Galarza**

## Strength Test - Hand Grip - Three Trials in Position 5

Evaluation Date and Time : 3/10/2016 12:31 PM          Instrument:   Hand Grip



### Description

Ms. Galarza reached an average peak force of 19.4  pounds for the left Hand Grip - Three Trials in Position 5 and 22.6  pounds for the right Hand Grip - Three Trials in Position 5.  This yields 16.6% (R>L) difference between the sides.  The coefficient of variation (COV) was 8.7% for the left side and 0.7% for the right side.  Values greater than 15% may be an indicator of submaximal effort.

**Left**



| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|---|---|---|
| 1 | 17.0 | 0.5 |
| 2 | 20.9 | 1.2 |
| 3 | 20.3 | 2.9 |
| Average Peak All (lbs): 19.4 | | |
| COV (%):  8.7 | | |

**Right**



| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|---|---|---|
| 1 | 22.8 | 0.8 |
| 2 | 22.5 | 1.8 |
| 3 | 22.5 | 2.6 |
| Average Peak All (lbs): 22.6 | | |
| COV (%):  0.7 | | |

| Comparison (R-L) (%) | 16.6 |
|---|---|

Craig H. Lichtblau, M.D., P.A.

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

**Ms. Yesmin Galarza**

## Strength Test - Rapid Exchange Grip

Evaluation Date and Time : 3/10/2016 12:34 PM          Instrument:   Hand Grip



## Description

Ms. Galarza reached an average peak force of 54.6  pounds for the left Rapid Exchange Grip and 54.8  pounds for the right Rapid Exchange Grip.  This yields 0.3% (R>L) difference between the sides.  The coefficient of variation (COV) was 9.9% for the left side and 7.0% for the right side.  Values greater than 15% may be an indicator of submaximal effort.

**Left**                                              **Right**





| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|---|---|---|
| 1 | 62.7 | 1.0 |
| 2 | 59.2 | 1.0 |
| 3 | 55.3 | 0.8 |
| 4 | 54.3 | 0.8 |
| 5 | 49.2 | 0.9 |
| 6 | 46.9 | 0.8 |
| Average Peak All (lbs):  54.6 | | |
| COV (%):  9.9 | | |

| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|---|---|---|
| 1 | 58.5 | 1.0 |
| 2 | 56.3 | 0.9 |
| 3 | 54.3 | 0.9 |
| 4 | 57.9 | 0.9 |
| 5 | 54.7 | 0.6 |
| 6 | 46.9 | 0.9 |
| Average Peak All (lbs):  54.8 | | |
| COV (%):  7.0 | | |

| Comparison (R-L) (%) | 0.3 |
|---|---|

Craig H. Lichtblau, M.D., P.A.

Copyright 2008 BTE Technologies, Inc. All Rights Reserved          Page   22 Of  38

**Ms. Yesmin Galarza**

## Strength Test - Hand Grip - Standard

Evaluation Date and Time : 3/10/2016 12:35 PM          Instrument:    Hand Grip



## Description

Ms. Galarza reached an average peak force of 54.5  pounds for the left Hand Grip - Standard and 49.5  pounds for the right Hand Grip - Standard.  This yields 9.1% (R<L) difference between the sides.  The coefficient of variation (COV) was 5.0% for the left side and 4.7% for the right side.  Values greater than 15% may be an indicator of submaximal effort.

### Left



| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|---|---|---|
| 1 | 58.2 | 0.7 |
| 2 | 53.4 | 1.7 |
| 3 | 51.8 | 1.1 |
| Average Peak All (lbs): 54.5 | | |
| COV (%):  5.0 | | |

### Right



| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|---|---|---|
| 1 | 51.8 | 1.5 |
| 2 | 50.5 | 0.9 |
| 3 | 46.3 | 1.0 |
| Average Peak All (lbs): 49.5 | | |
| COV (%):  4.7 | | |

| Comparison (R-L) (%) | -9.1 |
|---|---|

Craig H. Lichtblau, M.D., P.A.

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

**Ms. Yesmin Galarza**

## Work Simulation Test - CHL Bilateral Upper Extremity Carry



Evaluation Date and Time : 3/10/2016 12:41 PM          Instrument:   Dynamic Carry

### Description

The CHL Bilateral Upper Extremity Carry was conducted in order to determine Ms. Galarza's ability to complete the task.  A progressive loading method was used to determine Ms. Galarza's capacity for the performance of dynamic carrying activities on a safe and dependable basis. The load started from the floor and was carried a distance of 30 Feet for a total of 3 repetitions at each weight increment. The increase in the amount weight carried was in 5 pounds increments.

In order to ensure safety in administration of the testing protocol, Ms. Galarza's heart rate was monitored on a real-time basis.  A cut-off of 140 beats per minute, based upon age predicted maximum was used in order to ensure the safe administration of the dynamic carrying protocol.

During the course of testing, Ms. Galarza's heart rate started at 85 beats per minute and ended at a value of 84 beats per minute at a final weight of 20 pounds.This represents a change of 1.18% decrease during the lifting protocol.  Ms. Galarzaheart rate recovered to 0 beats per minute.

Ms. Galarza demonstrated the ability to carry 20 pounds on a safe and dependable basis.

| | | | | |
|---|---|---|---|---|
| Test Time (sec): | 155 | Lift Item: | BTE Crate | |
| Start Position: | Shelf | Distance: | 30 ft | Lift to Capacity:   20 |
| Carry Item To : | Lower Shelf   15.0 In. | | | |

### Heart Rate



### Increment List

| Weight (lbs) | # Lifts | Time (mm:ss) | Max HR (BPM) | % APMHR | RPE |
|---|---|---|---|---|---|
| 10 | 1 | 29 | 96 | 59 | 5 |
| 15 | 1 | 46 | 100 | 61 | 5 |
| 20 | 1 | 44 | 103 | 60 | 5 |

### Terminate Comment

The Test was terminated because of Physiological reasons

### Comment

Patient c/o increased pain in the right knee and winded.

**Craig H. Lichtblau, M.D., P.A.**

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

**Ms. Yesmin Galarza**

## Strength Test - UTM Cart Pull Test

Evaluation Date and Time : 3/10/2016 12:46 PM          Instrument:    UTM



### Description

Ms. Galarza reached a combined peak force of 24.3 pounds during the UTM Cart Pull Test. The combined peak force is calculated by storing the combined maximum of the left and right force at any instant in time during each trial then averaging over all trials. The average of the peak forces for the individual sides are 12.6 pounds for the left side and 11.7 pounds for the right side. This yields a 7.2% (R<L) difference between the sides. The coefficient of variation (COV) was 4.4% for the left side and 3.8% for the right side. Values greater than 15% may be an indicator of submaximal effort.

**Lower Arm Height:** 49 inches

| Left | Right | Heart Rate |
|------|-------|------------|







| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|-------|------------------|---------------------|
| 1 | 12.7 | 0.4 |
| 2 | 13.3 | 0.5 |
| 3 | 11.9 | 1.4 |

Average Peak All (lbs):  12.6

COV (%):  4.4

| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|-------|------------------|---------------------|
| 1 | 12.3 | 1.3 |
| 2 | 11.3 | 0.5 |
| 3 | 11.5 | 0.6 |

Average Peak All (lbs):  11.7

COV (%):  3.8

| | |
|---|---|
| Initial HR (BPM) | 76 |
| Max HR (BPM) | 86 |
| Final HR (BPM) | 81 |
| Combined Average (lbs) | 24.3 |
| Comparison (R-L) (%) | -7.2 |

### Comment

Patient c/o burning in the right knee.

Copyright 2008 BTE Technologies, Inc. All Rights Reserved              **Page    25 Of  38**

**Ms. Yesmin Galarza**

## Strength Test - UTM Cart Push Test

Evaluation Date and Time : 3/10/2016 12:48 PM          Instrument:    UTM



## Description

Ms. Galarza reached a combined peak force of 28.7 pounds during the UTM Cart Push Test. The combined peak force is calculated by storing the combined maximum of the left and right force at any instant in time during each trial then averaging over all trials. The average of the peak forces for the individual sides are 14.2 pounds for the left side and 14.4 pounds for the right side. This yields a 1.2% (R>L) difference between the sides. The coefficient of variation (COV) was 17.3% for the left side and 8.3% for the right side. Values greater than 15% may be an indicator of submaximal effort.

**Lower Arm Height:** 49 inches

| Left | Right | Heart Rate |
|------|-------|------------|







| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|-------|------------------|---------------------|
| 1 | 10.8 | 0.1 |
| 2 | 16.5 | 1.2 |
| 3 | 15.4 | 1.2 |
| Average Peak All (lbs): | 14.2 | |

| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|-------|------------------|---------------------|
| 1 | 12.9 | 2.4 |
| 2 | 15.7 | 1.2 |
| 3 | 14.7 | 5.0 |
| Average Peak All (lbs): | 14.4 | |

| | |
|---|---|
| Initial HR (BPM) | 73 |
| Max HR (BPM) | 89 |
| Final HR (BPM) | 76 |
| Combined Average (lbs) | 28.7 |
| Comparison (R-L) (%) | 1.2 |

| COV (%): | 17.3 |
|---|---|

| COV (%): | 8.3 |
|---|---|

## Comment

Patient performed first repetition with the right leg back and changed legs putting the left leg back for the second and third reps which was more comfortable on the right leg/knee.

Copyright 2008 BTE Technologies, Inc. All Rights Reserved          Page   26  Of   38

**Ms. Yesmin Galarza**

## Strength Test - UTM - Standard Shoulder Height Pull Test

Evaluation Date and Time : 3/10/2016 12:49 PM          Instrument:   UTM



### Description

Ms. Galarza reached a combined peak force of 31.2 pounds during the UTM - Standard Shoulder Height Pull Test. The combined peak force is calculated by storing the combined maximum of the left and right force at any instant in time during each trial then averaging over all trials. The average of the peak forces for the individual sides are 12.5 pounds for the left side and 18.6 pounds for the right side. This yields a 48.6% (R>L) difference between the sides. The coefficient of variation (COV) was 6.7% for the left side and 5.0% for the right side. Values greater than 15% may be an indicator of submaximal effort.

| **Left** | **Right** | **Heart Rate** |
|---|---|---|



| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|---|---|---|
| 1 | 11.4 | 3.7 |
| 2 | 13.3 | 0.8 |
| 3 | 13.0 | 0.6 |

| Average Peak All (lbs):   12.5 |
|---|

| COV (%):   6.7 |
|---|



| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|---|---|---|
| 1 | 18.1 | 0.6 |
| 2 | 19.9 | 0.7 |
| 3 | 17.8 | 1.7 |

| Average Peak All (lbs):   18.6 |
|---|

| COV (%):   5.0 |
|---|



| | |
|---|---|
| Initial HR (BPM) | 71 |
| Max HR (BPM) | 85 |
| Final HR (BPM) | 84 |
| Combined Average (lbs) | 31.2 |
| Comparison (R-L) (%) | 48.6 |

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

**Ms. Yesmin Galarza**

## Strength Test - UTM - Standard Shoulder Height Push Test

Evaluation Date and Time : 3/10/2016 12:51 PM          Instrument:   UTM



### Description

Ms. Galarza reached a combined peak force of 29.0  pounds during the UTM - Standard Shoulder Height Push Test. The combined peak force is calculated by storing the combined maximum of the left and right force at any instant in time during each trial then averaging over all trials.  The average of the peak forces for the individual sides are 15.1 pounds for the left side and 13.9 pounds for the right side.  This yields a 8.3% (R<L) difference between the sides. The coefficient of variation (COV) was 3.9% for the left side and 4.6% for the right side.  Values greater than 15% may be an indicator of submaximal effort.

| Left | Right | Heart Rate |
|------|-------|------------|



| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|-------|------------------|---------------------|
| 1 | 14.3 | 2.9 |
| 2 | 15.4 | 1.0 |
| 3 | 15.7 | 1.4 |

Average Peak All (lbs):  15.1

COV (%):  3.9



| Rep # | Peak Force (lbs) | Time to Peak (secs) |
|-------|------------------|---------------------|
| 1 | 14.7 | 0.8 |
| 2 | 13.9 | 4.6 |
| 3 | 13.1 | 2.1 |

Average Peak All (lbs):  13.9

COV (%):  4.6



| | |
|---|---|
| Initial HR (BPM) | 71 |
| Max HR (BPM) | 83 |
| Final HR (BPM) | 80 |
| Combined Average (lbs) | 29.0 |
| Comparison (R-L) (%) | -8.3 |

Craig H. Lichtblau, M.D., P.A.

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

**Ms. Yesmin Galarza**

## Non-Integrated Test - Purdue Peg Board

Evaluation Date and Time : 3/10/2016 1:04 PM          Instrument:   Non-Integrated

| Cycle | Section Performed | Seconds | Total Units Completed |
|-------|-------------------|---------|-----------------------|
| 1 | right hand | 30 seconds | 17 pieces |
| 2 | left hand | 30 seconds | 14 pieces |
| 3 | both hands | 30 seconds | 13 pairs |
| 4 | assembly | 60 seconds | 22 pieces |

**Heart Rate**



**Comment**

A percentile Scale and standard scale was used to interpret the raw scores demonstrated by Ms. Galarza for her right hand, left hand, both hands, and assembly using both hands.  The percentile score is interpreted in terms of a percent of the normal population surpassed by Ms. Galarza. Ms.Galarza raw score was also used to determine how many standard deviations above or below the mean the score falls.

For example, if the subject's score is at the midpoint (50th percentile on the scale) it means that the score made by a subject was better than 50  percent of the normative population.

The score achieved by Ms. Galarza when using her right hand was better than 20% of the normative population which is within the mean which is considered average.**

The score achieved by Ms. Galarza when using her left hand was better than 5% of the normative population which is one standard deviation below the mean which is considered low average.**

The score achieved by Ms. Galarza when using both of her hands was better than 9% of the normative population which is within the mean which is considered average.**

The score achieved by Ms. Galarza when performing the assembly with both of her hands was better than 0% of the normative population which is two standard deviations below the mean which is considered poor.**

**(using Appendix A, table 10 and Figure 2C from the Lafayette Instrument Purdue Pegboard Test manual),

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

**Ms. Yesmin Galarza**

## Cardiovascular Intake

| Resting Heart Rate (BPM) | Systolic BP (mm Hg) | Diastolic BP (mm Hg) | Date | Intake Type |
|---|---|---|---|---|
| 74 Normal Heart Rate | 110 Normal Systolic BP | 70 Normal Diastolic BP | 3/10/2016  11:41 AM | Pre-Test |

Craig H. Lichtblau, M.D., P.A.

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

Ms. Yesmin Galarza

## Physical Capacity Summary

### Strength Tests

| Test Name | Test Date | Left Peak Force (lbs) | Right Peak Force (lbs) | Left COV (%) | Right COV (%) | Left Avg. Force (lbs) | Right Avg. Force (lbs) | Combined Force (lbs) | Start HR (bpm) | End HR (bpm) | Max HR (bpm) | Pre-Post Pain Level (1 - 10) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pinch Grip - Key | 2016-03-10 12:05:45 | 14.6 | 13.5 | 2.8 | 10.2 | - | - | - | - | - | - | - - - |
| Pinch Grip - Palmar | 2016-03-10 12:06:56 | 6.4 | 5.9 | 12.6 | 9.6 | - | - | - | - | - | - | - - - |
| Pinch Grip - Tip | 2016-03-10 12:08:06 | 10.6 | 8.6 | 11.7 | 18.0 | - | - | - | - | - | - | - - - |
| Hand Grip - Three Trials in Position 1 | 2016-03-10 12:27:17 | 37.7 | 41.9 | 3.4 | 4.7 | - | - | - | - | - | - | - - - |
| Hand Grip - Three Trials in Position 2 | 2016-03-10 12:28:24 | 59.2 | 55.5 | 8.6 | 2.8 | - | - | - | - | - | - | - - - |
| Hand Grip - Three Trials in Position 3 | 2016-03-10 12:29:29 | 54.7 | 50.1 | 5.2 | 2.6 | - | - | - | - | - | - | - - - |
| Hand Grip - Three Trials in Position 4 | 2016-03-10 12:30:38 | 29.4 | 33.9 | 2.1 | 2.0 | - | - | - | - | - | - | - - - |
| Hand Grip - Three Trials in Position 5 | 2016-03-10 12:31:44 | 19.4 | 22.6 | 8.7 | 0.7 | - | - | - | - | - | - | - - - |
| Rapid Exchange Grip | 2016-03-10 12:34:09 | 54.6 | 54.8 | 9.9 | 7.0 | - | - | - | - | - | - | - - - |
| Hand Grip - Standard | 2016-03-10 12:35:34 | 54.5 | 49.5 | 5.0 | 4.7 | - | - | - | - | - | - | - - - |
| UTM Cart Pull Test | 2016-03-10 12:46:09 | 12.6 | 11.7 | 4.4 | 3.8 | - | - | 24.3 | 76 | 81 | 86 | - - 5 |

Craig H. Lichtblau, M.D., P.A.

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

**Ms. Yesmin Galarza**

## Strength Tests

| Test Name | Test Date | Left Peak Force (lbs) | Right Peak Force (lbs) | Left COV (%) | Right COV (%) | Left Avg. Force (lbs) | Right Avg. Force (lbs) | Combined Force (lbs) | Start HR (bpm) | End HR (bpm) | Max HR (bpm) | Pre-Post Pain Level (1 - 10) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UTM Cart Push Test | 2016-03-10 12:48:10 | 14.2 | 14.4 | 17.3 | 8.3 | - | - | 28.7 | 73 | 76 | 89 | - - 5 |
| UTM - Standard Shoulder Height Pull Test | 2016-03-10 12:49:45 | 12.5 | 18.6 | 6.7 | 5.0 | - | - | 31.2 | 71 | 84 | 85 | - - 5 |
| UTM - Standard Shoulder Height Push Test | 2016-03-10 12:51:17 | 15.1 | 13.9 | 3.9 | 4.6 | - | - | 29.0 | 71 | 80 | 83 | - - 5 |

## WorkSim - Carry

| Test Name | Test Date | Max Safe Weight | Final % APMHR | Max HR | Initial-Final HR | Final RPE | Test Time | Start Position | Lift Item | Number of Reps | Distance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHL Bilateral Upper Extremity Carry | 2016-03-10 12:41:51 | 20 | 60 | 139 | 85-84 | 5 | 155 | Shelf | BTE Crate | 3 | 30 ft |

## WorkSim - Lift

| Test Name | Test Date | Max Safe Weight | Final % APMHR | Max HR | Initial-Final HR | Final RPE | Test Time | Start Position | Lift Item | Lift Item To | Number of Reps |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floor to Waist Occasional | 2016-03-10 12:12:54 | 20 | 62 | 139 | 86-102 | 4 | 110 | Floor | BTE Crate | Lower Shelf | 3 |
| Waist to Shoulder Occasional | 2016-03-10 12:16:54 | 20 | 57 | 139 | 82-97 | 4 | 73 | Lower Shelf | BTE Crate | Upper Shelf | 3 |
| Floor to Shoulder Occasional | 2016-03-10 12:21:10 | 20 | 60 | 139 | 83-105 | 5 | 97 | Floor | BTE Crate | Lower Shelf | 3 |

## WorkSim - FROM

| Test Name | Test Date | MTM Score | Rating | Start HR | End HR | Max HR | Test Time | Number of Pegs | Number of Cycles | Number of Sets | Frequency |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Positional Test - Upper Level Reach - Occasional | 2016-03-10 12:02:05 | 84 | Competitive | - | 89 | 92 | 338 | 15 | 5 | 1 | Occasional |

## Effort Analysis

| ✅ —MET EXPECTED RESULT | ⚠ — DID NOT MEET EXPECTED RESULT |
|---|---|

| Test / Test Template Name | Expected Result | Result |
|---|---|---|



Craig H. Lichtblau, M.D., P.A.

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

Ms. Yesmin Galarza

| Test / Test Template Name | Expected Result | Result |
|---|---|---|
| Strength - Pinch | Pinch Grip - Key Average Peak Force Is Greater Than (>) Pinch Grip - Palmar Average Peak Force | ✅ |
| Strength - Pinch | Pinch Grip - Palmar Average Peak Force Is Greater Than (>) Pinch Grip - Tip Average Peak Force | ⚠️ |
| Hand Grip - Standard | Left COV  Is Less Than (<) 15 | ✅ |
| Hand Grip - Standard | Right COV  Is Less Than (<) 15 | ✅ |
| Hand Grip - Three Trials in Position 1 | Left COV  Is Less Than (<) 15 | ✅ |
| Hand Grip - Three Trials in Position 1 | Right COV  Is Less Than (<) 15 | ✅ |
| Hand Grip - Three Trials in Position 2 | Left COV  Is Less Than (<) 15 | ✅ |
| Hand Grip - Three Trials in Position 2 | Right COV  Is Less Than (<) 15 | ✅ |
| Hand Grip - Three Trials in Position 3 | Left COV  Is Less Than (<) 15 | ✅ |
| Hand Grip - Three Trials in Position 3 | Right COV  Is Less Than (<) 15 | ✅ |
| Hand Grip - Three Trials in Position 4 | Left COV  Is Less Than (<) 15 | ✅ |
| Hand Grip - Three Trials in Position 4 | Right COV  Is Less Than (<) 15 | ✅ |
| Hand Grip - Three Trials in Position 5 | Left COV  Is Less Than (<) 15 | ✅ |
| Hand Grip - Three Trials in Position 5 | Right COV  Is Less Than (<) 15 | ✅ |
| Pinch Grip - Key | Left COV  Is Less Than (<) 15 | ✅ |
| Pinch Grip - Key | Right COV  Is Less Than (<) 15 | ✅ |
| Pinch Grip - Palmar | Left COV  Is Less Than (<) 15 | ✅ |
| Pinch Grip - Palmar | Right COV  Is Less Than (<) 15 | ✅ |
| Pinch Grip - Tip | Left COV  Is Less Than (<) 15 | ✅ |
| Pinch Grip - Tip | Right COV  Is Less Than (<) 15 | ⚠️ |
| UTM - Standard Shoulder Height Pull Test | COV  Is Less Than (<) 15 | ✅ |
| UTM - Standard Shoulder Height Push Test | COV  Is Less Than (<) 15 | ✅ |
| UTM Cart Pull Test | COV  Is Less Than (<) 15 | ✅ |
| UTM Cart Push Test | COV  Is Less Than (<) 15 | ⚠️ |

Of the 24 expected results from the testing, Ms. Galarza met 21 or 87.5%.

**Craig H. Lichtblau, M.D., P.A.**

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

Ms. Yesmin Galarza

## Strength - Pinch




## Strength - Pinch

| No. | Test Name | Left Avg. Force | Left Peak Force | Left COV | Right Avg. Force | Right Peak Force | Right COV |
|-----|-----------|-----------------|-----------------|----------|------------------|------------------|-----------|
| 1 | Pinch Grip - Key | 12.99 | 14.56 | 2.76 | 8.45 | 13.51 | 10.2 |
| 2 | Pinch Grip - Palmar | 5.68 | 6.36 | 12.59 | 5.23 | 5.89 | 9.57 |
| 3 | Pinch Grip - Tip | 9.59 | 10.58 | 11.68 | 6.68 | 8.59 | 17.96 |

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

Ms. Yesmin Galarza

## Hand Grip Strength

The BTE hand dynamometer was used to quantify grip strength and determine whether Ms. Yesmin Galarza exerted consistent effort during grip strength testing. Ms. Yesmin Galarza was tested using the standard, maximum voluntary effort and rapid exchange grip protocols. She is right handed. Normative data are based on the assumption that right and left hand dominant subjects, analyzed separately show little functional difference beween their mean scores.

## Standard Hand Grip





| Rep # | Avg. Force (lbs) | Peak Force (lbs) | Time to Peak (secs) |
|---|---|---|---|
| 1 | 54.9 | 58.2 | 0.7 |
| 2 | 46.8 | 53.4 | 1.7 |
| 3 | 44.9 | 51.8 | 1.1 |
| Average | 48.9 | 54.5 | |
| Maximum | 54.9 | 58.2 | |
| COV | N/A | 5.0% | |

Diff L vs R (L>R) 10.0%

| Rep # | Avg. Force (lbs) | Peak Force (lbs) | Time to Peak (secs) |
|---|---|---|---|
| 1 | 46.0 | 51.8 | 1.5 |
| 2 | 44.2 | 50.5 | 0.9 |
| 3 | 42.1 | 46.3 | 1.0 |
| Average | 44.1 | 49.5 | |
| Maximum | 46.0 | 51.8 | |
| COV | N/A | 4.7% | |

Ms. Yesmin Galarza's grip strength was compared to age and gender matched normative data. The published normal grip strength for the left hand is from 35.4 lbs to 59.2 lbs. Ms. Yesmin Galarza displayed an average force of 54.5 lbs., which is considered normal when compared to the normal population of the referenced study. The published normal grip strength range for the right hand is from 44.8 lbs to 69.8 lbs. Ms. Yesmin Galarza displayed an average force of 49.5 lbs., which is considered normal when compared to the normal population of the referenced study. The coefficient of variation was 5.0% for the left hand and 4.7% for the right hand. Values greater than or equal to 15% may be an indicator of inconsistent effort.

## Maximum Voluntary Effort (MVE)





Craig H. Lichtblau, M.D., P.A.

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

**Ms. Yesmin Galarza**

| Position | Strength | COV |
|----------|----------|-----|
| 1 | 37.8 | 3.4 |
| 2 | 59.2 | 8.6 |
| 3 | 54.7 | 5.2 |
| 4 | 29.3 | 2.1 |
| 5 | 19.4 | 8.7 |
| St. Dev. | 16.8 lbs | |

| Position | Strength | COV |
|----------|----------|-----|
| 1 | 41.9 | 4.7 |
| 2 | 55.5 | 2.8 |
| 3 | 50.1 | 2.6 |
| 4 | 33.9 | 2.0 |
| 5 | 22.6 | 0.7 |
| St. Dev. | 13.1 lbs | |

Using the Maximum Voluntary Effort (MVE) protocol over a range of five positions on the hand dynamometer, it is expected that the strength graphs obtained result in a bell shaped curve even in a disabled population or if the client's hand is injured with at least 6 of the 10 coefficients of variation within the acceptable 15% or less limit.

The graphs obtained for Ms. Yesmin Galarza did demonstrate bell shaped curves which may be an indicator of maximum effort. The coefficients of variation of the underlying data may be an indicator of consistent effort with all 10 of the coefficients of variation within the 15% acceptable limit.

## Rapid Exchange Grip (REG)



| Rep # | Avg. Force (lbs) | Peak Force (lbs) | Time to Peak (secs) |
|-------|------------------|------------------|---------------------|
| 1 | 54.0 | 62.7 | 1.0 |
| 2 | 39.9 | 59.2 | 1.0 |
| 3 | 41.9 | 55.3 | 0.8 |
| 4 | 42.1 | 54.3 | 0.8 |
| 5 | 33.7 | 49.2 | 0.9 |
| 6 | 34.7 | 46.9 | 0.8 |
| Averages: | 41.1 | 54.6 | |
| Maximum | 54.0 | 62.7 | |

| Rep # | Avg. Force (lbs) | Peak Force (lbs) | Time to Peak (secs) |
|-------|------------------|------------------|---------------------|
| 1 | 44.3 | 58.5 | 1.0 |
| 2 | 39.5 | 56.3 | 0.9 |
| 3 | 43.2 | 54.3 | 0.9 |
| 4 | 42.1 | 57.9 | 0.9 |
| 5 | 44.0 | 54.7 | 0.6 |
| 6 | 36.4 | 46.9 | 0.9 |
| Averages: | 41.6 | 54.8 | |
| Maximum | 44.3 | 58.5 | |

Diff L vs. R (R>L) 0.3%

The average peak force value recorded during the maximum voluntary effort protocol was 59.2lbs performed at position 2. The Rapid Exchange Grip (REG) protocol was therefore administered at this position. A negative rapid exchange grip (REG) occurs when the average of the values recorded during the rapid exchange grip protocol is less than the average of the values recorded during the maximum voluntary effort protocol in the same position for the same hand. Conversely, a positive REG occurs when the average of the values recorded during the REG protocol exceeds the average of the values recorded during the MVE protocol in the same position for the same hand. A negative REG allows the evaluator to have more confidence that the client is performing maximally. A positive REG may be an indicator of submaximal effort. Ms. Yesmin Galarza produced an average peak value of 54.6 lbs. for the left hand and 54.8 lbs. for the right hand during the rapid exchange protocol. She produced an average value of 59.2 lbs. for the left hand and 55.5 lbs. for the right hand during the MVE protocol. A NEGATIVE was determined which may be an indicator of maximal effort.

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

**Ms. Yesmin Galarza**

## Cross-Reference Validity Check



Tests repeated with full volitional effort should not have more than a 20% variation in force readings. The average peak force values obtained from testing in position 2 during the standard grip strength test were 54.5 lbs. for her left hand and 49.5 lbs. for her right hand. During the MVE protocol the average peak force in position 2 was 59.2 lbs. for her left hand and 55.5 lbs. for her right hand. These values should be within 20% of the standard hand grip results. Ms. Yesmin Galarza's results for the left hand are within 8.6% and her right hand are within 12.1%. These results may be an indicator of maximal effort

## Pain and Exertion Profile



| 0 - No Pain | | 10 - Severe Unrelenting Pain |

| Test Number | Test Name | Pain Level |
|---|---|---|
| 1 | Ten Meter Walk Test | 3 |
| 2 | Repetitive Bending | 3 |
| 3 | Repetitive Kneeling | 3 |

Craig H. Lichtblau, M.D., P.A.

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

**Ms. Yesmin Galarza**

| Test Number | Test Name | Pain Level |
|:---:|:---:|:---:|
| 4 | Floor to Waist Occasional | 4 |
| 5 | Waist to Shoulder Occasional | 4 |
| 6 | Floor to Shoulder Occasional | 5 |
| 7 | CHL Bilateral Upper Extremity Carry | 5 |
| 8 | UTM Cart Pull Test | 5 |
| 9 | UTM Cart Push Test | 5 |
| 10 | UTM - Standard Shoulder Height Pull Test | 5 |
| 11 | UTM - Standard Shoulder Height Push Test | 5 |

Ms.Galarza's subjective reports of pain were monitored throughout the course of the above activities.  A standard self report scale of 0-10 (0 = no pain; 10 = severe unrelenting pain that requires immediate medical attention) was used to gauge her subjective tolerance to specific activities.  A progressive loading test format was used, to gradually increase the difficulty of activity, with Ms.Galarza reporting her pain after each successful task.  The graph above indicates her reported pain following each activity.  It is reasonable to expect as the difficulty of the tasks increase there will be a correlative increase in the report of pain level. Ms.Galarza did demonstrate the expected result. Other factors may have influenced her subjective reports of any given task.

# Comprehensive Report of Evaluation

## TEST(S) NOT PERFORMED

(1) All tests were performed

The patient was able to perform the aforementioned tests.

Copyright 2008 BTE Technologies, Inc. All Rights Reserved

**Medical Functional Capacity Opinion**

# CRAIG H. LICHTBLAU, M.D., P.A.

### PHYSICAL MEDICINE AND REHABILITATION
### BOARD CERTIFIED

PEDIATRIC • ADOLESCENT • ADULT • GERIATRIC

550 Northlake Boulevard
North Palm Beach, Florida 33408-5409
Phone: (561) 842-3694
Facsimile: (561) 842-3774

Outpatient Physical Medicine
Inpatient Rehabilitation
Medical Functional Capacity Exams
Nationwide Catastrophic Evaluations

Michael D. Eriksen, Esquire
Eriksen Law Firm
2161 Palm Beach Lakes Boulevard
Suite 410
West Palm Beach, FL  33409

### *Medical Functional Capacity Opinion

Date:  03/10/16
Patient:  Yesmin Galarza
Chart #:  35843
DOB:  01/12/61
Date of Injury:  10/18/14

Diagnoses:
1. Right knee myofascial pain, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.
2. History of blunting of the posterior horn of the medial meniscus, compatible with a radial tear, and small joint effusion of her right knee, demonstrated on MRI of her right knee completed on 10/29/14, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.
3. Status post right knee arthroscopy with partial lateral meniscectomy and excision of plica, performed by Dr. David Lamoreaux on 12/11/14, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.
4. History of abnormal morphology and signal in the lateral meniscus, consistent with history of prior partial meniscectomy, with displaced meniscal fragment at the undersurface of the lateral meniscal body in her right knee, demonstrated on MRI of her right knee completed on 04/24/15 status post right knee arthroscopy on 12/11/14, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.

Yesmin Galarza                                                                      Page 2

5. Status post right knee arthroscopy with partial lateral meniscectomy, synovectomy, and chondroplasty, performed by Dr. Brad Homan on 05/20/15 status post right knee arthroscopic surgery on 12/11/14, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.
6. Acute functional decline secondary to chronic pain and depression, secondary to numbers 1 through 5, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.

Yesmin Galarza participated in a Medical Functional Capacity Assessment on March 10, 2016 utilizing the BTE Technologies Evaluation System. The purpose for the Medical Functional Capacity Assessment is to specifically determine her functional restrictions and safe capabilities related to work activity so that she can return to gainful employment within safe parameters. All testing was performed voluntarily and the quality of effort was thoroughly evaluated.

The patient's affect appeared normal. She was able to follow instructions adequately. She communicated effectively and her speech was normal. The patient was able to maintain adequate concentration. The patient demonstrated proper pacing between activities and did not require frequent rest periods or frequent changes in position. The patient provided consistent effort throughout the Medical Functional Capacity Assessment. There was a close correlation between the patient's subjective complaints of pain, extremity flexibility, general weakness, general decreased endurance, and extremity weakness and her functional ability.

It is my belief that Yesmin Galarza has the functional capacity to work **8** hours per day on an uninterrupted basis at this time. She should be in a job setting which allows her to take breaks to change positions from sit-to-stand/stand-to-sit frequently at will for positional comfort. She may sit, stand, and walk as tolerated. She may perform bending, occasional kneeling, climbing protected heights, repetitive reaching over head, repetitive movements of her elbows, pushing, and pulling.

She should avoid repetitive bending, twisting, prolonged kneeling, squatting, crawling, climbing unprotected heights, running, and jumping.

This patient should always observe appropriate body mechanics which includes, but is not limited to, never bending at her waist while keeping her hips and knees extended.

The Medical Functional Capacity Assessment conducted on Yesmin Galarza's behalf indicates an estimated residual physical functioning strength level from the **floor-to-shoulders** position to be **Light** as defined by the U.S. Department of Labor.

Yesmin Galarza                                          Page 3

LIGHT: Exerting up to 20 pounds of force occasionally, or up to 10 pounds of force frequently, or a negligible amount of force constantly to move objects. Physical demands are in excess of those for sedentary work. Even though the force may be only a negligible amount, a job should be rated light work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing or pulling of arm or leg controls; or (3) when the job requires working at a production rate pace entailing the constant pushing or pulling of materials even though the weight of those materials are negligible.

(Work Demand Level descriptions were obtained from the Dictionary of Occupational Titles.)

It should be understood this patient is going to suffer from acute, intermittent exacerbations of chronic pain and discomfort and, when she experiences these acute, intermittent exacerbations of pain and discomfort, she will have good days, bad days, and missed days of work.


Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, International Academy of Independent Medical Evaluators
CHL/sy-mfca/la/tl/apr.16


*It should be understood the Medical Functional Opinion is based on the history obtained from the patient, the physical examination and/or observation of the patient, medical records review, diagnostic impression, and over 100,000 hours of clinical practice experience utilized to correlate the patient's subjective complaints of pain and their demonstrated physical abilities during the Medical Functional Capacity Assessment.

Each component of the aforementioned is utilized in determining this patient's Medical Functional Capacity.

# Functional Assessment

**Functional Assessment**
Patient: Yesmin Galarza
Date: 03/10/16

Diagnoses:
1. Right knee myofascial pain, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.
2. History of blunting of the posterior horn of the medial meniscus, compatible with a radial tear, and small joint effusion of her right knee, demonstrated on MRI of her right knee completed on 10/29/14, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.
3. Status post right knee arthroscopy with partial lateral meniscectomy and excision of plica, performed by Dr. David Lamoreaux on 12/11/14, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.
4. History of abnormal morphology and signal in the lateral meniscus, consistent with history of prior partial meniscectomy, with displaced meniscal fragment at the undersurface of the lateral meniscal body in her right knee, demonstrated on MRI of her right knee completed on 04/24/15 status post right knee arthroscopy on 12/11/14, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.
5. Status post right knee arthroscopy with partial lateral meniscectomy, synovectomy, and chondroplasty, performed by Dr. Brad Homan on 05/20/15 status post right knee arthroscopic surgery on 12/11/14, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.
6. Acute functional decline secondary to chronic pain and depression, secondary to numbers 1 through 5, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.

> After obtaining a history and performing a physical examination, as well as observing this patient participate in a Medical Functional Capacity Assessment, it is my medical opinion as a Board Certified Physiatrist that as this patient suffers the secondary effects of aging, combined with her current impairment, her disability will actually increase over time.

Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, International Academy of Independent Medical Evaluators
CHL/tl/apr.16

# CONTINUATION
# OF
# CARE

## BEST CASE SCENARIO

## Continuation of Care
## Best Case Scenario

Date:   03/10/16
Patient:   Yesmin Galarza
Chart #:   35843

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Medical Care:* | | | |
| Orthopedic Surgeon | Life | 1x Yr and Prn | 200.-500.00/OV* |
| Physiatrist | Life | 2-6 x/Yr and Prn | 175.00/IE 100.00/FU |
| MRI Scan – Right Knee | Life | 1 x Ev 5-10 Yrs and Prn | 235.00 |
| X-rays (2 Views) - Right Knee | Life | 1x Yr and Prn | Included in * Orthopedic Visit |
| *Pain Control:* (Non-Invasive) | | | |
| Physical Medicine | | | |
| Physical Therapist Evaluation | Life | 2 x / Yr | 119.00 |
| Multi-Modality Treatments | Life | 1st Mth 3 x / Wk 2nd Mth 3 x / Wk (Approx. 24 Visits / Yr) | 80.00- 160.00/Visit |

*Per Dr. Brad Homan (Orthopedic Surgeon).  See Documentation.

**It must be understood that the need and frequency for future medical treatment and care is based on my own medical knowledge, training, and clinical practice experience. The costs are confirmed by the patient's treating physicians (*).**

**Continuation of Care – Best Case**
Page Two

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| <u>Pain Control:</u>  (Invasive) | | | |
| Steroid Injections Right Knee | Life | 3x / Life | 200.-400.00 each* |
| _Prescription Medication_: | | | |
| Advil | Life | 1 po tid (3/day) x 10 Wks Prn | 6.00 (50) |
| Ultram | Life | 30 tabs/Mo | 56.00 (30) |

*Per Dr. Brad Homan (Orthopedic Surgeon).  See Documentation.

Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, American Academy of Disability Evaluating Physicians
CHL/tl/de/apr.16

# CONTINUATION
# OF
# CARE

## WORST CASE SCENARIO

## Continuation of Care
## Worst Case Scenario

Date:    03/10/16
Patient:  Yesmin Galarza
Chart #:   35843

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Medical Care*: | | | |
| Orthopedic Surgeon | Life | 1x Yr and Prn | 200.-500.00/OV* |
| Physiatrist | Life | 2-6 x/Yr and Prn | 175.00/IE 100.00/FU |
| MRI Scan – Right Knee | Life | 1 x Ev 5-10 Yrs and Prn | 235.00 |
| X-rays (2 Views) - Right Knee | Life | 1x Yr and Prn | Included in * Orthopedic Visit |
| *Pain Control*:  (Non-Invasive) | | | |
| Physical Medicine | | | |
| Physical Therapist Evaluation | Life | 2 x / Yr | 119.00 |
| Multi-Modality Treatments | Life | 1st Mth 3 x / Wk 2nd Mth 3 x / Wk (Approx. 24 Visits / Yr) | 80.00-160.00/Visit |

*Per Dr. Brad Homan (Orthopedic Surgeon).  See Documentation.

**It must be understood that the need and frequency for future medical treatment and care is based on my own medical knowledge, training, and clinical practice experience. The costs are confirmed by the patient's treating physicians (*).**

**Continuation of Care – Worst Case**
Page Two

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| Pain Control:  (Invasive) | | | |
| Steroid Injections Right Knee | Life | 3x / Life | 200.-400.00 each* |
| Surgical Procedures | | | |
| Right Total Knee Replacement | Life | 1x | 60,000.00-80,000.00* Global Fee |
| Postoperative Rehabilitation: | | | |
| Physical Therapy Evaluation | Life | 1x After Ea Surgery | 119.00 |
| Postoperative Protocol | Life | 5 days/week For 16-20 weeks | 80.-160.00/ Visit |
| Prescription Medication: | | | |
| Advil | Life | 1 po tid (3/day) x 10 Wks Prn | 6.00 (50) |
| Ultram | Life | 30 tabs/Mo | 56.00 (30) |

Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, American Academy of Disability Evaluating Physicians
CHL/tl/de/apr.16

# CONTINUATION
# OF
# CARE

## MOST PROBABLE CASE SCENARIO

**Continuation of Care**
**Most Probable Case Scenario**

Date:   03/10/16
Patient:  Yesmin Galarza
Chart #:   35843

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Medical Care:* | | | |
| Orthopedic Surgeon | Life | 1x Yr and Prn | 200.-500.00/OV* |
| Physiatrist | Life | 2-6 x/Yr and Prn | 175.00/IE 100.00/FU |
| MRI Scan – Right Knee | Life | 1 x Ev 5-10 Yrs and Prn | 235.00 |
| X-rays (2 Views) - Right Knee | Life | 1x Yr and Prn | Included in * Orthopedic Visit |
| *Pain Control:*  (Non-Invasive) | | | |
| Physical Medicine | | | |
| Physical Therapist Evaluation | Life | 2 x / Yr | 119.00 |
| Multi-Modality Treatments | Life | 1st Mth 3 x / Wk 2nd Mth 3 x / Wk (Approx. 24 Visits / Yr) | 80.00- 160.00/Visit |

*Per Dr. Brad Homan (Orthopedic Surgeon).  See Documentation.

**It must be understood that the need and frequency for future medical treatment and care is based on my own medical knowledge, training, and clinical practice experience. The costs are confirmed by the patient's treating physicians (*).**

**Continuation of Care – Most Probable Case**
Page Two

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| Pain Control: (Invasive) | | | |
| Steroid Injections Right Knee | Life | 3x / Life | 200.-400.00 each* |
| Surgical Procedures | | | |
| Right Total Knee Replacement | Life | 1x | 60,000.00-80,000.00* Global Fee |
| Postoperative Rehabilitation: | | | |
| Physical Therapy Evaluation | Life | 1x After Ea Surgery | 119.00 |
| Postoperative Protocol | Life | 5 days/week For 16-20 weeks | 80.-160.00/ Visit |
| Prescription Medication: | | | |
| Advil | Life | 1 po tid (3/day) x 10 Wks Prn | 6.00 (50) |
| Ultram | Life | 30 tabs/Mo | 56.00 (30) |

Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, American Academy of Disability Evaluating Physicians
CHL/tl/dc/apr.16

# CONTINUATION
# OF
# CARE

# OPINION

It is my medical opinion that these costs do not take into account the costs that are associated with medical complications, which include but are not limited to deep vein thrombosis, pulmonary embolus, pneumonia, urinary tract infection, cellulitis, osteomyelitis, sepsis, cardiac arrhythmias, cardiac arrest, global anoxic brain injury, and cerebrovascular accident.

If the patient suffered one or a combination of the above medical complications then the cost for future medical care would be substantially greater.

# Summary Report

# CRAIG H. LICHTBLAU, M.D., P.A.

### PHYSICAL MEDICINE AND REHABILITATION
### BOARD CERTIFIED

PEDIATRIC • ADOLESCENT • ADULT • GERIATRIC

550 Northlake Boulevard
North Palm Beach, Florida 33408-5409
Phone: (561) 842-3694
Facsimile: (561) 842-3774

Outpatient Physical Medicine
Inpatient Rehabilitation
Medical Functional Capacity Exams
Nationwide Catastrophic Evaluations

Michael D. Eriksen, Esquire
Eriksen Law Firm
2161 Palm Beach Lakes Boulevard
Suite 410
West Palm Beach, FL 33409

### Summary Report

Date: 03/10/16
Patient: Yesmin Galarza
Chart #: 35843
DOB: 01/12/61
Date of Injury: 10/18/14

This is a 55-year-old right hand dominant female who was involved in a slip-and-fall accident on October 18, 2014. The patient stated she was on a Carnival cruise liner going down the stairs when she slipped and fell, twisting her right knee. She stated her husband was able to catch her from falling to the ground. She stated she was a little embarrassed as people were asking her if she was okay. She stated, at the time, she had immediate pain in her right knee and felt an electric shock-like pain.

She stated once she composed herself she continued down the stairs and her right knee then gave out on her and her husband caught her again. She stated she felt even more pain in her right knee. She stated at that point she went to the infirmary but no one was there and she was told to return the following morning. She stated her husband had to call the service desk and he was told a nurse would be meeting her there. She stated she followed up at the infirmary and her knee was evaluated. She stated she was given ibuprofen.

Yesmin Galarza                                                    Page 2

The patient stated the next day she returned to the infirmary and an x-ray was taken and she was told she had no fracture. She stated she was given some pain medication as she could barely move her right knee. She stated she was provided with some type of elastic brace. She stated she was unable to walk very well and was given a wheelchair and a cane.

After returning from the cruise, she followed up with Dr. Miriam Rivera-Irizarry (Internist), who recommended an MRI of her right knee.

An MRI of her right knee, completed on October 29, 2014, demonstrated blunting of the posterior horn of her medial meniscus, compatible with a radial tear, and small joint effusion.

The patient was referred to Dr. David Lamoreaux (Orthopedic Surgeon). Dr. Lamoreaux recommended surgery.

On December 11, 2014 the patient underwent a right knee arthroscopy with partial lateral meniscectomy and excision of plica, performed by Dr. Lamoreaux.

Following surgery, the patient stated she underwent physical therapy. She stated the surgery really didn't help and she had difficulty flexing her knee. She stated she returned to Dr. Lamoreaux and he performed a cortisone injection into her right knee.

She stated she continued to experience pain in her right knee and she sought a second opinion with Dr. Brad Homan (Orthopedic Surgeon). Dr. Homan performed a Synvisc injection, which provided no relief of her pain. He ordered an MRI of her right knee.

An MRI of her right knee performed on April 24, 2015 demonstrated abnormal morphology and signal in the lateral meniscus, consistent with history of prior partial meniscectomy, with a displaced meniscal fragment at the undersurface of the lateral meniscal body.

On May 20, 2015 the patient underwent a right knee arthroscopy with partial lateral meniscectomy, synovectomy, and chondroplasty performed by Dr. Homan.

Initially when I evaluated the patient on March 10, 2016 the patient stated she continues to experience right knee pain, described as a constant 3 out of 10 on the 1-10 scale for pain. She stated at times her knee pain can go as high as 8 out of 10. She stated her right knee will give out on her at times and also locks up on her at times. She stated she continues to have popping and clicking in her right knee with range of motion. She stated increased activity exacerbates her pain. She stated standing and walking can also exacerbate her pain. She stated she is taking Vimovo, which helps temporarily reduce some of her right knee pain.

The patient stated she is currently working full-time for Pepsi-Cola and has to walk for a good portion of the day, going up and down stairs.  She stated, even though this causes an increased amount of pain, she has to work in order to make a living. She stated her husband had a myocardial infarction.

The patient stated she is depressed about her current situation.

It was my medical opinion at that time the patient was suffering from:

1.  Right knee myofascial pain, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.
2.  History of blunting of the posterior horn of the medial meniscus, compatible with a radial tear, and small joint effusion of her right knee, demonstrated on MRI of her right knee completed on 10/29/14, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.
3.  Status post right knee arthroscopy with partial lateral meniscectomy and excision of plica, performed by Dr. David Lamoreaux on 12/11/14, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.
4.  History of abnormal morphology and signal in the lateral meniscus, consistent with history of prior partial meniscectomy, with displaced meniscal fragment at the undersurface of the lateral meniscal body in her right knee, demonstrated on MRI of her right knee completed on 04/24/15 status post right knee arthroscopy on 12/11/14, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.
5.  Status post right knee arthroscopy with partial lateral meniscectomy, synovectomy, and chondroplasty, performed by Dr. Brad Homan on 05/20/15 status post right knee arthroscopic surgery on 12/11/14, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.
6.  Acute functional decline secondary to chronic pain and depression, secondary to numbers 1 through 5, secondary to injuries sustained in a slip-and-fall accident on 10/18/14.

On March 10, 2016 the patient participated in a Medical Functional Capacity Assessment utilizing the BTE Technologies Evaluation System.  The patient demonstrated the ability to lift 20 pounds from the floor to waist, 20 pounds from waist to shoulder, and 20 pounds from floor to shoulder on an occasional basis. She also demonstrated the ability to lift and carry up to 20 pounds 30 feet. There was a close correlation between the patient's subjective complaints of pain, extremity flexibility, general weakness, general decreased endurance, and extremity weakness and her functional ability.

It is my belief that Yesmin Galarza has the functional capacity to work **8** hours per day on an uninterrupted basis at this time.  She should be in a job setting which allows her to take breaks to change positions from sit-to-stand/stand-to-sit frequently at will for positional comfort.

She may sit, stand, and walk as tolerated. She may perform bending, occasional kneeling, climbing protected heights, repetitive reaching over head, repetitive movements of her elbows, pushing, and pulling.

She should avoid repetitive bending, twisting, prolonged kneeling, squatting, crawling, climbing unprotected heights, running, and jumping.

This patient should always observe appropriate body mechanics which includes, but is not limited to, never bending at her waist while keeping her hips and knees extended.

The Medical Functional Capacity Assessment conducted on Yesmin Galarza's behalf indicates an estimated residual physical functioning strength level from the **floor-to-shoulders** position to be **Light** as defined by the U.S. Department of Labor.

LIGHT: Exerting up to 20 pounds of force occasionally, or up to 10 pounds of force frequently, or a negligible amount of force constantly to move objects. Physical demands are in excess of those for sedentary work. Even though the force may be only a negligible amount, a job should be rated light work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing or pulling of arm or leg controls; or (3) when the job requires working at a production rate pace entailing the constant pushing or pulling of materials even though the weight of those materials are negligible.

(Work Demand Level descriptions were obtained from the Dictionary of Occupational Titles.)

It should be understood this patient is going to suffer from acute, intermittent exacerbations of chronic pain and discomfort and, when she experiences these acute, intermittent exacerbations of pain and discomfort, she will have good days, bad days, and missed days of work.

After obtaining a history and performing a physical examination, as well as observing this patient participate in a Medical Functional Capacity Assessment, it is my medical opinion as a Board Certified Physiatrist that, as this patient suffers the secondary effects of aging combined with her current impairment, her disability will actually increase over time.

It should be understood this patient is going to suffer from acute, intermittent exacerbations of chronic pain and discomfort and, when she experiences acute, intermittent exacerbations of chronic pain and discomfort, she will require short courses of an outpatient Physical Medicine Program, injections, and oral medications. It should be understood this patient may require future surgical intervention.

Yesmin Galarza                                                    Page 5

According to the National Center for Health Statistics, Division of Vital Statistics, National Vital Statistics Reports, 2016 Life Tables, this patient should live another 30.8 years.

This patient's future medical care, support services, and durable medical equipment are defined in the Continuation of Care section of this report. The medical necessity and cost for these items are based on:

1. My history obtained from the patient.
2. My physical examination of the patient.
3. My review of the medical records.
4. My review of the radiologic films.
5. Conversation with the patient's treating and evaluating Orthopedic Surgeon, Dr. Brad Homan.
6. Researched prices that were obtained in the state of Florida, catalogs, and from other current price sources.

_____

Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, International Academy of Independent Medical Evaluators
CHL/tl/apr.18